**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |

**SCHEDULES OF ASSETS AND LIABILITIES FOR**
**AVANT GARDNER, LLC (CASE NO. 25-11443)**

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions, LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AGDP HOLDING INC., *et al.*,[1] | Case No. 25-11446 (MFW) |
| Debtors. | (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

AGDP Holding Inc. and its debtor affiliates, as debtors and debtors in possession (each, a "Debtor" and collectively, the "Debtors") in the above-captioned chapter 11 cases, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and the Schedules and Statements are unaudited.

The Debtors' Treasurer and Vice President of Finance, Alec Ifshin, signed the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Ifshin has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Given the scale of the Debtors' business and the complexity of the Debtors' books and records, Mr. Ifshin has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, nor the completeness of the Schedules and Statements.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made a reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. The Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of the Debtors' federal tax identification number, are AGDP Holding Inc. (6504); Avant Gardner, LLC (6504); AG Management Pool LLC (9962); EZ Festivals LLC (8854); Made Event LLC (6272); and Reynard Productions LLC (5431). The Debtors' service address is 140 Stewart Ave, Brooklyn, NY 11237, Attn: General Counsel.

## Global Notes and Overview of Methodology

1.    **Description of Cases.**  On August 4, 2025 (the "Petition Date"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code (collectively, these "Chapter 11 Cases").  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  These Chapter 11 Cases are being jointly administered.  *See* [D.I. 33].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.  The information provided herein, except as otherwise noted, is reported as of the close of business on July 31, 2025.

2.    **Global Notes Control.**  These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  The Global Notes supplement all specific notes contained in any Debtor's Schedules or Statements.  Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or continuation sheet.

3.    **Reservations and Limitations.**  Nothing contained in the Schedules and Statements is intended to be, nor should it be construed as, a waiver of any of the Debtors' rights or an admission of any kind with respect to these Chapter 11 Cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under applicable bankruptcy or non-bankruptcy laws (including under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers).  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)    **No Admission.**  Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)    **Recharacterization.**  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items.  The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as they determine to be necessary and appropriate.

(c)    **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or

contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

(d) **Claims Description.** Any failure to designate a claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve all rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any claim.

(e) **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ from such estimates.

(f) **Causes of Action.** Despite reasonable efforts, the Debtors may not have identified all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all rights with respect to any causes of action.

(g) **Intellectual Property Rights.** Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(h) **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe are included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only, and such information may not be used for the purposes of determining control of the Debtors; the extent to which any individual exercised management responsibilities, functions, or corporate decision-making authority over the Debtors; or whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or any other purpose.

4. **Methodology.**

(a) **Basis of Presentation.** The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles ("GAAP") in the United States, nor are they intended to be fully reconciled to the financial statements of each Debtor. The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment. The Schedules and Statements reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b) **Historical Record-keeping**. Prior to the Petition Date, in the ordinary course of business, the Debtors maintained their books and records on a consolidated basis, pursuant to which Debtor Avant Garnder, LLC ("Avant Gardner") made all payments on account of the other Debtors and received all payments from customers, other than revenue recorded for the Electric Zoo festival in 2023, which was recorded in the books and records at the Debtor EZ Festivals LLC level. Subsequent to 2023, revenue adjustments were made on behalf of Debtor EZ Festivals LLC, which were recorded in the books and records at the Debtor Avant Gardner level. Avant Gardner employs the Debtors' employees and funds their compensation and benefits.

The Debtors believe that it would be unduly burdensome to re-create their historical record-keeping by Debtor and have disclosed cash transactions in the Schedules and Statements consistent with their historical record-keeping practices. In the ordinary course of business prior to the Petition Date, the Debtors did not book intercompany revenue and expenses among the Debtors and, as a result, those transactions are not listed in the Debtors' Schedules and Statements. The Debtors have endeavored to otherwise allocate assets and liabilities to the applicable Debtor entity in their Schedules and Statements.

(c) **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

(d) **Date of Valuations.** The Debtors disclosed the value of their fixed assets in Schedule A/B as of the Petition Date, and the values are net book value.

(e) **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors. Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values. Market values may vary materially, from net book values. The Debtors believe that it would be an inefficient use of estate assets for the Debtors to obtain the current market values of their property. Accordingly, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

(f)    **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value, and such values are presented without consideration of any liens that may attach (or have attached) to such property or equipment.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(g)    **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(h)    **Undetermined Amounts.**  The description of an amount as "undetermined" or "unknown" is not intended to reflect upon the materiality of such amount.

(i)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unknown," "undetermined," or "unliquidated."

(j)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, and the difference may be material.

(k)    **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to certain orders of the Court; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on account of prepetition payables.  Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to an order of the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing notices of satisfaction.  Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(l)    **Excluded Assets and Liabilities.**  The Debtors have in certain instances excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; certain deferred revenue accounts that are recorded solely for accounting purposes; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits.  Other immaterial assets and liabilities may also have been excluded.  With respect to leases, assets and liabilities recorded according to ASC 842 Lease Accounting Standard are not included in the Schedules.

(m)    **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

33547341.4

(n)    **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, promotions, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.    **Specific Schedules Disclosures.**

(a)    **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' cash management system and bank accounts are provided in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing and Directing the Banks and Payment Processors to Cease Any Holds On, or Redirection of, Cash or Receivables of the Debtors, (II) Authorizing the Debtors to (A) Continue Use of their Existing Cash Management System, Bank Accounts, and Business Forms, (B) Continue Intercompany Transactions, (C) Pay Related Obligations, and (D) Pay and Honor Processing Obligations, (III) Waiving Certain Investment and Deposit Guidelines, and (IV) Granting Related Relief* [D.I. 11].  The balances of the financial accounts listed on Schedule A/B, Part 1, are listed as the cash balances as of the Petition Date.

Additionally, the Debtors have provided adequate assurance of payment for future utility services to certain counterparties, pursuant to the *Final Order (I) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Service, (II) Approving Proposed Adequate Assurance of Payment, (III) Establishing Procedures for Resolving Requests for Additional Assurance of Payment, and (IV) Granting Related Relief* [D.I. 118]; however, such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

As set forth in the retention applications for the Debtors' professionals, the Debtors provided retainers to certain professionals in connection with their respective engagements.  Those retainers are not set forth in Schedule A/B, Part 2.

(b)    **Schedule A/B, Part 11 – All Other Assets.**

***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, Including Counterclaims of the Debtors and Rights to Setoff Claims.***  In the ordinary course of their business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and vendors.  Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant.  Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

***Interests in Insurance Policies or Annuities.***  A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay their Obligations Under Prepetition Insurance Policies, (B) Continue to Pay Certain Brokerage Fees, (C) Renew, Supplement, Modify, or Purchase Insurance Coverage, (D) Enter Into New Financing Agreements in the Ordinary Course of Business, and (E) Continue the Workers' Compensation Program, and (II) Granting Related Relief* [D.I. 7].

(c)     **Schedule D – Creditors Who Have Claims Secured by Property.**  Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

NYC Festivals, LLC referenced in Schedule D includes the various parties included under "LiveStyle Parties" as defined in that certain *Promissory Note*, entered into on July 16, 2024.

It is the Debtors' understanding that First Corporate Solutions, as representative referenced in Schedule D is the representative of Insta Funding LLC.

(d)     **Schedule E/F – Creditors Who Have Unsecured Claims.**

The liabilities identified on Schedule E/F, Part 2, are derived from the Debtors' books and records and are listed as of the Petition Date.  The Debtors have made a reasonable attempt to verify their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.  The Debtors have not listed potential claims as a result of demand letters received from potential litigants given the purely speculative nature of such potential claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the date hereof, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligation, to amend Schedules D and E/F if and as they receive additional prepetition invoices.

TVT Capital Source LLC and Pinnacle Business Funding LLC, defendants in ADV. Proc. No. 25-51803 (MFW), are listed in Schedule E/F since they have not filed secured claims.

(e)    **Schedule G – Executory Contracts and Unexpired Leases.**  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or agreement was in effect on the Petition Date, or that such contract or agreement is valid or enforceable. The Debtors hereby reserve all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain or include renewal options, guarantees of payment, indemnification obligations, options to purchase, rights of first refusal, and other miscellaneous rights and amendments. Such rights, powers, duties, obligations, and amendments are not set forth separately on Schedule G. In addition, the Debtors may have entered into other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth on Schedule G. Moreover, to the extent any agreements are governed by a master services agreement, the Debtors have endeavored to list the master services agreement on Schedule G.

6.    **Specific Statements Disclosures.**

(a)    **Statements, Part 2, Question 3 – Payments to Certain Creditors.**  Disbursements made on account of multiple invoices may be reflected as a single payment. All transfers in Part 2, Question 3 of the Schedules are listed as of the check date. Any values listed in this section are separate and not repeated in Question 4 (payments or other transfers of property made within one year before filing these cases that benefited any insider) or Question 11 (payments related to bankruptcy within one year of filing). Please refer to those sections for payments related to those parties.

(b)    **Statements, Part 2, Question 4 – Payments to Insiders.**  Certain of the payments disclosed for Avant Gardner in response to Question 4 were also made on behalf of the other Debtors and are not repeated in response to Question 4 for the other Debtors.

(c)    **Statements, Part 2, Question 6 – Setoffs.**  As further detailed in the complaint filed in Adv. Proc. No. 25-51803 (MFW) (the "TVT Complaint"), TVT Capital Source LLC, on behalf of itself and Insta Funding LLC and Pinnacle Business Funding LLC, remitted funds from lockbox accounts to setoff portions of some or all of the eight financing agreements Debtor Avant Gardner entered into with such parties. The total value of the prejudgment remedy was $4,621,368.81. The amount reflected in Statements, Part 2, Question 6 is the cash balance as of July 28, 2025, which was placed on hold and funds were not made accessible. Additional details regarding these setoffs can be found in the TVT Complaint.

(d)      **Statements, Part 5, Question 10 – Certain Losses.**  The Debtors incur certain immaterial losses in the ordinary course of business.  Such amounts are not listed in the Statements. Additionally, on July 8, 2025, a break-in occurred on Debtor Avant Gardner, LLC's premises which resulted in property damage, theft, and other losses valued in excess of $100,000.

(e)      **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.**  The payments related to bankruptcy are reflected on the Schedules of the Debtor that made the payments, but such payments were made on behalf of all of the Debtors.

(f)      **Statements, Part 9, Question 30 – Personally Identifiable Information.**  The Debtors' use DICE FM, Inc. ("DICE") as their payment processor to collect payments for ticket sales and Billfold LLC ("Billfold") as payment processor to collect payments for their food and beverage sales.  DICE and Billfold collect personally identifiable information directly from the Debtors' customers, which may include names, email addresses, home addresses, and bank account details. This information may be shared with the Debtors upon request, but is not collected or stored by the Debtors.

(g)      **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.**  The Debtors provide certain parties, such as banks, factors, auditors, potential investors, vendors, and financial advisors, with financial statements.  The Debtors do not maintain complete lists or other records tracking such disclosures.  Therefore, the Debtors have not provided full lists of these parties in Part 13, Question 26 of the Statements.

(h)      **Statements, Part 13, Question 30.**  Unless otherwise indicated in a Debtor's specific response to Question 30, the Debtors have included a comprehensive response to Question 30 in Question 4.

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-11443 (MFW)

☐ Check if this is an amended filing

Official Form 206Sum
================

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:   Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**

       Copy line 88 from *Schedule A/B* ........................................................................................

| | |
|---|---|
| $ | 0.00 |

    1b. **Total personal property:**

       Copy line 91A from *Schedule A/B* ...................................................................................

| | |
|---|---|
| $ | 15,631,682.37 |

    1c. **Total of all property:**

       Copy line 92 from *Schedule A/B* .....................................................................................

| | |
|---|---|
| $ | 15,631,682.37 |

## Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* .....................................

| | |
|---|---|
| $ | 155,603,662.06 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**

       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................

| | |
|---|---|
| $ | 5,475,640.27 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................

| | | |
|---|---|---|
| + $ | 33,322,189.48 |

4. **Total liabilities**

    Lines 2 + 3a + 3b ..................................................................................................................

| | |
|---|---|
| $ | 194,401,491.81 |

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-11443 (MFW)

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**

| | | |
|---|---|---|
| 2.1 Petty Cash Bank | $ | 3,100.00 |
| 2.2 Petty Cash F&B | $ | 90.46 |
| 2.3 Petty Cash Operations | $ | 2,074.62 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | |
|---|---|---|---|---|
| 3.1 JP Morgan Chase | Checking | 2509 | $ | 0.00 |
| 3.2 JP Morgan Chase | Deposit | 9923 | $ | 0.00 |
| 3.3 JP Morgan Chase | Collection | 9907 | $ | 0.00 |
| 3.4 JP Morgan Chase | Operating | 2368 | $ | 892,036.79 |
| 3.5 JP Morgan Chase | Payroll | 2376 | $ | (40.00) |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | $ | |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $ | 897,261.87 |
|---|---|

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | 7.1 | Master Lease Deposit - Stewart Purchaser | $ | 2,000,000.00 |
   |---|---|---|---|
   | 7.2 | Office Security Deposit - Brocho V.H LLC | $ | 33,333.34 |
   | 7.3 | Parking Security Deposit - Packin Realty Company LLC | $ | 174,841.32 |
   | 7.4 | Storage Security Deposit - Packin Realty Company LLC | $ | 16,250.00 |
   | 7.5 | Storage Security Deposit - RCGT 2988-37, LLC dba EBC Capital LLC | $ | 6,750.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   | 8.1 | Artist Deposit / Prepayment - Various Artists | $ | 1,299,150.00 |
   |---|---|---|---|
   | 8.2 | EAROS ONE Earplugs - Earos Inc | $ | 24,000.00 |
   | 8.3 | Subscription - HR Acuity | $ | 5,063.80 |

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.

   | $ | 3,559,388.46 |
   |---|---|

Debtor:  Avant Gardner, LLC
_____
         Name

Case number *(if known)*   25-11443
_____

| **Part 3:** | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | | Description | face amount | | doubtful or uncollectible accounts | | | |
|---|---|---|---|---|---|---|---|---|
| 11a. | 90 days old or less: | Net AR (90 Days or Less) | $ 61,036.81 | - $ | 0.00 | =..... ➔ | $ | 61,036.81 |
| 11b. | Over 90 days old: | Net AR (> 90 Days) | $ 1,044,307.63 | - $ | 803,152.83 | =..... ➔ | $ | 241,154.80 |

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$    302,191.61

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443
_____

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

_____    _____  $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                                   % of ownership:

_____  _____  _____  $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

_____    _____  $ _____

17. **Total of Part 4.**

Add lines 14 through 16. Copy the total to line 83.

$ _____ 0.00

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☐ No. Go to Part 6.
    - ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 None | | $ | | $ |
| **20. Work in progress** | | | | |
| 20.1 None | | $ | | $ |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1 None | | $ | | $ |
| **22. Other inventory or supplies** | | | | |
| 22.1 Liquor Inventory | 7/31/2025 | $ 380,892.74 | Net Book Value | $ 380,892.74 |

23. **Total of Part 5.**

    Add lines 19 through 22. Copy the total to line 84.

    $ 380,892.74

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Description_____ Book value $ _____ Valuation method _____ Current value $ _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

---

Debtor: Avant Gardner, LLC

Name

Case number *(if known):* 25-11443

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $ | | $ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | $ | | $ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $ | | $ |
| 33. **Total of Part 6.** Add lines 28 through 32. Copy the total to line 85. | | | $ 0.00 |

34. **Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
　☐ No
　☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Description_____  Book value $ _____  Valuation method _____  Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

---

**Part 7:** **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1 Chairs | $ 5,940.97 | Cost | $ 5,940.97 |
| 39.2 Other Office Assets | $ 7,510.00 | Cost | $ 7,510.00 |
| 39.3 Safe | $ 2,563.50 | Cost | $ 2,563.50 |
| 40. **Office fixtures** | | | |
| 40.1 None | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment | $ 164,105.70 | Cost | $ 164,105.70 |
| 41.2 IT | $ 44,091.65 | Cost | $ 44,091.65 |
| 41.3 Software | $ 24,419.21 | Cost | $ 24,419.21 |
| 41.4 Telephones | $ 1,293.43 | Cost | $ 1,293.43 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings,prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 Various Signed Posters | $ 0.00 | | $ Undetermined |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$ 249,924.46

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor: Avant Gardner, LLC

_____
Name

Case number *(if known):*   25-11443

## Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2014 - GMC Savana VIN: 1GTZ7TCA4E1186670 | $ 0.00 | | $ Undetermined |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 None | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 None | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1 See Schedule A/B 50 Attachment | $ 10,242,023.23 | | $ 10,242,023.23 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 10,242,023.23

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*:  25-11443

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☐  No. Go to Part 10.

☑  Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Main Concert Venue Building - 140 Stewart Avenue | Leasehold Improvements | $  22,640,343.00 | | $  Undetermined |
| 55.2  Main Concert Venue - 140 Stewart Avenue | Leasehold | $  0.00 | | $  Undetermined |
| 55.3  Mirage Building | Leasehold Improvements | $  1,893,781.13 | | $  Undetermined |
| 55.4  Parking Lot - 110 Varick Avenue | Leasehold | $  0.00 | | $  Undetermined |
| 55.5  Vlat LLC Office - 100 Bogart St, Brooklyn, NY 11206 | Leasehold | $  0.00 | | $  Undetermined |

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$  0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?`**

☑  No

☐  Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑  No

☐  Yes

| Debtor: | Avant Gardner, LLC | | Case number *(if known):* | 25-11443 |
|---|---|---|---|---|
| | Name | | | |

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1  See Schedule A/B 60 Attachment | $            0.00 | | $      Undetermined |
| **61. Internet domain names and websites** | | | |
| 61.1  See Schedule A/B 61 Attachment | $            0.00 | | $      Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1  See Schedule A/B 62 Attachment | $            0.00 | | $      Undetermined |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1  Customer List | $            0.00 | | $      Undetermined |

*NOTE: Names, emails, birthdays, phone numbers, gender and location of newsletter subscribers (birthday, phone number, gender and location are optional inputs). Additionally the company uses this information to track total customer dollar spend on tickets when purchased on either DICE or Resident Advisor.*

| | | | |
|---|---|---|---|
| **64. Other intangibles, or intellectual property** | | | |
| 64.1  None | $ | | $ |
| **65. Goodwill** | | | |
| 65.1  None | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | $            0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor:  Avant Gardner, LLC

Name

Case number *(if known):*   25-11443

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐  No. Go to Part 12.

   ☑  Yes. Fill in the information below.

   Current value of debtor's interest

71. **Notes receivable**

   | Description (include name of obligor) | Total face amount | doubtful or uncollectible accounts | | |
   |---|---|---|---|---|
   | 71.1  None | $ _____ | - $ _____ | =..... ➔ | $ _____ |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   | 72.1  None | Tax year _____ | $ _____ |
   |---|---|---|

73. **Interests in insurance policies or annuities**

   | 73.1  None | $ _____ |
   |---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   | 74.1  Avant Gardner LLC v. Manhattan Mirage Inc. & Lorenzo P. Anderson aka LP Anderson; New York Southern District Court, Case No. 1:25-cv-00948-AS | $  Undetermined |
   |---|---|

   | **Nature of claim** | Trademark Infringement |
   |---|---|
   | **Amount requested** | $  Unspecified |

   | 74.2  HDI Global Specialty SE, Avant Gardner LLC v. Medpro RRG Risk Retention Group, New York Eastern District Court, Case No. 1-25-cv-00125-LDH-CLP | $  Undetermined |
   |---|---|

   | **Nature of claim** | Breach of Contract |
   |---|---|
   | **Amount requested** | $  Unspecified |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   | 75.1  None | $ _____ |
   |---|---|

   | **Nature of claim** | _____ |
   |---|---|
   | **Amount requested** | $ _____ |

76. **Trusts, equitable or future interests in property**

   | 76.1  None | $ _____ |
   |---|---|

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

   | 77.1  Intercompany Receivable - Made Event LLC | $  Undetermined |
   |---|---|

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | | $  0.00 |
   |---|---|

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒  No

☐  Yes

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*  25-11443
_____

## Part 12:  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 897,261.87 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 3,559,388.46 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 302,191.61 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 380,892.74 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 249,924.46 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 10,242,023.23 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 15,631,682.37 | + 91b. $ 0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................... | | $ 15,631,682.37 |

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-11443 (MFW)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:        List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral that<br>supports this claim** |
|---|---|---|

2.1 **Creditor's name**

Describe debtor's property that is subject to a lien

ACE Endico Corporation
_Creditor's Name_

Inventory All and Proceeds; Chattel Paper and All Proceeds; Account(s) All and Proceeds; Equipment All and Proceeds; General Intangible(s) All and Proceeds

$            Unliquidated     $            Undetermined

**Creditor's mailing address**

Describe the lien

_Notice Name_
80 International Blvd
_Street_

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Brewster        NY        10509
_City        State        ZIP Code_

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

_Country_
**Creditor's email address, if known**

**Date debt was incurred**        8/6/2025

**As of the petition filing date, the claim is:**
Check all that apply.

**Last 4 digits of account number**

☐ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

2.2 **Creditor's name**

Alter Domus (US) LLC, as Collateral Agent

Creditor's Name

**Creditor's mailing address**

Notice Name

225 W. Washington St

Street

9th Floor

| Chicago | IL | 60606 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**     3/2/2021;
8/26/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☑ No. Specify each creditor, including this creditor, and its relative priority.

　　See Lien Description

　☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All assets of the Debtor, whether now or hereafter acquired

$ 143,642,297.06     $     Undetermined

**Describe the lien**

First Lien Loan

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3 Creditor's name**

**Describe debtor's property that is subject to a lien**

All personal property, tangible or intangible, now owned or hereafter acquired, including accounts, instruments, deposit accounts, general intangibles, records, proceeds, products, substitutions, and replacements thereof, wherever located.

First Corporate Solutions, as representative
_____
Creditor's Name

$ _____ Unliquidated    $ _____ Undetermined

**Creditor's mailing address**

Notice Name
_____
914 S Street
_____
Street

**Describe the lien**
Undetermined
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Sacramento    CA    95811
_____
City    State    ZIP Code

_____
Country

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Creditor's email address, if known**
sprs@ficoso.com

**Date debt was incurred**    7/15/2025

**Last 4 digits of account number**    _____

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.
See Lien Description
_____

☐ Yes. The relative priority of creditors is specified on lines
_____

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

---

**Part 1:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

---

2.4 **Creditor's name**

HYG Financial Services, Inc.

Creditor's Name

**Creditor's mailing address**

Notice Name
PO Box 35701
Street

| Billings | MT | 59107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    9/8/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All of the equipment now or hereafter leased by Lessor to Lessee; and all accessories, additions, replacements, and substitutions thereto and therefore, and all proceeds including insurance proceeds thereof.

$     Unliquidated    $     Undetermined

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors(Official Form 206H).*

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
*Amount of claim*
Do not deduct the value of collateral.

**Column B**
*Value of collateral that supports this claim*

2.5 **Creditor's name**

NYC Festivals, LLC
Creditor's Name

**Creditor's mailing address**

Notice Name
9171 Wilshire Blvd.
Street

Suite 500

| Beverly Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

**Creditor's email address, if known**

**Date debt was incurred**    11/6/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   See Lien Description

   ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

All assets of the Debtor, whether now or hereafter acquired    $ 11,961,365.00    $  Undetermined

**Describe the lien**

Prepetition Subordinated Lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $  155,603,662.06

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|--------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line _____ | _____ |

Name
_____

Notice Name
_____

Street
_____

_____

_____

City _____ State _____ ZIP Code _____

Country
_____

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-11443 (MFW)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).**

   ☐ No. Go to Part 2.

   ☑ Yes. Go to Line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

2.1 **Priority creditor's name and mailing address**

Internal Revenue Service
Creditor Name

Creditor's Notice name

PO Box 742562
Address

| Cincinnati | OH | 45280-2562 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $   2,320,878.67    $   2,320,878.67
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

1042 Withholding Tax

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.2 Priority creditor's name and mailing address**

New York State Tax Department
Creditor Name

Attn Martin Mooney
Creditor's Notice name

Civil Recoveries Bureau
Address

The Capitol

| Albany | NY | 12224-0341 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8)

**As of the petition filing date, the claim is:** $ 3,154,761.60   $ 3,154,761.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Sales Taxes

**Is the claim subject to offset?**

☒ No

☐ Yes

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

3.1 **Nonpriority creditor's name and mailing address**

&LANA LLC
_Creditor Name_


_Creditor's Notice name_


667 Madison Avenue
_Address_


| New York | NY | 10065 |
|---|---|---|
| City | State | ZIP Code |


_Country_

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                43,500.00
_Check all that apply._

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

3.2 **Nonpriority creditor's name and mailing address**

4 WALL ENTERTAINMENT, INC
_Creditor Name_


_Creditor's Notice name_


3165 W SUNSET RD
_Address_

SUITE 100


| LAS VEGAS | NV | 89118 |
|---|---|---|
| City | State | ZIP Code |


_Country_

**Date or dates debt was incurred**


**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                61,188.63
_Check all that apply._

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*   25-11443

Name

---

**3.3**  **Nonpriority creditor's name and mailing address**

4LIVE Production GmbH & Co. KG

Creditor Name

Creditor's Notice name

19a Am Alten Galgen

Address

Montabaur                          56410

City                State                ZIP Code

Germany

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                5,102.15
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.4**  **Nonpriority creditor's name and mailing address**

508 Operations LLC

Creditor Name

Becker New York P.C.

Creditor's Notice name

Glenn Spiegel

Address

45 Broadway, 17th Floor

New York              NY              10006

City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.5  Nonpriority creditor's name and mailing address**

508 Operations LLC
Creditor Name

Creditor's Notice name

117 Grattan Street
Address

201

| | | |
|---|---|---|
| Brooklyn | NY | 11237 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 104,700.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.6  Nonpriority creditor's name and mailing address**

Abbey Locksmiths Inc.
Creditor Name

Creditor's Notice name

1558 Second Avenue
Address

| | | |
|---|---|---|
| New York | NY | 10028 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,495.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.7 Nonpriority creditor's name and mailing address**

Able Equipment Rental Inc
Creditor Name

Creditor's Notice name

1850 GATEWAY BLVD
Address

| CONCORD | CA | 30384-0711 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 565,124.22
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.8 Nonpriority creditor's name and mailing address**

ABS Engineering, PLLC
Creditor Name

Creditor's Notice name

37 West 37th street
Address

6th Floor

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 34,312.95
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known):* 25-11443

**3.9   Nonpriority creditor's name and mailing address**

Ace Endico

Creditor Name

Creditor's Notice name

80 International Blvd

Address

| Brewster | NY | 10509 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            11,629.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.10   Nonpriority creditor's name and mailing address**

ADA Lift Rentals of America, LLC

Creditor Name

Creditor's Notice name

811 EDWARDS RD

Address

| Fort Pierce | FL | 34982 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            26,500.00

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.11** **Nonpriority creditor's name and mailing address**

Adelman Matz P.C.
Creditor Name

Creditor's Notice name

1173A 2nd Avenue
Address

Suite 153

| New York | NY | 10065 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                43,958.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**

ADP
Creditor Name

Creditor's Notice name

One ADP Boulevard
Address

| Roseland | NJ | 07068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                9.20
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

| Debtor: | Avant Gardner, LLC | | Case number *(if known)*: | 25-11443 |
|---|---|---|---|---|
| | Name | | | |

**3.13 Nonpriority creditor's name and mailing address**

Adrian Velasquez
Creditor Name

Leav & Steinberg LLP
Creditor's Notice name

Anthony Beneduce
Address

75 Broad Street Suite 1601

| New York | NY | 10004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.14 Nonpriority creditor's name and mailing address**

AEG Presents LLC
Creditor Name

Creditor's Notice name

53 West 23rd Street
Address

Floor 5

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $        535,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:   Avant Gardner, LLC

Case number *(if known)*     25-11443

---

**3.15  Nonpriority creditor's name and mailing address**

AG Der Pioniere
Creditor Name

Creditor's Notice name

Bahnofstrasse 64
Address

| Zurich | | 8001 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   24,679.51
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.16  Nonpriority creditor's name and mailing address**

AG Light and Sound, Inc.
Creditor Name

Canfield Ruggiero, LLP
Creditor's Notice name

John P. Ruggiero
Address

68 South Service Road Suite 100

| Melville | NY | 11747 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $   Undetermined
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☐  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor:  Avant Gardner, LLC

Case number *(if known)*  25-11443

**3.17  Nonpriority creditor's name and mailing address**

AGDP Holding Inc.
Creditor Name

Creditor's Notice name

140 Stewart Ave
Address

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☐  Contingent
☑  Unliquidated
☐  Disputed

**Basis for the claim:**

Intercompany Receivables

**Is the claim subject to offset?**

☐  No
☐  Yes

**3.18  Nonpriority creditor's name and mailing address**

Alberto Gomez
Creditor Name

Sagar Shah
Creditor's Notice name

225 Broadway Floor 39
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    Undetermined
*Check all that apply.*

☐  Contingent
☑  Unliquidated
☐  Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐  No
☐  Yes

Debtor:  Avant Gardner, LLC
_____

Case number *(if known)*    25-11443
_____

**3.19  Nonpriority creditor's name and mailing address**

Alex Josowitz dba A+ Operating LLC
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____
City                State            ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 61,542.66
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.20  Nonpriority creditor's name and mailing address**

ALEX KENNEKE
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____
City                State            ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 1,100.00
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.21 Nonpriority creditor's name and mailing address**

Alive Coverage LLC
Creditor Name

Creditor's Notice name

1707 E. Lake Cannon Dr. NW
Address

| Winter Haven | FL | 33881 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 35,490.98
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.22 Nonpriority creditor's name and mailing address**

All Access Staging & Productions
Creditor Name

Creditor's Notice name

1320 Storm Parkway
Address

| Torrance | CA | 90501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 23,993.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*   25-11443

**3.23 Nonpriority creditor's name and mailing address**

Allende & Garcia S. Civil de R. L.

Creditor Name

Creditor's Notice name

180 Avenida del Pinar

Address

Oficina 504

| Santiago de Surco | | 15038 |
|---|---|---|
| City | State | ZIP Code |

Peru

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                  1,346.26
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.24 Nonpriority creditor's name and mailing address**

Allstar Security and Consulting Inc

Creditor Name

Creditor's Notice name

1441 Broadway, 17th Floor

Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                161,301.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.25** **Nonpriority creditor's name and mailing address**

Amy Deng

Creditor Name

Rosenbaum & Rosenbaum, P.C.

Creditor's Notice name

Kevin Klein. Esq.

Address

100 Wall Street Floor 15

| New York | NY | 10005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**

Anchin, Block & Anchin LLP

Creditor Name

Creditor's Notice name

P.O. Box 3202

Address

| New York | NY | 10087-2002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                56,464.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*   25-11443

**3.27 Nonpriority creditor's name and mailing address**

Ankura Consulting Group LLC
Creditor Name

Creditor's Notice name

2000 K St NW, 12th floor
Address

| | | |
|---|---|---|
| Washington | DC | 20006 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                27,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.28 Nonpriority creditor's name and mailing address**

Apple ATM Services
Creditor Name

Creditor's Notice name

231 Narrows Road North
Address

| | | |
|---|---|---|
| Staten Island | NY | 10305 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                11,508.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.29 Nonpriority creditor's name and mailing address**

Aram Sun
Creditor Name

Creditor's Notice name

Address on File
Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.30 Nonpriority creditor's name and mailing address**

Art Department
Creditor Name

Creditor's Notice name

89 Hudson Street
Address

Suite 202

Hoboken    NJ    07030
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $    25,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known):* 25-11443

**3.31 Nonpriority creditor's name and mailing address**

ART EVENT NETWORK LLC
Creditor Name

Creditor's Notice name

PO Box 530698
Address

| Henderson | NV | 89053 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 895.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.32 Nonpriority creditor's name and mailing address**

ARV Sweets
Creditor Name

Creditor's Notice name

34 35th Street
Address

6TH FLOOR

| Brooklyn | NY | 11232 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 11,472.16
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.33** **Nonpriority creditor's name and mailing address**

Ascap

Creditor Name

Creditor's Notice name

P.O. Box 331608

Address

| | | |
|---|---|---|
| Nashville | TN | 37203-7515 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 8,927.31
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.34** **Nonpriority creditor's name and mailing address**

Ascendo Resources LLC

Creditor Name

Creditor's Notice name

500 W Cypress Creek Suite 230

Address

| | | |
|---|---|---|
| Fort Lauderdale | FL | 33309 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 29,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*   25-11443

**3.35 Nonpriority creditor's name and mailing address**

Big Apple Group NY An RMA Company
Creditor Name

Creditor's Notice name

936 South Oyster Bay Road
Address

| Hicksville | NY | 11801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $            7,900.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.36 Nonpriority creditor's name and mailing address**

BILDSTEIN GROUP LLC
Creditor Name

Creditor's Notice name

107 Union Street
Address

| Brooklyn | NY | 11231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $          240,951.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

**3.37  Nonpriority creditor's name and mailing address**

BILLFOLD LLC

Creditor Name

Creditor's Notice name

240 Kent Avenue

Address

B3 K42

| Brooklyn | NY | 11249 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    186,017.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.38  Nonpriority creditor's name and mailing address**

Black Coffee Entertainment (Pty) Ltd

Creditor Name

Creditor's Notice name

9 Autumn Street

Address

| Rivonia, Johannesburg | | 2191 |
|---|---|---|
| City | State | ZIP Code |

South Africa

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                  1,870,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*  25-11443

**3.39  Nonpriority creditor's name and mailing address**

BMI
Creditor Name

Creditor's Notice name

10 Music Square East.
Address

| Nashvilled | TN | 37203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                17,363.68
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.40  Nonpriority creditor's name and mailing address**

Boulevard Carroll Entertainment Group Inc.
Creditor Name

Creditor's Notice name

1275 Valley Brook Avenue
Address

Suite 400

| Lyndhurst | NJ | 07071 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 1,437.16
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.41 Nonpriority creditor's name and mailing address**

Brett Carter, Christopher Adams, Daniel Ahn, Daniel Chiu, Jin Ang, John Jeon, John Sun, Joseph Lee, Joshua Friedman, cont.
Creditor Name

Timmy Howard, Weichieh Chi, and others simularly situated
Creditor's Notice name

Jacob Chen - DGW Kramer LLP
Address

45 Rockefeller Plaza Floor 20

| New York | NY | 10111 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

As of the petition filing date, the claim is:  $           Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.42 Nonpriority creditor's name and mailing address**

Brief Carmen & Kleiman LLP
Creditor Name

Creditor's Notice name

488 Madison Avenue
Address

Suite 1120

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

As of the petition filing date, the claim is:  $           75,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number (if known): 25-11443

**3.43** **Nonpriority creditor's name and mailing address**

Brigard Castro S.A.S.
Creditor Name

Creditor's Notice name

Calle 70 Bis
Address

#4-41

Chapinero, Bogota
City                State                ZIP Code

Colombia
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,440.38
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.44** **Nonpriority creditor's name and mailing address**

Brink's Incorporated
Creditor Name

Creditor's Notice name

PO BOX 619031
Address

Dallas                TX                75261-9031
City                State                ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,031.23
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*   25-11443

**3.45 Nonpriority creditor's name and mailing address**

Brookside Environmental, Inc.
Creditor Name

Creditor's Notice name

22 Ocean Avenue
Address

| Copiague | NY | 11726 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                247,387.37
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.46 Nonpriority creditor's name and mailing address**

Buds & Blooms NY
Creditor Name

Creditor's Notice name

19 Grand Avenue
Address

| Englewood | NJ | 07631 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 43,982.81
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.47** **Nonpriority creditor's name and mailing address**

Bunke et al.
Creditor Name

Ilan Weiser, Esq. - Partner
Creditor's Notice name

1345 Avenue of the Americas, Floor 11
Address

| New York | NY | 10105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                Undetermined
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.48** **Nonpriority creditor's name and mailing address**

Busy Bee Cleaning Service LLC
Creditor Name

David J. Gold, P.C.
Creditor's Notice name

800 Second Avenue, Suite 810
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                Undetermined
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Official Form 206E/F      **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Case number *(if known)*    25-11443

_____
Name

**3.49 Nonpriority creditor's name and mailing address**

Busy Bee Cleaning Service LLC
Creditor Name

_____
Creditor's Notice name

1133 Broadway
Address

Suite 412

_____

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            8,982.19
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.50 Nonpriority creditor's name and mailing address**

CAA Sports LLC
Creditor Name

_____
Creditor's Notice name

2000 Avenue of the Stars
Address

_____

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             959.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known):* 25-11443

---

**3.51 Nonpriority creditor's name and mailing address**

Caleb Olson

Creditor Name

Creditor's Notice name

Address on File

Address

City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                20,245.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.52 Nonpriority creditor's name and mailing address**

Canon Financial Services, Inc.

Creditor Name

Creditor's Notice name

14904 Collections Center Drive

Address

Chicago        IL            60693

City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,644.88

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*   25-11443

**3.53** **Nonpriority creditor's name and mailing address**

Cassone Leasing Inc.
Creditor Name

Creditor's Notice name

CASSONE LEASING, INC.
Address

1950 LAKELAND AVE

| RONKONKOMA | NY | 11779 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                15,393.16
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.54** **Nonpriority creditor's name and mailing address**

Celebrate Brooklyn (Smorgasburg Events LLC)
Creditor Name

Creditor's Notice name

24 Commerce Street
Address

| Brooklyn | NY | 11231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $                 3,203.50
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.55 Nonpriority creditor's name and mailing address**

Cern Studio

Creditor Name

Creditor's Notice name

43-01 21st street Suite #337

Address

| Long Island City | NY | 11101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,500.00

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.56 Nonpriority creditor's name and mailing address**

Certified Backflow Inc.

Creditor Name

Creditor's Notice name

Certified Backflow Inc

Address

4118 14 Ave Suit 18

| Brooklyn | NY | 11219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,550.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

3.57 **Nonpriority creditor's name and mailing address**

CES Power LLC
Creditor Name

Creditor's Notice name

PO Box 738956
Address

| Dallas | TX | 75373-8956 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 41,685.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.58 **Nonpriority creditor's name and mailing address**

ChangeEngine Inc.
Creditor Name

Creditor's Notice name

44 Tehama St
Address

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 24,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.59** **Nonpriority creditor's name and mailing address**

Chase Fire Products

Creditor Name

Creditor's Notice name

PO Box 220362

Address

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             12,788.46

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.60** **Nonpriority creditor's name and mailing address**

Chateau Brooklyn LLC

Creditor Name

Creditor's Notice name

36A Meserole Street

Address

Unit 1

| Brooklyn | NY | 11206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $             18,667.64

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

**3.61 Nonpriority creditor's name and mailing address**

Chinedum Eto

Creditor Name

Law Office of Gregory Paul Mouton, Jr., Esq.

Creditor's Notice name

Gregory Mouton

Address

10 Times Square, Floor 6

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.62 Nonpriority creditor's name and mailing address**

Chris Lavado

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    11,950.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*  25-11443

**3.63** **Nonpriority creditor's name and mailing address**

Christie Lites Enterprises
Creditor Name

Creditor's Notice name

6990 Lake Ellenor Drive
Address

| Orlando | FL | 32809 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                601,646.59
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.64** **Nonpriority creditor's name and mailing address**

CID Plumbing
Creditor Name

Creditor's Notice name

59 Satterlee Street
Address

| Staten Island | NY | 10307 |
|---------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                151,291.40
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

**3.65 Nonpriority creditor's name and mailing address**

ClarksonSears Holdings LLC
Creditor Name

Creditor's Notice name

235 W. 22nd St.
Address

2y

New York          NY          10011
City            State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                78,596.48
*Check all that apply.*

☐  Contingent
☒  Unliquidated
☒  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No
☐  Yes

**3.66 Nonpriority creditor's name and mailing address**

Classy Screens
Creditor Name

Creditor's Notice name

575 Onderdonk Avenue
Address

Ridgewood          NY          11385
City            State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 1,596.00
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No
☐  Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.67** **Nonpriority creditor's name and mailing address**

CMC Interactive, LLC
Creditor Name

Creditor's Notice name

75 Broad St, Suite #2200
Address

| New York | NY | 10004 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 3,068.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.68** **Nonpriority creditor's name and mailing address**

Cole Mountain Ice
Creditor Name

Creditor's Notice name

548 W 53th St
Address

| New York | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 15,362.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 36 of 183

Debtor: Avant Gardner, LLC

Name

Case number *(if known):*  25-11443

**3.69 Nonpriority creditor's name and mailing address**

Con Edison

Creditor Name

Creditor's Notice name

Attn: Legal Dept

Address

4 Irving Place

| New York | NY | 10003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                62,207.21

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.70 Nonpriority creditor's name and mailing address**

Corazona Productions LLC

Creditor Name

Creditor's Notice name

30 North Gould Street

Address

| Sheridan | WY | 82801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                2,500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known):* 25-11443

3.71 **Nonpriority creditor's name and mailing address**

Cornucopia Cruise Line
Creditor Name

Creditor's Notice name

401 Riverview Drive
Address

| Perth Amboy | NJ | 08861 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 45,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.72 **Nonpriority creditor's name and mailing address**

Creative Artists Agency
Creditor Name

Creditor's Notice name

2000 Avenue of the Stars
Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 244,288.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*  25-11443

**3.73 Nonpriority creditor's name and mailing address**

Criterion Acoustics, LLC
Creditor Name

Creditor's Notice name

705 Central Ave
Address

Unit 4

| New Providence | NJ | 07974 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                6,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.74 Nonpriority creditor's name and mailing address**

Cupcake Landscape
Creditor Name

Creditor's Notice name

1400 Memorial Avenue
Address

| Gibbstown | NJ | 08027 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                6,382.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

---

**3.75** **Nonpriority creditor's name and mailing address**

Dan Gayle Consulting

Creditor Name

Creditor's Notice name

2 Queen's Road

Address

| Worthing | | BN11 5SG |
|---|---|---|
| City | State | ZIP Code |

United Kingdom

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,511.60

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**

Daversa Partners

Creditor Name

Creditor's Notice name

33 Riverside Avenue

Address

3rd Floor Suite 300

| Westport | CT | 06880 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 91,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

---

**3.77 Nonpriority creditor's name and mailing address**

DBA EMG Health Fairs

Creditor Name

Creditor's Notice name

411 Cleveland Street

Address

Ste  158

| Clearwater | FL | 33755 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                20,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.78 Nonpriority creditor's name and mailing address**

Department of the Treasury

Creditor Name

Creditor's Notice name

Internal Revenue Service

Address

| Ogden | UT | 84201-0038 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $               585,019.70

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

ACA Civil Penalty

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

**3.79  Nonpriority creditor's name and mailing address**

DICE FM Inc.
Creditor Name

Creditor's Notice name

10 Grand Street
Address

Suite 400

| Brooklyn | NY | 11249 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $        843,157.69
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Unsecured Advance

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.80  Nonpriority creditor's name and mailing address**

Discotech LLC
Creditor Name

Creditor's Notice name

6432 Weidlake Drive
Address

| Los Angeles | CA | 90068 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          6,663.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

| Debtor: | Avant Gardner, LLC | | Case number *(if known)* | 25-11443 |
|---|---|---|---|---|

Name

**3.81 Nonpriority creditor's name and mailing address**

Dogwood Entertainment
Creditor Name

Creditor's Notice name

328 North Grand Avenue
Address

| Poughkeepsie | NY | 12603 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,117.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.82 Nonpriority creditor's name and mailing address**

Dominic Cappelletti dba NightMode
Creditor Name

Creditor's Notice name

Dominic Cappelletti,
Address

211 West Lake Blvd

| Mahopac | NY | 10541 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 451,362.84
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.83** **Nonpriority creditor's name and mailing address**

DoorDash, Inc.
Creditor Name

Creditor's Notice name

303 2nd Street, South Tower, Suite 800
Address

| SAN FRANCISCO | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 13,747.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.84** **Nonpriority creditor's name and mailing address**

DoStuff Media LLC
Creditor Name

Creditor's Notice name

2200 South Lamar Blvd Suite L
Address

| Austin | TX | 78704 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

**3.85** **Nonpriority creditor's name and mailing address**

DTDS Inc.
Creditor Name

Creditor's Notice name

721 Henry St
Address

| Brooklyn | NY | 11231 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    65,325.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**

EAROS, Inc.
Creditor Name

Creditor's Notice name

6 Saint Johns Lane
Address

5th Floor

| New York | NY | 10013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    24,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.87 Nonpriority creditor's name and mailing address**

Echoo GmbH
Creditor Name

Creditor's Notice name

Stieracker 20
Address

| Frick | | 5070 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 17,500.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.88 Nonpriority creditor's name and mailing address**

Ecolab Inc.
Creditor Name

Creditor's Notice name

1 Ecolab Place
Address

| Saint Paul | MN | 55102 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 239.47
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.89 Nonpriority creditor's name and mailing address**

Electronix Systems

Creditor Name

Creditor's Notice name

1555 New York Avenue

Address

| Huntington Station | NY | 11746 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 592.71

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.90 Nonpriority creditor's name and mailing address**

Ellenoff Grossmann & Schole LLP

Creditor Name

Creditor's Notice name

1345 Avenue of the Americas

Address

11th Floor

| New York | NY | 10105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 66,195.03

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.91 Nonpriority creditor's name and mailing address**

Empire Merchants
Creditor Name

Creditor's Notice name

16 Bridgewater Street
Address

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,836.54
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

**3.92 Nonpriority creditor's name and mailing address**

Eric Johnson
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                   11,000.00
*Check all that apply.*

☐  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.93 Nonpriority creditor's name and mailing address**

Evelyn Avila
Creditor Name

Van Miller Morgan & Morgan, NY PLLC
Creditor's Notice name

350 Fifth Avenue Suite 6705
Address

| New York | NY | 10118 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.94 Nonpriority creditor's name and mailing address**

Event Water Solutions
Creditor Name

Creditor's Notice name

66 Line 15 South
Address

| Oro-Medonte | | L3V 8H9 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.95 Nonpriority creditor's name and mailing address**

EZ Festivals LLC
Creditor Name

Creditor's Notice name

140 Stewart Ave
Address

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Intercompany Receivables

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.96 Nonpriority creditor's name and mailing address**

FACTORY PR LLC
Creditor Name

Creditor's Notice name

263 Eleventh Ave
Address

Floor 6

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 25,386.87
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

---

**3.97** **Nonpriority creditor's name and mailing address**

Fepaz Enterprises

Creditor Name

Creditor's Notice name

1315 INWOOD AVE #521273

Address

| Bronx | NY | 10452 |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 29,069.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

Filta Kleen

Creditor Name

Creditor's Notice name

Address on File

Address

| | | |
|-------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 542.20

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

**3.99  Nonpriority creditor's name and mailing address**

FlexFacts

Creditor Name

Creditor's Notice name

1200 River Ave

Address

Suite 10E

| Lakewood | NJ | 08701 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                106.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.100  Nonpriority creditor's name and mailing address**

Flux Technical Productions LLC

Creditor Name

Creditor's Notice name

4341 S 299Th St

Address

| Auburn | WA | 98001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              4,714.89

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.101** **Nonpriority creditor's name and mailing address**

FORTY KNOTS LEATHER
Creditor Name

Creditor's Notice name

668 Cambridge Battenville Road
Address

| Greenwich | NY | 12834 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.102** **Nonpriority creditor's name and mailing address**

Fred Orsita
Creditor Name

Law Offices of Bradley S. Hames
Creditor's Notice name

15 Maiden Lane, Suite 1305
Address

| New York | NY | 10038 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

**3.103 Nonpriority creditor's name and mailing address**

Fresh Prints LLC

Creditor Name

Creditor's Notice name

1178 Broadway

Address

FL 3 #1187

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    47,723.16

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.104 Nonpriority creditor's name and mailing address**

Frick Frack Blackjack

Creditor Name

Creditor's Notice name

269 Melrose Street

Address

| Brooklyn | NY | 11206 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    1,100.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Case number *(if known):* 25-11443

**3.105 Nonpriority creditor's name and mailing address**

Gala Mechanical Corp.
Creditor Name


Creditor's Notice name

84-40 Austin Street
Address



Kew Gardens | NY | 11415
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                10,778.62
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim


**Is the claim subject to offset?**

☐  No

☐  Yes

**3.106 Nonpriority creditor's name and mailing address**

Gateway Productions
Creditor Name


Creditor's Notice name

10 Mulliken Way
Address



Newburyport | MA | 10950
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              1,058,045.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim


**Is the claim subject to offset?**

☐  No

☐  Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.107  Nonpriority creditor's name and mailing address**

Geiger Engineers

Creditor Name

Creditor's Notice name

2 Executive Boulevard

Address

| Suffern | NY | 10901 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 58,911.22
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.108  Nonpriority creditor's name and mailing address**

General Welding Supply

Creditor Name

Creditor's Notice name

PO Box 179 North

Address

| Lakewood | WA | 98259 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 348.40
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC
Name

Case number (if known)    25-11443

**3.109 Nonpriority creditor's name and mailing address**

Georgio Constantinou
Creditor Name

Creditor's Notice name

Address

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                5,500.00
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐    No

☐    Yes

**3.110 Nonpriority creditor's name and mailing address**

GIS Benefits
Creditor Name

Creditor's Notice name

422 Wauponsee St
Address

Morris            IL            60450

City                State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                5,414.95
*Check all that apply.*

☐    Contingent

☐    Unliquidated

☐    Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐    No

☐    Yes

Debtor: Avant Gardner, LLC

Case number *(if known):* 25-11443

Name

**3.111** **Nonpriority creditor's name and mailing address**

Grant Thornton LLP

Creditor Name

Creditor's Notice name

1415 Vantage Park Drive

Address

STE 500

| Charlotte | NC | 28203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 126,750.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.112** **Nonpriority creditor's name and mailing address**

Greenspoon Marder LLP

Creditor Name

Creditor's Notice name

100 W. Cypress Creek Rd.

Address

Suite 700

| Fort Lauderdale | FL | 33309 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 67,129.64

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.113 Nonpriority creditor's name and mailing address**

H & O Engineering DPC (Helman)

Creditor Name

Creditor's Notice name

36-52 37th St

Address

| Long Island | NY | 11101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 58,000.00

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.114 Nonpriority creditor's name and mailing address**

Hard Feelings LLC

Creditor Name

Creditor's Notice name

184 Kent Avenue

Address

| Brooklyn | NY | 11249 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 190,000.00

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.115 Nonpriority creditor's name and mailing address**

Have A Nice Day Coffee
Creditor Name

Creditor's Notice name

515 W 38th St apt 20E
Address

| NY NY | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                653.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.116 Nonpriority creditor's name and mailing address**

Heini Limited Liability Corporation
Creditor Name

Creditor's Notice name

558 MacDonough Street
Address

#3

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $             1,179,044.95
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.117** **Nonpriority creditor's name and mailing address**

Hello Wood Zrt.
Creditor Name

Creditor's Notice name

Kisfaludy utca
Address

| Budapest | | 1082 |
|---|---|---|
| City | State | ZIP Code |

Hungary
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                59,550.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.118** **Nonpriority creditor's name and mailing address**

Hillary Weston Agency LLC
Creditor Name

Creditor's Notice name

243 Broadview Avenue
Address

| New Rochelle | NY | 10804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                15,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.119 Nonpriority creditor's name and mailing address**

Hive.co
Creditor Name

Creditor's Notice name

283 Duke St West
Address

| Kitchener | | N2H 3X7 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 86,900.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.120 Nonpriority creditor's name and mailing address**

Home Video Global LLC
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

**3.121** **Nonpriority creditor's name and mailing address**

Hooman Yazhari
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____ _____ _____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.122** **Nonpriority creditor's name and mailing address**

HR Acuity LLC
_____
Creditor Name

_____
Creditor's Notice name

23 Vreeland Rd Ste 220
_____
Address

_____

Florham Park _____ NJ _____ 07932 _____
City          State          ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ 12,153.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.123 Nonpriority creditor's name and mailing address**

HYG Financial Services, Inc.
Creditor Name

Creditor's Notice name

5000 RIVERSIDE DRIVE
Address

SUITE 300 EAST

| Irving | TX | 75039 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 15,367.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.124 Nonpriority creditor's name and mailing address**

Insta Funding LLC
Creditor Name

Gene Rosen's Law Firm
Creditor's Notice name

Gene W. Rosen, Esq.
Address

200 Garden City Plaza, Suite 405

| Garden City | NY | 11530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*:  25-11443

---

**3.125**  **Nonpriority creditor's name and mailing address**

Invision Outdoor LLC

Creditor Name

Creditor's Notice name

1333A North Avenue

Address

| New Rochelle | NY | 10804 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 7,542.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.126**  **Nonpriority creditor's name and mailing address**

Iron Group Corp.

Creditor Name

Creditor's Notice name

2354 Coney Island Ave

Address

| Brooklyn | NY | 11223-5002 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 199,718.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.127 Nonpriority creditor's name and mailing address**

Jackson Koloskus
Creditor Name

Creditor's Notice name

Address on File
Address

City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                35,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.128 Nonpriority creditor's name and mailing address**

James Power and Kimberly Power
Creditor Name

Alex J. Freundlich, Esq.
Creditor's Notice name

Grauman Law, P.C.
Address

125-16 Queens Boulevard

Kew Gardens        NY            11415
City                State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.129** **Nonpriority creditor's name and mailing address**

Jason Daniel Flowers
Creditor Name

Rubenstein Law
Creditor's Notice name

Eric Shapiro
Address

1 Rockefeller Plaza Floor 10 Suite 1022

| New York | NY | 10020 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.130** **Nonpriority creditor's name and mailing address**

Joel D. Lugo DBA Diligent Security & Inve
Creditor Name

Creditor's Notice name

320 E 156th St
Address

14J

| Bronx | NY | 10451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 12,816.97
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.131 Nonpriority creditor's name and mailing address**

Kalman Kohn
Creditor Name

Rozenberg & Associates, P.C.
Creditor's Notice name

Eitan J. Goldblatt
Address

1601 Gravesend Neck Road Suite 903A

| Brooklyn | NY | 11229 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.132 Nonpriority creditor's name and mailing address**

Kasirer LLC
Creditor Name

Creditor's Notice name

120 Broadway
Address

Suite 1010

| New York City | NY | 10271 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            20,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.133 Nonpriority creditor's name and mailing address**

Kaufman Dolowich, LLP
Creditor Name

Creditor's Notice name

135 Crossways Park Drive
Address

| Woodbury | NY | 11797 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 52,895.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.134 Nonpriority creditor's name and mailing address**

Kelco Productions Inc.
Creditor Name

Creditor's Notice name

919 North Market Street
Address

Suite 725

| Wilmington | DE | 19801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 79,990.72
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.135 Nonpriority creditor's name and mailing address**

Kobalt Music Publishing America, Inc
Creditor Name

Creditor's Notice name

2 Gansevoort Street, 7th Floor
Address

| New York | NY | 10014 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.136 Nonpriority creditor's name and mailing address**

Kostow Greenwood Architects LLP
Creditor Name

Creditor's Notice name

594 Broadway
Address

| New York | NY | 10012 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 59,912.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.137** **Nonpriority creditor's name and mailing address**

L&M Pest Management Inc.
Creditor Name

Creditor's Notice name

307 Euston Rd S
Address

| Garden City | NY | 11530 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 8,530.58
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.138** **Nonpriority creditor's name and mailing address**

L&W SUPPLY
Creditor Name

Creditor's Notice name

1 ABC Parkway
Address

Ste 941

| Beloit | WI | 53511 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ 1,516.92
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.139** **Nonpriority creditor's name and mailing address**

LAMAR COMPANIES
Creditor Name

Creditor's Notice name

P.O. BOX 746966
Address

| Atlanta | GA | 30374 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 22,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.140** **Nonpriority creditor's name and mailing address**

Laser Light Company
Creditor Name

Vexillum Law
Creditor's Notice name

Andre Desir
Address

7373 Ridge Avenue Suite 330

| Philadelphia | PA | 19128 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

**3.141  Nonpriority creditor's name and mailing address**

Law Firm of Abrams, Fensterman
Creditor Name

Creditor's Notice name

3 Dakota Drive
Address

Suite 300

| Lake Success | NY | 11042 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,665.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.142  Nonpriority creditor's name and mailing address**

Leerform LLC
Creditor Name

Creditor's Notice name

182 Stewart Ave
Address

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              26,875.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.143 Nonpriority creditor's name and mailing address**

Lenoble Lumber
Creditor Name

Creditor's Notice name

38-20 Review Avenue
Address

| Queens | NY | 11101 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                15,360.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.144 Nonpriority creditor's name and mailing address**

Limitless Golden Construction Inc
Creditor Name

Creditor's Notice name

1060 Lower South street
Address

| Peekskill | NY | 10566 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $                19,053.12
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.145 Nonpriority creditor's name and mailing address**

Lingpeng Qian
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 11,427.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.146 Nonpriority creditor's name and mailing address**

Loupe Digital Inc.
Creditor Name

Creditor's Notice name

117 East 24th Street
Address

2nd floor

New York          NY          10010
City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 70,382.24
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.147 Nonpriority creditor's name and mailing address**

LPS PRODUCTION
Creditor Name


Creditor's Notice name

15901 NW 59th Ave
Address



Miami Lakes | FL | 33014
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $  2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.148 Nonpriority creditor's name and mailing address**

Lund Fire Products Co. Inc.
Creditor Name


Creditor's Notice name

40-33 215th Place
Address



Bayside | NY | 11361
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $  25,894.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.149** **Nonpriority creditor's name and mailing address**

Mainfactor Inc.
Creditor Name

Creditor's Notice name

100 Lombard Street
Address

| Philadelphia | PA | 19147 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                498.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.150** **Nonpriority creditor's name and mailing address**

Manhattan Beer
Creditor Name

Creditor's Notice name

955 East 149th Street
Address

| Bronx | NY | 10455 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $              5,552.65
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.151 Nonpriority creditor's name and mailing address**

Maria's Green Cleaning Inc.
Creditor Name

Creditor's Notice name

144 Drake Avenue
Address

New Rochelle | NY | 10805
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 612.31
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.152 Nonpriority creditor's name and mailing address**

Marica LLC
Creditor Name

Creditor's Notice name

230 Colonial Avenue
Address

Union | NJ | 07083
City | State | ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 71,000.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.153**  **Nonpriority creditor's name and mailing address**

Mark Kabbeko

Creditor Name

Jonathan D'Agostino & Associates, P.C.

Creditor's Notice name

Edward J. Pavia & Glen Devora

Address

3309 Richmond Avenue

| Staten Island | NY | 10312 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.154**  **Nonpriority creditor's name and mailing address**

Marketman Inc.

Creditor Name

Creditor's Notice name

530 7 Ave W

Address

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,401.24

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.155 Nonpriority creditor's name and mailing address**

McAlpine
Creditor Name

Creditor's Notice name

1133 Broadway, Suite 1416
Address

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 236,429.45
*Check all that apply.*

☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.156 Nonpriority creditor's name and mailing address**

McKinney Welding Supply Co Inc
Creditor Name

Creditor's Notice name

1145 Bronx River Avenue
Address

| The Bronx | NY | 10472 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 17.42
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*  25-11443

**3.157 Nonpriority creditor's name and mailing address**

McLaren Engineering Group

Creditor Name

Creditor's Notice name

530 Chestnut Ridge Road

Address

| Woodcliff Lake | NJ | 07677 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    30,821.91

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.158 Nonpriority creditor's name and mailing address**

Mega Lasers Productions, Inc.

Creditor Name

Creditor's Notice name

9450 SW Gemini Dr #87376

Address

| Beaverton | OR | 97008-7105 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    51,200.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Avant Gardner, LLC

Case number *(if known):*  25-11443

3.159  **Nonpriority creditor's name and mailing address**

Meta Platforms via Radius Collections

Creditor Name

Creditor's Notice name

1601 Willow Road

Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 17,878.21

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

3.160  **Nonpriority creditor's name and mailing address**

Meta Platforms, Inc.

Creditor Name

Creditor's Notice name

1601 Willow Road

Address

| Menlo Park | CA | 94025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 57,357.64

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $ | 6,130.00 |

**Nonpriority creditor's name and mailing address**

Metropolis
Creditor Name

Creditor's Notice name

22 Cortlandt Street
Address

10th Floor

| New York | NY | 10007 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 6,130.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.162 **Nonpriority creditor's name and mailing address**

Michelman & Robinson LLP
Creditor Name

Creditor's Notice name

ATTN: Accounts Receivable
Address

10880 Wilshire Blvd

| Los Angeles | CA | 90024 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 12,114.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

Name

**3.163** **Nonpriority creditor's name and mailing address**

MIH Systems Group

Creditor Name

Creditor's Notice name

20 West 36th Street

Address

Suite 700

New York          NY          10018

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    4,330.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.164** **Nonpriority creditor's name and mailing address**

Minuteman Press

Creditor Name

Creditor's Notice name

305 Atlantic Ave

Address

Brooklyn          NY          11201

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                    566.15

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.165** **Nonpriority creditor's name and mailing address**

Mr. T Carting Co
Creditor Name

Creditor's Notice name

73-10 Edsall Ave
Address

| Ridgewood | NY | 11385-8220 |
|-----------|-----|-----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 32,034.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

MTD USA LLC
Creditor Name

Creditor's Notice name

5101 Chatooga Drive
Address

| Lithonia | GA | 30038 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 200,000.00
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)* 25-11443

**3.167 Nonpriority creditor's name and mailing address**

Multi-Flow Industries
Creditor Name

Creditor's Notice name

1434 County Line Road
Address

| HUNTINGDON VALLEY | PA | 19006 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 12,139.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.168 Nonpriority creditor's name and mailing address**

Naikoon Contracting LTD.
Creditor Name

Creditor's Notice name

302-350 Esplanade East
Address

| North Vancouver | | V7L 1A4 |
|---|---|---|
| City | State | ZIP Code |

Canada
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $ 17,990.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

3.169 **Nonpriority creditor's name and mailing address**

Name on File - ID 001

Creditor Name

Creditor's Notice name

Address on File

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,125.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

3.170 **Nonpriority creditor's name and mailing address**

Name on File - ID 002

Creditor Name

Creditor's Notice name

Address on File

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 30,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

| | |
|---|---|
| **3.171** | **Nonpriority creditor's name and mailing address** |

Name on File - ID 003

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 135,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

| | |
|---|---|
| **3.172** | **Nonpriority creditor's name and mailing address** |

Name on File - ID 004

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|---|---|---|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 310,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.173  Nonpriority creditor's name and mailing address**

Name on File - ID 005

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                    Undetermined

*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.174  Nonpriority creditor's name and mailing address**

Name on File - ID 006

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**   $                    93,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:   Avant Gardner, LLC
_____

Case number *(if known)*   25-11443
_____

**3.175** **Nonpriority creditor's name and mailing address**

Name on File - ID 007
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____  _____  _____
City                State              ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 5,469.31

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Artist Agreement
_____

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.176** **Nonpriority creditor's name and mailing address**

Name on File - ID 008
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____  _____  _____
City                State              ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $ _____ 300.00

*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Artist Agreement
_____

**Is the claim subject to offset?**

☐   No

☐   Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.177 Nonpriority creditor's name and mailing address**

Name on File - ID 009
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    40,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.178 Nonpriority creditor's name and mailing address**

Name on File - ID 010
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    95,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.179** **Nonpriority creditor's name and mailing address**

Name on File - ID 011
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 334,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.180** **Nonpriority creditor's name and mailing address**

Name on File - ID 012
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:** $ 150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.181  Nonpriority creditor's name and mailing address**

Name on File - ID 013

Creditor Name

Creditor's Notice name

Address on File

Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              2,525.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.182  Nonpriority creditor's name and mailing address**

Name on File - ID 014

Creditor Name

Creditor's Notice name

Address on File

Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            80,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*    25-11443

Name

**3.183  Nonpriority creditor's name and mailing address**

Name on File - ID 015

Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                150.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.184  Nonpriority creditor's name and mailing address**

Name on File - ID 016

Creditor Name

Creditor's Notice name

Address on File

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $              25,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.185 Nonpriority creditor's name and mailing address**

Name on File - ID 017

Creditor Name

Creditor's Notice name

Address on File

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                3,291.02

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.186 Nonpriority creditor's name and mailing address**

Name on File - ID 018

Creditor Name

Creditor's Notice name

Address on File

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                6,296.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**Name**

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 2,400.00 |

Name on File - ID 019

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ | 8,041.83 |

Name on File - ID 020

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

3.189 **Nonpriority creditor's name and mailing address**

Name on File - ID 021
Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            350.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

3.190 **Nonpriority creditor's name and mailing address**

Name on File - ID 022
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            350.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:   Avant Gardner, LLC

Case number *(if known)*:   25-11443

Name

**3.191 Nonpriority creditor's name and mailing address**

Name on File - ID 023

Creditor Name

Creditor's Notice name

Address on File

Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            500.00
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐   No

☐   Yes

**3.192 Nonpriority creditor's name and mailing address**

Name on File - ID 024

Creditor Name

Creditor's Notice name

Address on File

Address

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $            526.10
*Check all that apply.*

☐   Contingent

☐   Unliquidated

☐   Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐   No

☐   Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)* 25-11443

**3.193 Nonpriority creditor's name and mailing address**

Name on File - ID 025

Creditor Name

Creditor's Notice name

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 400.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.194 Nonpriority creditor's name and mailing address**

Name on File - ID 026

Creditor Name

Creditor's Notice name

Address on File

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 22,155.91

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**        Page 99 of 183

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*    25-11443
_____

**3.195  Nonpriority creditor's name and mailing address**

Name on File - ID 027
_____
Creditor Name

_____
Creditor's Notice name

_____
Address

_____

_____

_____  _____  _____
City              State       ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 1,500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.196  Nonpriority creditor's name and mailing address**

Name on File - ID 028
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____  _____  _____
City              State       ZIP Code

_____
Country

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ _____ 1,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement
_____

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.197 Nonpriority creditor's name and mailing address**

Name on File - ID 029

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.198 Nonpriority creditor's name and mailing address**

Name on File - ID 030

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 132,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*    25-11443

**3.199 Nonpriority creditor's name and mailing address**

Name on File - ID 031

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,725.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.200 Nonpriority creditor's name and mailing address**

Name on File - ID 032

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    4,674.71

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*   25-11443

**3.201  Nonpriority creditor's name and mailing address**

Name on File - ID 033
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            12,165.69
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.202  Nonpriority creditor's name and mailing address**

Name on File - ID 034
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            84,042.51
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

Name

**3.203 Nonpriority creditor's name and mailing address**

Name on File - ID 035

Creditor Name

Creditor's Notice name

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 40,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.204 Nonpriority creditor's name and mailing address**

Name on File - ID 036

Creditor Name

Creditor's Notice name

Address on File

Address

City     State     ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

### 3.205  Nonpriority creditor's name and mailing address

Name on File - ID 037

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    6,484.45
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

### 3.206  Nonpriority creditor's name and mailing address

Name on File - ID 038

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    200.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.207  Nonpriority creditor's name and mailing address**

Name on File - ID 039

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                990.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.208  Nonpriority creditor's name and mailing address**

Name on File - ID 040

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             200,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

_____
Name

**3.209  Nonpriority creditor's name and mailing address**

Name on File - ID 041
Creditor Name

Creditor's Notice name

Address

City         State         ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                1,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.210  Nonpriority creditor's name and mailing address**

Name on File - ID 042
Creditor Name

Creditor's Notice name

Address on File
Address

City         State         ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,876.99
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.211 Nonpriority creditor's name and mailing address**

Name on File - ID 043

Creditor Name

Creditor's Notice name

Address on File

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 3,688.11

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.212 Nonpriority creditor's name and mailing address**

Name on File - ID 044

Creditor Name

Creditor's Notice name

Address

City        State        ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*     25-11443

**3.213  Nonpriority creditor's name and mailing address**

Name on File - ID 045

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $              105.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.214  Nonpriority creditor's name and mailing address**

Name on File - ID 046

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $            1,780.03

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.215 Nonpriority creditor's name and mailing address**

Name on File - ID 047
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,522.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.216 Nonpriority creditor's name and mailing address**

Name on File - ID 048
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 562.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.217 Nonpriority creditor's name and mailing address**

Name on File - ID 049

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 50,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.218 Nonpriority creditor's name and mailing address**

Name on File - ID 050

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**   $ 10,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.219  Nonpriority creditor's name and mailing address**

Name on File - ID 051
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    91,250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.220  Nonpriority creditor's name and mailing address**

Name on File - ID 052
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $    44,897.99
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.221 Nonpriority creditor's name and mailing address**

Name on File - ID 053
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 40,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.222 Nonpriority creditor's name and mailing address**

Name on File - ID 054
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 50,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.223 Nonpriority creditor's name and mailing address**

Name on File - ID 055

Creditor Name

Creditor's Notice name

Address on File

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 101,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.224 Nonpriority creditor's name and mailing address**

Name on File - ID 056

Creditor Name

Creditor's Notice name

Address on File

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.225** **Nonpriority creditor's name and mailing address**

Name on File - ID 057

Creditor Name

Creditor's Notice name

Address on File

Address

City                State              ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.226** **Nonpriority creditor's name and mailing address**

Name on File - ID 058

Creditor Name

Creditor's Notice name

Address on File

Address

City                State              ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 50,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.227 Nonpriority creditor's name and mailing address**

Name on File - ID 059
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                4,285.76
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No
☐  Yes

**3.228 Nonpriority creditor's name and mailing address**

Name on File - ID 060
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $                2,000.00
*Check all that apply.*

☐  Contingent
☐  Unliquidated
☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No
☐  Yes

Debtor:    Avant Gardner, LLC

Case number *(if known)*:    25-11443

**3.229**    **Nonpriority creditor's name and mailing address**

Name on File - ID 061
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                35,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.230**    **Nonpriority creditor's name and mailing address**

Name on File - ID 062
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    500.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

---

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.231 Nonpriority creditor's name and mailing address**

Name on File - ID 063

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.232 Nonpriority creditor's name and mailing address**

Name on File - ID 064

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 86,500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:   Avant Gardner, LLC

Case number *(if known)*:   25-11443

**3.233  Nonpriority creditor's name and mailing address**

Name on File - ID 065
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    1,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.234  Nonpriority creditor's name and mailing address**

Name on File - ID 066
Creditor Name

Creditor's Notice name

Address on File
Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $                    1,250.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.235 Nonpriority creditor's name and mailing address**

Name on File - ID 067

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $    30,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.236 Nonpriority creditor's name and mailing address**

Name on File - ID 068

Creditor Name

Creditor's Notice name

Address on File

Address

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**    $    3,600.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.237 Nonpriority creditor's name and mailing address**

Name on File - ID 069

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 500.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.238 Nonpriority creditor's name and mailing address**

Name on File - ID 070

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 381,327.31

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.239 Nonpriority creditor's name and mailing address**

Name on File - ID 071

Creditor Name

Creditor's Notice name

Address on File

Address

City                State              ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.240 Nonpriority creditor's name and mailing address**

Name on File - ID 072

Creditor Name

Creditor's Notice name

Address on File

Address

City                State              ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    625.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.241** **Nonpriority creditor's name and mailing address**

Name on File - ID 073
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.242** **Nonpriority creditor's name and mailing address**

Name on File - ID 074
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 150,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.243** **Nonpriority creditor's name and mailing address**

Name on File - ID 075

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          3,500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.244** **Nonpriority creditor's name and mailing address**

Name on File - ID 076

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $          3,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*   25-11443

**3.245** **Nonpriority creditor's name and mailing address**

Name on File - ID 077

Creditor Name

Creditor's Notice name

Address on File

Address

City            State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                10,946.50
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.246** **Nonpriority creditor's name and mailing address**

Name on File - ID 078

Creditor Name

Creditor's Notice name

Address

City            State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                   350.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.247** **Nonpriority creditor's name and mailing address**

Name on File - ID 079
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 75,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

Name on File - ID 080
Creditor Name

Creditor's Notice name

Address on File
Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 220,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.249  Nonpriority creditor's name and mailing address**

Name on File - ID 081

Creditor Name

Creditor's Notice name

Address on File

Address

City                State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                75,000.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.250  Nonpriority creditor's name and mailing address**

Name on File - ID 082

Creditor Name

Creditor's Notice name

Address on File

Address

City                State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                97,500.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*    25-11443

**3.251** **Nonpriority creditor's name and mailing address**

Name on File - ID 083

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    Undetermined

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.252** **Nonpriority creditor's name and mailing address**

Name on File - ID 084

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    50,365.90

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*    25-11443

**3.253  Nonpriority creditor's name and mailing address**

Name on File - ID 085

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    127,382.83
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.254  Nonpriority creditor's name and mailing address**

Name on File - ID 086

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                    230,000.00
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Artist Contract

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*:    25-11443

**3.255 Nonpriority creditor's name and mailing address**

Name on File - ID 087

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                    150.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.256 Nonpriority creditor's name and mailing address**

Name on File - ID 088

Creditor Name

Creditor's Notice name

Address on File

Address

| City | State | ZIP Code |
|------|-------|----------|

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:    $                  20,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*  25-11443
_____

**3.257 Nonpriority creditor's name and mailing address**

Name on File - ID 089
_____
Creditor Name

_____
Creditor's Notice name

Address on File
_____
Address

_____

_____

_____
City           State        ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ _____ 1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Artist Agreement
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.258 Nonpriority creditor's name and mailing address**

Narendra Persaud
_____
Creditor Name

Eitan Magendzo & Jonathan Tamir - Magendzo Law
_____
Creditor's Notice name

99 West Hawthorne Avenue, Suite 316
_____
Address

_____

Valley Stream    NY          11580
_____
City           State        ZIP Code

_____
Country

**Date or dates debt was incurred**
_____

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:   $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation
_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.259** **Nonpriority creditor's name and mailing address**

National EAP
Creditor Name

Creditor's Notice name

490 Wheeler Rd., Suite 102
Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                4,287.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.260** **Nonpriority creditor's name and mailing address**

National Grid
Creditor Name

Creditor's Notice name

170 Data Drive
Address

| Waltham | MA | 02451 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                59.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**3.261 Nonpriority creditor's name and mailing address**

Natuzzi Enterprises
Creditor Name

Creditor's Notice name

121-60 Farmers Boulevard
Address

| SPRINGFIELD GARDENS | NY | 11413 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,374.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.262 Nonpriority creditor's name and mailing address**

Nicholas De Heras
Creditor Name

Law Offices of Eric Richman
Creditor's Notice name

Eric Richman
Address

575 Madison Avenue 10th Floor

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.263** **Nonpriority creditor's name and mailing address**

Nicole Brockmole, Lauren Bair, Nick Ercklentz et al
Creditor Name

Squiteri & Fearon, LLP & Moore Law PLLC
Creditor's Notice name

Olimpio Lee Squitieri
Address

305 Broadway Suite 7

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.264** **Nonpriority creditor's name and mailing address**

Nisen Sushi Of Commack LLC
Creditor Name

Creditor's Notice name

5032 Jericho Turnpike
Address

| Commack | NY | 11725 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.265 Nonpriority creditor's name and mailing address**

NOVA TRAFFIC AG
Creditor Name

Creditor's Notice name

Oberfeldstrasse 14
Address

| Kloten | | CH-8302 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 622,854.79
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.266 Nonpriority creditor's name and mailing address**

NRG Social Inc
Creditor Name

Creditor's Notice name

30 North Gould Street
Address

Ste R

| Sheridan | WY | 82801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,200.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

| | |
|---|---|
| **3.267 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 61,199.71 |

NYC Environmental Protection
Creditor Name

*Check all that apply.*

Legal Department
Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

59-17 Junction Blvd, 19th Floor
Address

**Basis for the claim:**

Trade Claim

Flushing    NY    11373
City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.268 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 2,000.00 |

OMEGARENDER LLP
Creditor Name

*Check all that apply.*

Creditor's Notice name

☐ Contingent

☐ Unliquidated

☐ Disputed

Reva Syke Road
Address

**Basis for the claim:**

Trade Claim

Clayton    BD14
City    State    ZIP Code

United Kingdom
Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.269 Nonpriority creditor's name and mailing address**

Omni Logistics
Creditor Name

Creditor's Notice name

1755 Transcentral CT. STE 400
Address

| Houston | TX | 77032 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 724.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.270 Nonpriority creditor's name and mailing address**

On Target Sheetmetal Corp.
Creditor Name

Creditor's Notice name

603 McDonald Avenue
Address

| Brooklyn | NY | 11218 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 19,012.50
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.271 Nonpriority creditor's name and mailing address**

One More Time VIP, LLC

Creditor Name

Creditor's Notice name

1801 West Olympic Boulevard

Address

| Pasadena | CA | 91199 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                6,296.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.272 Nonpriority creditor's name and mailing address**

One Pulse Group LLC

Creditor Name

Creditor's Notice name

6280 Spring Mountain Road

Address

STE 115

| Las Vegas | NV | 89146 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                6,253.90
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.273 Nonpriority creditor's name and mailing address**

Outfront

Creditor Name

Creditor's Notice name

185 Highway 46

Address

| Fairfield | NJ | 07004 |
|-----------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $             15,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.274 Nonpriority creditor's name and mailing address**

Packin Realty Company

Creditor Name

Creditor's Notice name

5 Hemlock Hollow Place

Address

| Armonk | NY | 10504 |
|--------|-----|--------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $           1,500,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Unsecured Debt

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.275** **Nonpriority creditor's name and mailing address**

Paintworks and Decorating

Creditor Name

Creditor's Notice name

P.O. Box 1186

Address

| Yonkers | NY | 10704 |
|---------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 31,692.50

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**

Paradocs

Creditor Name

Creditor's Notice name

550 Vanderbilt Ave

Address

Ste 1501

| Brooklyn | NY | 11238 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 42,806.25

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

| Debtor: | Avant Gardner, LLC | Case number *(if known)*: | 25-11443 |
|---|---|---|---|
| | Name | | |

**3.277** **Nonpriority creditor's name and mailing address**

Patrick Doerr Pllc
Creditor Name

Creditor's Notice name

1501 Broadway
Address

Suite 2907

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 115,984.85
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.278** **Nonpriority creditor's name and mailing address**

Plus Music US Inc.
Creditor Name

Creditor's Notice name

5 Pennsylvania Plaza
Address

Suite 2300

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 311,762.60
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.279 Nonpriority creditor's name and mailing address**

Poggesi USA

Creditor Name

Creditor's Notice name

11550 Interchange Circle North

Address

| Miramar | FL | 33025 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                46,697.50

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.280 Nonpriority creditor's name and mailing address**

Premier Staffing LI Inc

Creditor Name

Creditor's Notice name

138 Lake Drive

Address

| East Patchogue | NY | 11772 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  2,800.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*    25-11443

**3.281 Nonpriority creditor's name and mailing address**

PRINTGLOBE LLC

Creditor Name

Creditor's Notice name

PO Box 674987

Address

| Dallas | TX | 75267 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                1,039.19

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.282 Nonpriority creditor's name and mailing address**

PRINTOMO

Creditor Name

Creditor's Notice name

5 Ladentown Road

Address

| Pomona | NY | 10970 |
|--------|-----|---------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                6,401.86

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.283** **Nonpriority creditor's name and mailing address**

PSG Engineering and Geology, D.P.C.
Creditor Name

Creditor's Notice name

2154 Torrance Boulevard
Address

Suite #200

| Torrance | CA | 90501 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 44,077.50
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.284** **Nonpriority creditor's name and mailing address**

Quay Eyeware Inc.
Creditor Name

Creditor's Notice name

465 California Street
Address

14th Floor

| San Francisco | CA | 94104 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,282.50
*Check all that apply.*

☒ Contingent

☒ Unliquidated

☒ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.285 Nonpriority creditor's name and mailing address**

R&E Interiors, LLC
Creditor Name

Creditor's Notice name

830 Barry Street
Address

Unit 2

| The Bronx | NY | 10474 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 16,320.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.286 Nonpriority creditor's name and mailing address**

Rachel Byrd
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,238.85
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.287 Nonpriority creditor's name and mailing address**

Raven Production Management Group, LLC
Creditor Name

Thomas J. Eisweirth
Creditor's Notice name

5900 Balcones Drive, Suite 16746
Address

| Austin | Texas | 78731 |
|--------|-------|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                Undetermined
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.288 Nonpriority creditor's name and mailing address**

Ready Set Inc
Creditor Name

Creditor's Notice name

663 Morgan Avenue
Address

| Brooklyn | NY | 11222 |
|----------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                40,651.20
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.289 Nonpriority creditor's name and mailing address**

Real Talent Management, LLC
Creditor Name

Creditor's Notice name

36 Old Smalleytown rd
Address

| Warren | NJ | 07059 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 6,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.290 Nonpriority creditor's name and mailing address**

Red Bull Distribution Co, Inc
Creditor Name

Creditor's Notice name

PO Box 204750
Address

| Dallas | TX | 75320 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $ 11,448.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

3.291 **Nonpriority creditor's name and mailing address**

Reform Consulting
Creditor Name

Creditor's Notice name

195 Plymouth Street
Address

Ste 2.19

| Brooklyn | NY | 11201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $            3,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.292 **Nonpriority creditor's name and mailing address**

Resident Advisor Limited
Creditor Name

Creditor's Notice name

Norway Wharf
Address

| LONDON | | N1 5QT |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $           26,224.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.293 Nonpriority creditor's name and mailing address**

Reynard Productions, LLC
Creditor Name

Creditor's Notice name

140 Stewart Ave
Address

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Intercompany Receivables

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.294 Nonpriority creditor's name and mailing address**

Rivka Noskeau
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ _____ 45,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

**3.295  Nonpriority creditor's name and mailing address**

RNDC NEW YORK / OPICI
Creditor Name

Creditor's Notice name

6600 New Venture Gear Drive, Suite 450
Address

East Syracuse          NY          13057
City                    State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $                0.40
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.296  Nonpriority creditor's name and mailing address**

ROYAL-TL INC DBA THIERRY LASRY
Creditor Name

Creditor's Notice name

270 Lafayette Street
Address

Suite 612

New York              NY          10012
City                    State       ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            5,216.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor:  Avant Gardner, LLC

Case number *(if known):*  25-11443

**3.297  Nonpriority creditor's name and mailing address**

RSSA Consulting & Electric Corp.

Creditor Name

Creditor's Notice name

314 S Broadway

Address

| Lindenhurst | NY | 11757 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                 15,805.00
*Check all that apply.*

☐  Contingent

☒  Unliquidated

☒  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.298  Nonpriority creditor's name and mailing address**

Safety Fire Sprinkler Corp

Creditor Name

Creditor's Notice name

1070 38th Street

Address

| brooklyn | NY | 11219 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                  1,077.75
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Name

Case number (if known): 25-11443

---

**3.299** **Nonpriority creditor's name and mailing address**

Sam Tell and Son, Inc. d/b/a The Sam Tell Companies

Creditor Name

Camins & Gronich PLLC

Creditor's Notice name

Nicole Zabala - Legal Assistant

Address

105 Maxess Road, Suite 124

| Melville | NY | 11747 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.300** **Nonpriority creditor's name and mailing address**

Sciatoslav Dobriuk

Creditor Name

The Foranzo Law Firm

Creditor's Notice name

Anthony Forzano

Address

271 Avenue U

| Brooklyn | NY | 11223 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ _____ Undetermined
*Check all that apply.*

☐ Contingent

☒ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.301** **Nonpriority creditor's name and mailing address**

See Factor

Creditor Name

Name

Creditor's Notice name

30-30 0th Street

Address

| Woodside | NY | 11377 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 43,114.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.302** **Nonpriority creditor's name and mailing address**

Seer Assets LLC

Creditor Name

Creditor's Notice name

3753 Hylan Blvd

Address

| Staten Island | NY | 10308-3518 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 41,633.33

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*  25-11443

**3.303**  **Nonpriority creditor's name and mailing address**

SERVPRO

Creditor Name

Creditor's Notice name

25 Newton Place

Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    9,624.64

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.304**  **Nonpriority creditor's name and mailing address**

SESAC

Creditor Name

Creditor's Notice name

35 Music Square East

Address

| Nashville | TN | 37203 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    21,315.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known):* 25-11443

**3.305 Nonpriority creditor's name and mailing address**

SGM Engineering

Creditor Name

Creditor's Notice name

2417 Jericho Turnpike

Address

Suite 234

Garden City Park    NY    11040

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    8,250.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.306 Nonpriority creditor's name and mailing address**

Shaq solutions Inc.

Creditor Name

Creditor's Notice name

10 Hilltop Lane

Address

Monsey    NY    10952

City    State    ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $    2,066.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.307** **Nonpriority creditor's name and mailing address**

Sherlock Security Systems

Creditor Name

Creditor's Notice name

212 Minna Street

Address

Brooklyn            NY            11218

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            891.56

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.308** **Nonpriority creditor's name and mailing address**

Sherwin Williams

Creditor Name

Creditor's Notice name

75-67 31st Avenue

Address

Jackson Heights            NY            11370

City            State            ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is:  $            21,862.77

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.309 Nonpriority creditor's name and mailing address**

Sign Design Group of New York
Creditor Name

Creditor's Notice name

395 Moreland Road
Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                    26,709.10
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

**3.310 Nonpriority creditor's name and mailing address**

Silent Volume LLC
Creditor Name

Creditor's Notice name

110 East 25th Street
Address

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                    35,182.57
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.311** **Nonpriority creditor's name and mailing address**

Silverback Productions

Creditor Name

Creditor's Notice name

264 EAST BLACKWELL STREET

Address

| DOVER | NJ | 07801 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 26,000.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.312** **Nonpriority creditor's name and mailing address**

Simple Sourcing

Creditor Name

Creditor's Notice name

1188 Willis Avenue

Address

| Albertson | NY | 11507 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 7,315.30

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.313 Nonpriority creditor's name and mailing address**

Singer Equipment Company, Inc.
Creditor Name

Creditor's Notice name

150 South Twin Valley Road
Address

| Elverson | PA | 19520 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 124,650.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.314 Nonpriority creditor's name and mailing address**

Sirkkas, LLC
Creditor Name

Creditor's Notice name

264 Town View Drive
Address

| Wappingers Falls | NY | 12590 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 55,384.61
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number (if known): 25-11443

**3.315** **Nonpriority creditor's name and mailing address**

Skywire Networks
Creditor Name

Creditor's Notice name

31 West 34th Street
Address

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,373.33
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.316** **Nonpriority creditor's name and mailing address**

Smart Department Fabrication Inc
Creditor Name

Creditor's Notice name

106 Harrison Pl
Address

Unit C

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 3,782.73
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

**3.317 Nonpriority creditor's name and mailing address**

Smoke Post Brass 1

Creditor Name

Creditor's Notice name

Address

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 780.00

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.318 Nonpriority creditor's name and mailing address**

Southern Glazers Of Ny Metro

Creditor Name

Creditor's Notice name

P.O. Box 3143

Address

Hicksville     NY          11802

City          State          ZIP Code

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 10,813.70

*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.319 Nonpriority creditor's name and mailing address**

SPI Consulting
Creditor Name

Creditor's Notice name

Stanton PI Inc
Address

PO Box 70

| Bronx | NY | 10464 |
|-------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                26,665.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.320 Nonpriority creditor's name and mailing address**

Squeek Lights LLC
Creditor Name

Creditor's Notice name

117 Mountain Avenue
Address

| Middlesex | NJ | 08846 |
|-----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                 7,994.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

---

**3.321  Nonpriority creditor's name and mailing address**

Starr Security Group Inc.
Creditor Name

Creditor's Notice name

65-52 160th Street
Address

Suite 2F

| Flushing | NY | 11365 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ 1,200.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.322  Nonpriority creditor's name and mailing address**

Steven Scinto
Creditor Name

The Law Offices of Darren T. Moore P.C.
Creditor's Notice name

Nicholas Blatti
Address

171 Madison Avenue, Suite 305

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number (if known): 25-11443

**3.323** **Nonpriority creditor's name and mailing address**

Stripe
Creditor Name

Creditor's Notice name

354 Oyster Point Blvd
Address

| | | |
|---|---|---|
| South San Francisco | CA | 94080 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 235,293.73
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.324** **Nonpriority creditor's name and mailing address**

Studio Hajjar Llc
Creditor Name

Creditor's Notice name

247 Chestnut Hill Rd
Address

| | | |
|---|---|---|
| Stamford | CT | 06903 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 8,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.325 Nonpriority creditor's name and mailing address**

Studio Instrument Rentals

Creditor Name

Creditor's Notice name

475 Tenth Avenue, 2nd Floor

Address

| NEW YORK | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $             1,740.00

*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.326 Nonpriority creditor's name and mailing address**

Stys Hospitality Initiative

Creditor Name

Creditor's Notice name

PO Box 225

Address

| Topsfield | MA | 01983 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            70,837.50

*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)* 25-11443

**3.327 Nonpriority creditor's name and mailing address**

Swiss Event Operation GmbH
Creditor Name

Creditor's Notice name

Hungerbuelstrasse 22
Address

| Frauenfeld | | CH-8500 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 114,356.32
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

**3.328 Nonpriority creditor's name and mailing address**

Sync Architecture PC
Creditor Name

Creditor's Notice name

360 Furman Street
Address

| Brooklyn | NY | 11201 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 5,571.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.329 Nonpriority creditor's name and mailing address**

T&M USA LLC

Creditor Name

Sichenzia Ross Ference Carmel LLP

Creditor's Notice name

Nicholas Caputo, Esq.

Address

1185 Avenue of the Americas, Floor 31

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ Undetermined
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☐ Disputed

**Basis for the claim:**

Litigation

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.330 Nonpriority creditor's name and mailing address**

Technical Arts Group LLC

Creditor Name

Creditor's Notice name

240 Anderson Ave

Address

| Moonachie | NJ | 07074 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

As of the petition filing date, the claim is: $ 45,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*   25-11443

| | |
|---|---|
| **3.331** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**   $                187,124.40 |
| Telecom Infrastructure Corp | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 122 East 42nd Street | Trade Claim |
| Address | |
| Suite 1900 | |
| | |
| | |
| New York           NY           10168 | |
| City           State           ZIP Code | |
| | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☐ No |
| **Last 4 digits of account** | ☐ Yes |
| **number** | |

| | |
|---|---|
| **3.332** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**   $                Undetermined |
| The Bright Pursuit LLC | *Check all that apply.* |
| Creditor Name | |
| | ☐ Contingent |
| Joseph Zoccali | ☒ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| 32 Union Square East Suite 1007 | **Basis for the claim:** |
| Address | Litigation |
| | |
| | |
| New York           NY           10013 | |
| City           State           ZIP Code | |
| | |
| Country | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** |
| | ☐ No |
| **Last 4 digits of account** | ☐ Yes |
| **number** | |

Debtor: Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.333 Nonpriority creditor's name and mailing address**

The Casa Group
Creditor Name

Creditor's Notice name

22 Cortlandt Street, 10th Floor
Address

| New York | NY | 10007 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                                    7,690.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.334 Nonpriority creditor's name and mailing address**

The Sam Tell Companies
Creditor Name

Creditor's Notice name

300 SMITH STREET
Address

| FARMINGDALE | NY | 11735 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**  $                                    7,500.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

**3.335** **Nonpriority creditor's name and mailing address**

TheFader

Creditor Name

Creditor's Notice name

71 West 23rd Street

Address

Floor 13, Suite 1300

| New York | NY | 10010 |
|----------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.336** **Nonpriority creditor's name and mailing address**

Tiktok

Creditor Name

Creditor's Notice name

5800 Bristol Parkway

Address

Suite 100

| Culver City | CA | 90230 |
|-------------|-----|----------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 413.87
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*    25-11443

**3.337** **Nonpriority creditor's name and mailing address**

TokenWorks Inc.

Creditor Name

Creditor's Notice name

1 Stone Place

Address

Suite 303

| Bronxville | NY | 10708 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                3,600.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.338** **Nonpriority creditor's name and mailing address**

Tomexpo AG

Creditor Name

Creditor's Notice name

1 Gartenstra√üe

Address

| Wiedlisbach | | 4537 |
|---|---|---|
| City | State | ZIP Code |

Germany

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $              219,900.00
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.339  Nonpriority creditor's name and mailing address**

Trax Mechanical LLC
Creditor Name

Creditor's Notice name

7014 13th Avenue, Suite 202
Address

| Brooklyn | NY | 11228 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $                8,780.49
*Check all that apply.*

☐  Contingent

☐  Unliquidated

☐  Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐  No

☐  Yes

**3.340  Nonpriority creditor's name and mailing address**

TVT Capital Source LLC
Creditor Name

Creditor's Notice name

881 Baxter Drive STE 100
Address

| SOUTH JORDAN | UT | 84095 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**    $            11,389,949.00
*Check all that apply.*

☑  Contingent

☑  Unliquidated

☑  Disputed

**Basis for the claim:**

Lender

**Is the claim subject to offset?**

☐  No

☐  Yes

Debtor: Avant Gardner, LLC

Name

Case number *(if known):* 25-11443

---

3.341 **Nonpriority creditor's name and mailing address**

TYLI Engineering PC

Creditor Name

Creditor's Notice name

32 Old Slip

Address

10th Floor

| New York | NY | 10005 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    1,530.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

3.342 **Nonpriority creditor's name and mailing address**

Uline

Creditor Name

Creditor's Notice name

PO Box 88741

Address

| Chicago | IL | 60680-1741 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $                    11,153.70
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.343 Nonpriority creditor's name and mailing address**

Union Beer Distributors
Creditor Name

Creditor's Notice name

1213 Grand St
Address

| Brooklyn | NY | 11211 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 2,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.344 Nonpriority creditor's name and mailing address**

United Site Services formerly Johnny on t
Creditor Name

Creditor's Notice name

3168 Bordentown Ave
Address

| Old Bridge | NJ | 08857 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 157,712.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

| | |
|---|---|
| **3.345 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 35,593.12 |
| United Staging & Rigging | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☐ Unliquidated |
| Creditor's Notice name | ☐ Disputed |
| | **Basis for the claim:** |
| 179 Ward Hill Avenue | Trade Claim |
| Address | |

| Haverhill | MA | 01835 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

| | |
|---|---|
| **3.346 Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $ 4,500.00 |
| Universal Logistics Services, Inc. | *Check all that apply.* |
| Creditor Name | ☐ Contingent |
| | ☒ Unliquidated |
| Creditor's Notice name | ☒ Disputed |
| | **Basis for the claim:** |
| 120 Summit Parkway | Trade Claim |
| Address | |
| Ste 110 | |

| Homewood | AL | 35209 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**

☐ Yes

**number**

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

---

**3.347 Nonpriority creditor's name and mailing address**

UNREAL-SYSTEMS
Creditor Name

Creditor's Notice name

7516 Northwest 54th Street
Address

| Miami | FL | 33166 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 53,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

**3.348 Nonpriority creditor's name and mailing address**

US Foods
Creditor Name

Creditor's Notice name

9399 West Higgins Road, Suite 100
Address

| Rosemont | IL | 60018 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 32,653.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

---

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

3.349 **Nonpriority creditor's name and mailing address**

VERA LL SERVICES INC
Creditor Name

Creditor's Notice name

139-21 230Th Place Fl 2
Address

| Laurelton | NY | 11413 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 5,407.07
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

3.350 **Nonpriority creditor's name and mailing address**

Vertical Group
Creditor Name

Creditor's Notice name

239 Centre Street
Address

PH

| New York | NY | 10013 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 4,162.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**3.351** **Nonpriority creditor's name and mailing address**

VierD AG
Creditor Name

Creditor's Notice name

Sirnacherstrasse 6
Address

Wil 9500

| Wil | | 9500 |
|---|---|---|
| City | State | ZIP Code |

Switzerland
Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 7,920.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.352** **Nonpriority creditor's name and mailing address**

Vlat, LLC
Creditor Name

Creditor's Notice name

39 Stratford Lane
Address

| Holmdel | NJ | 07733 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:** $ 2,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.353 Nonpriority creditor's name and mailing address**

Weeks Lerman Group
Creditor Name

Creditor's Notice name

58-38 Page Place
Address

| Maspeth | NY | 11378 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 1,168.04
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.354 Nonpriority creditor's name and mailing address**

Winick Productions LLC
Creditor Name

Creditor's Notice name

Address on File
Address

| | | |
|---------|-----|-------|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is: $ 4,700.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

**3.355** **Nonpriority creditor's name and mailing address**

Wizard Studios North, Inc
Creditor Name

Creditor's Notice name

2-15 26th Avenue
Address

| | | |
|---|---|---|
| Astoria | NY | 11102 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    133,436.00
*Check all that apply.*

☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

**3.356** **Nonpriority creditor's name and mailing address**

WJE Engineers and Architects, PC
Creditor Name

Creditor's Notice name

PO Box 204645
Address

| | | |
|---|---|---|
| Dallas | TX | 75320 |
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account**

**number**

**As of the petition filing date, the claim is:**  $                    19,390.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

**3.357 Nonpriority creditor's name and mailing address**

Wool Ventures LLC
Creditor Name

Creditor's Notice name

278 1st Avenue
Address

| New York | NY | 10009 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**3.358 Nonpriority creditor's name and mailing address**

Zin Electrical Inc.
Creditor Name

Creditor's Notice name

235 West End Ave
Address

| Brooklyn | NY | 11235 |
|---|---|---|
| City | State | ZIP Code |

Country

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** $ 329,855.07
*Check all that apply.*

☐ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**

Trade Claim

**Is the claim subject to offset?**

☐ No

☐ Yes

**Part 3:**     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.
If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | Line | |
| Name | ☐ Not Listed.Explain | |
| Notice Name | | |
| Street | | |
| | | |
| | | |
| City    State    ZIP Code | | |
| Country | | |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. $ 5,475,640.27 |
| 5b. | **Total claims from Part 2** | 5b. **+** $ 33,322,189.48 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ 38,797,829.75 |

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-11443 (MFW)

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | &LANA Terms Summary | &LANA LLC <br> Name |
| | | | Notice Name |
| | | | 0 Bond St, 4th Floor <br> Address |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| | | | New York — NY — 10012 <br> City / State / ZIP Code |
| | | | Country |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Consulting Agreement | &LANA LLC <br> Name |
| | | | Notice Name |
| | | | 0 Bond St, 4th Floor <br> Address |
| | State the term remaining | 4/1/2025 | |
| | List the contract number of any government contract | | |
| | | | New York — NY — 10012 <br> City / State / ZIP Code |
| | | | Country |

Debtor:  Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.3** **State what the contract or lease is for and the nature of the debtor's interest**  Agreement

2392224 Ontario Inc. Furnishing the Services of HNTR
Name

Notice Name

468 College St.
Address

**State the term remaining**

**List the contract number of any government contract**

| Toronto | ON | M6G 1A1 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

**2.4** **State what the contract or lease is for and the nature of the debtor's interest**  NYW Terms Summary

497 New Yung Wah Realty LLC
Name

Notice Name

311 Richardson Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.5** **State what the contract or lease is for and the nature of the debtor's interest**  Services and Access Agreement

497 New Yung Wah Realty LLC
Name

c/o Nancy Zheng
Notice Name

311 Richardson Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known)*:   25-11443
_____

**2.6** | **State what the contract or lease is for and the nature of the debtor's interest** | 508 Terms Summary | 508 Operations, LLC
_____
Name

_____
Notice Name

147 Prince Street, Unit 31
_____
Address

**State the term remaining** | Evergreen _____

**List the contract number of any government contract** | _____

| | Brooklyn | NY | 11201 |
| | City | State | ZIP Code |

_____
Country

**2.7** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Amendment to Preferred Contractor Agreement | 508 Operations, LLC
_____
Name

_____
Notice Name

147 Prince Street, Unit 31
_____
Address

**State the term remaining** | _____

**List the contract number of any government contract** | _____

| | Brooklyn | NY | 11201 |
| | City | State | ZIP Code |

_____
Country

**2.8** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Second Amendment to Preferred Contractor Agreement | 508 Operations, LLC
_____
Name

_____
Notice Name

117 Grattan Street, Unit 201
_____
Address

**State the term remaining** | _____

**List the contract number of any government contract** | _____

| | Brooklyn | NY | 11237 |
| | City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC

Case number (if known): 25-11443

Name

| | | |
|---|---|---|
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | Preferred Contractor Agreement |

508 Operations, LLC

Name

Notice Name

**State the term remaining**

147 Prince Street, Unit 31

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11201 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | Signature Page of Agreement |

508 Operations, LLC

Name

Notice Name

**State the term remaining**

147 Prince Street, Unit 31

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11201 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | Preferred Contractor Agreement |

508 Productions LLC

Name

Notice Name

**State the term remaining**

147 Prince Street, Unit 31

Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11201 |
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Event Space Agreement | A Entretenimiento Musical NA, Inc. |
|------|------|------|------|
| | | | Name |
| | | | Notice Name |
| | | | 1719 East 12th Street |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Brooklyn | NY | 11229 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Settlement Agreement and Release | A Entretenimiento Musical NA, Inc. |
|------|------|------|------|
| | | | Name |
| | | | Notice Name |
| | | | 1719 East 12th Street |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Brooklyn | NY | 11229 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Agreement | Adam Beyer |
|------|------|------|------|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | Event Space License Agreement |

ADID Events, Inc
Name

Notice Name

175 Walnut Street, Suite #2
Address

**State the term remaining**

**List the contract number of any government contract**

| Lockport | NY | 14094 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | Artist Engagement |

Adiel
Name

Notice Name

2 Embarcadero Center
Address

8th Floor

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #2 to Exclusive Booking Agreement |

AEG Presents LLC
Name

Notice Name

53 W. 23rd St, Floor 5
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

| | | |
|---|---|---|
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | Co-Promoter Data Share Terms |

AEG Presents LLC
Name

The Bowery Presents
Notice Name

53 W. 23rd St, Floor 5
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |

AEG Presents LLC
Name

Notice Name

53 W 23rd St 5th Fl
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Contract |

AG Security Group, Inc.
Name

Notice Name

1441 Broadway, 17th Fl
Address

**State the term remaining**  Evergreen

**List the contract number of any government contract**

| New York | NY | 10018 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known)*:   25-11443
_____

| | | |
|---|---|---|
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Contract |
| | | |

AG Security Group, Inc.
_____
Name

_____
Notice Name

65-52 160 St. Suite 2F
_____
Address

| | | | |
|---|---|---|---|
| **State the term remaining** | Evergreen | | |
| **List the contract number of any government contract** | | | |

| | | |
|---|---|---|
| Queens | NY | 11365 |
| City | State | ZIP Code |

_____
Country

---

| | | |
|---|---|---|
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement Agreement Terms Summary |

AG Security Group, Inc.
_____
Name

_____
Notice Name

65-52 160 St. Suite 2F
_____
Address

| | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Queens | NY | 11365 |
| City | State | ZIP Code |

_____
Country

---

| | | |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | Settlement and Release Agreement |

AG Security Group, Inc.
_____
Name

_____
Notice Name

1441 Broadway, 17th Fl
_____
Address

| | |
|---|---|
| **State the term remaining** | |
| **List the contract number of any government contract** | |

| | | |
|---|---|---|
| New York | NY | 10018 |
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | Access Agreement |

AHD Trading Corp.
Name

c/o Henry Mui
Notice Name

505 Meserole Street
Address

**State the term remaining**     4/30/2027

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11237 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | AHD Terms Summary |

AHD Trading Corp.
Name

c/o Henry Mui
Notice Name

505 Meserole Street
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11237 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | Change Order Proposal #1 – Program Management Services |

Alchemy
Name

Notice Name

16-17 Old Bond Street
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bath | | BA1 1BP |
| City | State | ZIP Code |
| United Kingdom | | |

Country

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

**2.27** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement re: Engagement of Consultants to Investigate Column Relocation at 140 Stewart Avenue in Brooklyn

Alchemy Project Services Limited
Name

Notice Name

16-17 Old Bond Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Bath | | BA1 1BP |
|------|------|------|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

**2.28** **State what the contract or lease is for and the nature of the debtor's interest**

Master Equipment Lease and Service Agreement

All Access Staging & Productions, Inc.
Name

Notice Name

1320 Storm Parkway
Address

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

| Torrance | CA | 90510 |
|------|------|------|
| City | State | ZIP Code |
| Country | | |

**2.29** **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

ALLEYCVT LLC Furnishing the Services of ALLEYCVT
Name

Notice Name

10250 Constellation Blvd Ste 2300D
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|------|------|------|
| City | State | ZIP Code |
| Country | | |

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443

| | | | |
|---|---|---|---|
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | Signature page of Agreement | Allstar Security & Consultants Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1441 Broadway, 17th Fl |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10018 |

Country

| | | | |
|---|---|---|---|
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | Security Service Contract | Allstar Security & Consulting Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1441 Broadway, 17th Fl |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10018 |

Country

| | | | |
|---|---|---|---|
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Altar Agency ltd |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Hadji Dimitar 25V, Fl. 6 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| City | State | ZIP Code |
|---|---|---|
| Sofia | | 1510 |

Bulgaria
Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | | |
|---|---|---|---|
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | Artist Engagement | Amélie BV Furnishing the Services of Amelie Lens |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City        State        ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | General License Agreement – Restaurants, Bars, Nightclubs, and Similar Establishments | American Society of Composers, Authors and Publishers |
| | | | Name |
| | | | Attn VP of General Licensing |
| | | | Notice Name |
| | | | 2 Music Square West |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Nashville        TN        37203 |
| | | | City        State        ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Ana Lidia Flores Miranda |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | City        State        ZIP Code |
| | | | Country |

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

**2.36** State what the contract or lease is for and the nature of the debtor's interest

Letter Agreement re: Tax Services

Anchin, Block & Anchin LLP
Name

Accountants & Advisors
Notice Name

3 Times Square
Address

State the term remaining

List the contract number of any government contract

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.37** State what the contract or lease is for and the nature of the debtor's interest

AOKE Terms Summary

AOKO Group Inc.
Name

c/o Long Pan
Notice Name

516 Scholes Street
Address

State the term remaining    4/30/2027

List the contract number of any government contract

| Brooklyn | NY | 11206 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.38** State what the contract or lease is for and the nature of the debtor's interest

Service and Access Agreement

AOKO Group Inc.
Name

c/o Long Pan
Notice Name

516 Scholes Street
Address

State the term remaining

List the contract number of any government contract

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known)*:   25-11443

| | | |
|---|---|---|
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | Ape Water Terms Summary |

Ape Beverages, Inc.
Name

Notice Name

6733 W Hepburn Way
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90038 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution & Sponsorship Agreement |

Ape Beverages, Inc.
Name

Notice Name

6733 W Hepburn Way
Address

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

| Los Angeles | CA | 90038 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | Distribution, Sponsorship & Data Sharing Agreement |

Ape Beverages, Inc.
Name

Notice Name

6733 W Hepburn Way
Address

**State the term remaining**   2/28/2025

**List the contract number of any government contract**

| Los Angeles | CA | 90038 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    Avant Gardner, LLC
                    Name

Case number *(if known)*:    25-11443

| | | |
|---|---|---|
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement |

Arodes
Name

Notice Name

11 Madison Avenue
Address

18th Floor

| | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| New York | NY | 10010 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | Estimate re: Photography Services |

Art Department, a division of JS Reps Miami, Inc.
Name

Albert Wilcox
Notice Name

Attn Accounting Office
Address

89 Hudson Street, Suite 202

| | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| Hoboken | NJ | 07030 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | Development Study Proposal |

Arup US, Inc.
Name

Notice Name

77 Water Street
Address

| | | |
|---|---|---|
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| New York | NY | 10005 |
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

---

**2.45** **State what the contract or lease is for and the nature of the debtor's interest**

Promissory Note

Arup US, Inc.
Name

Notice Name

77 Water Street, Floor 5
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10005 |
| City | State | ZIP Code |

Country

---

**2.46** **State what the contract or lease is for and the nature of the debtor's interest**

Proposal for Consulting and Engineering Services (Schematic Design Phase)

Arup US, Inc.
Name

Notice Name

77 Water Street
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10005 |
| City | State | ZIP Code |

Country

---

**2.47** **State what the contract or lease is for and the nature of the debtor's interest**

Proposal for Geotechnical Engineering Services

Arup US, Inc.
Name

Notice Name

77 Water Street
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10005 |
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

| | | |
|---|---|---|
| **2.48** | **State what the contract or lease is for and the nature of the debtor's interest** | ASCAP Terms Summary |

ASCAP
_____
Name

_____
Notice Name

PO Box 331608-7515
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Nashville | TN | 37203-9998 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

| | | |
|---|---|---|
| **2.49** | **State what the contract or lease is for and the nature of the debtor's interest** | Bill re: Licensee Fee and Finance Charges |

ASCAP
_____
Name

Attn Concert, Symphonic & Ed
_____
Notice Name

PO Box 331608
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Nashville | TN | 37203-7515 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

| | | |
|---|---|---|
| **2.50** | **State what the contract or lease is for and the nature of the debtor's interest** | Rate Schedule & Statement of Operating Policy for Year 2021 |

ASCAP
_____
Name

_____
Notice Name

PO Box 331608-7515
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Nashville | TN | 37203-9998 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC

Name

Case number (if known): 25-11443

| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Ascendo Terms Summary | | Ascendo Resources, LLC |
|------|------|------|------|------|
| | | | | Name |
| | | | | Notice Name |
| | State the term remaining | | | 500 W Cypress Creek Suite 230 |
| | | | | Address |
| | List the contract number of any government contract | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Fort Lauderdale | FL | 33309 |

Country

| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Direct Hire Fee Agreement | | Ascendo Resources, LLC |
|------|------|------|------|------|
| | | | | Name |
| | | | | Notice Name |
| | State the term remaining | | | 500 W Cypress Creek Suite 230 |
| | | | | Address |
| | List the contract number of any government contract | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Fort Lauderdale | FL | 33309 |

Country

| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Artist Rider - Konstantin Sibold (Afterlife, Drumcode, Innervisions) | | Aurora Talent Agency LLC |
|------|------|------|------|------|
| | | | | Name |
| | | | | Notice Name |
| | State the term remaining | | | 240 Kent Ave Suite: K2/A21E |
| | | | | Address |
| | List the contract number of any government contract | | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Brooklyn | NY | 11249 |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.54 **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Aurora Talent Agency LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 240 Kent Ave Suite: K2/A21E |
| **State the term remaining** | | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Brooklyn |                      NY            11249 |
| | | City                           State          ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.55 **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract | AUTOMHATE Furnishing the Services of AUOTMHATE |
| | | Name |
| | | Edoardo Gravina |
| | | Notice Name |
| | | Viale Monte Nero, 56 |
| **State the term remaining** | | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | Milan                                        20135 |
| | | City                           State          ZIP Code |
| | | Italy |
| | | Country |

| | | |
|---|---|---|
| 2.56 **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Beau Cruz |
| | | Name |
| | | |
| | | Notice Name |
| | | Address on File |
| **State the term remaining** | | Address |
| | | |
| **List the contract number of any government contract** | | |
| | | |
| | | City                           State          ZIP Code |
| | | |
| | | Country |

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443

| | | |
|---|---|---|
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Support Artist Deal |

Beau Cruz
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** _____

**List the contract number of any government contract** _____

_____

_____

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |

Beau Cruz LLC
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** _____

**List the contract number of any government contract** _____

_____

_____

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | Artist Engagement |

Ben Klock
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** _____

**List the contract number of any government contract** _____

_____

_____

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:    Avant Gardner, LLC
Name

Case number *(if known)*:    25-11443

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract | Big Wild Touring, Inc. Furnishing the Services of Big Wild |
|---|---|---|---|
| | | | Name |
| | | | c/o FBMM |
| | | | Notice Name |
| | | | 12 W 37th St, FL 10 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | New York | NY | 10018 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Acceptable Use Policy | Billfold |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 Bogart Street, 4th Floor |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | Brooklyn | NY | 11206 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Data Protection Addendum | Billfold |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 100 Bogart Street, 4th Floor |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | | Brooklyn | NY | 11206 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443

**2.63** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement Signature Page

Billfold, LLC
_____
Name

_____
Notice Name

31 Perry St.
_____

**State the term remaining**

_____
Address

**List the contract number of any government contract**

_____

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.64** **State what the contract or lease is for and the nature of the debtor's interest**

Terms of Service

Billfold, LLC
_____
Name

_____
Notice Name

100 Bogart Street, 4th Floor
_____

**State the term remaining**

_____
Address

**List the contract number of any government contract**

_____

| Brooklyn | NY | 11206 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.65** **State what the contract or lease is for and the nature of the debtor's interest**

Terms of Service

Billfold, LLC
_____
Name

_____
Notice Name

138 Broadway
_____

**State the term remaining**

_____
Address

**List the contract number of any government contract**

_____

| Brooklyn | NY | 11211 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number (if known)    25-11443

**2.66** **State what the contract or lease is for and the nature of the debtor's interest**

Advertising & Sponsorship Rights License and Commercial Services Agreement

Billfold, LLC
Name

Notice Name

31 Perry St.
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.67** **State what the contract or lease is for and the nature of the debtor's interest**

Ape Water Terms Summary

Billfold, LLC
Name

Notice Name

31 Perry St.
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.68** **State what the contract or lease is for and the nature of the debtor's interest**

Billford Terms Summary

Billfold, LLC
Name

Notice Name

31 Perry St.
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | Data Sharing Agreement | Billfold, LLC |
|---|---|---|---|

Name

Notice Name

31 Perry St.
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | Distribution & Sponsorship Agreement | Billfold, LLC |
|---|---|---|---|

Name

Notice Name

138 Broadway, 1C
Address

**State the term remaining**   12/31/2025

**List the contract number of any government contract**

| Brooklyn | NY | 11211 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Distribution, Sponsorship & Data Sharing Agreement | Billfold, LLC |
|---|---|---|---|

Name

Notice Name

31 Perry St.
Address

**State the term remaining**   2/28/2025

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
Name

Case number (if known):  25-11443

| | | |
|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | Event Addendum |
| | | |

Billfold, LLC
Name

Notice Name

31 Perry St.
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Venue Addendum |

Billfold, LLC
Name

Notice Name

31 Perry St.
Address

**State the term remaining**    10/24/2027

**List the contract number of any government contract**

| New York | NY | 10014 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Listing Agreement |

BLACE, LLC
Name

Notice Name

900 Third Avenue, 29th Floor
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443
_____

| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Artist Contract | Black Coffee |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9 Autumn Street |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Rivonia, Johannesburg |
| | | | City / State / ZIP Code |
| | | | 2191 |
| | | | South Africa |
| | | | Country |

| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | Installment Sale Agreement | BML-Blackbird Theatrical Services |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 Aquarium Drive |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Secaucus / NJ / 07094 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Body Hi Touring Inc. Furnishing the Services of Alesso |
|------|------|------|------|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 15821 Ventura Blvd |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Encino / CA / 91436 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.78** State what the contract or lease is for and the nature of the debtor's interest

Performance Contract

Boogie T Touring Inc Furnishing the Services of boggie T
Name

Notice Name

State the term remaining

10250 Constellation Blvd Ste 2300D
Address

List the contract number of any government contract

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.79** State what the contract or lease is for and the nature of the debtor's interest

Armored Transportation Services - Statement of Work

Brink's U.S., a Division of Brink's, Incorporated
Name

Notice Name

State the term remaining

Evergreen

555 Dividend Drive, Suite 100
Address

List the contract number of any government contract

| Coppell | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.80** State what the contract or lease is for and the nature of the debtor's interest

Brinks Terms Summary

Brink's U.S., a Division of Brink's, Incorporated
Name

Notice Name

State the term remaining

Evergreen

555 Dividend Drive, Suite 100
Address

List the contract number of any government contract

| Coppell | TX | 75019 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC

Case number *(if known)*:  25-11443

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Suspension of Service(s) Under Your Brink's Services ("Suspension Addendum") | Brink's U.S., a Division of Brink's, Incorporated |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 555 Dividend Drive, Suite 100 |
| | **State the term remaining** | Evergreen | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Coppell          TX          75019 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | Brink's U.S., a Division of Brink's, Incorporated |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 555 Dividend Drive, Suite 100 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Coppell          TX          75019 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract | Bunt Touring LLP |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 3rd Flr, The Bloomsbury Building |
| | **State the term remaining** | | Address |
| | | | 10 Bloomsbury Way |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Holborn          WC1A 2SL |
| | | | City          State          ZIP Code |
| | | | United Kingdom |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.84** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Chainsmokers Touring LLC Furnishing the Services of The Chainsmokers
Name

Notice Name

**State the term remaining**

433 N. Camden Drive Suite 730
Address

**List the contract number of any government contract**

| Beverly Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.85** **State what the contract or lease is for and the nature of the debtor's interest**

Change Engine Terms Summary

ChangeEngine Inc.
Name

Notice Name

**State the term remaining**

1/31/2027

44 Tehama St
Address

**List the contract number of any government contract**

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.86** **State what the contract or lease is for and the nature of the debtor's interest**

Order Form

ChangeEngine Inc.
Name

Austin Hope
Notice Name

**State the term remaining**

1/30/2027

44 Tehama St
Address

**List the contract number of any government contract**

| San Francisco | CA | 94105 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.87** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

Charles D Music LLC f/s/o Charles D
Name

Notice Name

2827 49th St
Address

**State the term remaining**

**List the contract number of any government contract**

| Astoria | NY | 11103 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.88** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Enterprise Services

Charter Communications Operating, LLC
Name

Notice Name

6524 Manchester Avenue
Address

**State the term remaining**

**List the contract number of any government contract**

| Saint Louis | MO | 63139 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.89** **State what the contract or lease is for and the nature of the debtor's interest**

Service Order

Charter Communications Operating, LLC
Name

Notice Name

6524 Manchester Avenue
Address

**State the term remaining**

**List the contract number of any government contract**

| Saint Louis | MO | 63139 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    Avant Gardner, LLC
_____
Name

Case number *(if known)*    25-11443
_____

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Equipment Rental Supplied Without CL Staff | Christie Lites New York, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 150 Western Road, Suite 100 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | Kearny          NJ          07032 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | Christie Lites Terms Summary | Christie Lites New York, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 150 Western Road, Suite 100 |
| | **State the term remaining** | 11/16/2026 | Address |
| | **List the contract number of any government contract** | | |
| | | | Kearny          NJ          07032 |
| | | | City          State          ZIP Code |
| | | | Country |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | Charter Party Agreement | Circle Line Sightseeing Yachts, Inc. |
|---|---|---|---|
| | | | Name |
| | | | Attn Director of Sales, Charters and Special Events |
| | | | Notice Name |
| | | | Pier 83, West 42nd Street |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | New York          NY          10036 |
| | | | City          State          ZIP Code |
| | | | Country |

Debtor:    Avant Gardner, LLC
_____
Name

Case number (if known):    25-11443
_____

**2.93** **State what the contract or lease is for and the nature of the debtor's interest**    Agreement of Sale

**State the term remaining**

**List the contract number of any government contract**

Clair Global Integration LLC
_____
Name

_____
Notice Name

One Ellen Avenue
_____
Address

_____

| Lititz | PA | 17543 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**2.94** **State what the contract or lease is for and the nature of the debtor's interest**    Videri Terms Summary

**State the term remaining**

**List the contract number of any government contract**

Clair Global Integration LLC
_____
Name

_____
Notice Name

One Ellen Avenue
_____
Address

_____

| Lititz | PA | 17543 |
|--------|-----|-------|
| City | State | ZIP Code |

_____
Country

**2.95** **State what the contract or lease is for and the nature of the debtor's interest**    Development Agreement

**State the term remaining**

**List the contract number of any government contract**

Cosmic Concepts, Ltd. d/b/a Media Star Promotions
_____
Name

_____
Notice Name

318 Clubhouse Road
_____
Address

_____

| Hunt Valley | MD | 21031 |
|-------------|-----|-------|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

---

2.96 **State what the contract or lease is for and the nature of the debtor's interest**

SDFX Terms Summary

Cosmic Concepts, Ltd. d/b/a Media Star Promotions
Name

Notice Name

318 Clubhouse Road
Address

**State the term remaining**

**List the contract number of any government contract**

| Hunt Valley | MD | 21031 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.97 **State what the contract or lease is for and the nature of the debtor's interest**

Promotional Program Agreement

Cosmic Concepts, Ltd. t/a Media Star Promotions
Name

Notice Name

318 Clubhouse Road
Address

**State the term remaining**

**List the contract number of any government contract**

| Hunt Valley | MD | 21031 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.98 **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

Creative Artists Agency, LLC
Name

Notice Name

2000 Avenue of the Stars
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Creative Artists Agency, LLC |
|------|------|------|------|

Name

_____
Notice Name

405 Lexington Avenue
_____
Address

**State the term remaining** _____

**List the contract number of any government contract** _____

| New York | NY | 10174 |
|------|------|------|
| City | State | ZIP Code |

_____
Country

| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Agreement | Damien Sibilat aka Grossomoddo |
|------|------|------|------|

Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** _____

**List the contract number of any government contract** _____

| City | State | ZIP Code |
|------|------|------|

_____
Country

| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #4 to the Ticketfly Services Agreement | Davina Mansur |
|------|------|------|------|

Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining** _____

**List the contract number of any government contract** _____

| City | State | ZIP Code |
|------|------|------|

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.102** State what the contract or lease is for and the nature of the debtor's interest: Consulting Services Agreement

Day One Strategic, LLC
Name

Notice Name

5 Primrose Street
Address

State the term remaining: Evergreen

List the contract number of any government contract

| Chevy Chase | MD | 20815 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.103** State what the contract or lease is for and the nature of the debtor's interest: Day One Strategic Terms Summary

Day One Strategic, LLC
Name

Notice Name

5 Primrose Street
Address

State the term remaining: Evergreen

List the contract number of any government contract

| Chevy Chase | MD | 20815 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.104** State what the contract or lease is for and the nature of the debtor's interest: Confirmation of Order

De Kruijf Tenten
Name

Notice Name

Achterdijk 17
Address

State the term remaining:

List the contract number of any government contract

| Schalkwijk | | 3998 NE |
|---|---|---|
| City | State | ZIP Code |

Netherlands
Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.105** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Heini Limited Liability Company/Avant Gardner, LLC

Dealy Silberstein & Braveman, LLP
Name

Notice Name

225 Broadway, Suite 1240
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10007 |

Country

**2.106** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement for Security System Service and Lease of Equipment

DGA Security Systems, Inc
Name

Notice Name

429 West 53rd Street
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10019 |

Country

**2.107** **State what the contract or lease is for and the nature of the debtor's interest**

DICE Breach of Contract Summary

DICE
Name

Notice Name

10 Grand Street, Suite 400
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Brooklyn | NY | 11249 |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | DICE Late Payments - Timeline | DICE dba Boiler Room |
|---|---|---|---|

Name

Notice Name

10 Grand Street, Suite 400
Address

State the term remaining

List the contract number of any government contract

| | | | |
|---|---|---|---|
| | Brooklyn | NY | 11249 |
| | City | State | ZIP Code |

Country

| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Advance Addendum II | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

10 Grand Street, Suite 400
Address

State the term remaining

List the contract number of any government contract

| | | | |
|---|---|---|---|
| | Brooklyn | NY | 11249 |
| | City | State | ZIP Code |

Country

| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Advance Addendum V | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

10 Grand Street, Suite 400
Address

State the term remaining

List the contract number of any government contract

| | | | |
|---|---|---|---|
| | Brooklyn | NY | 11249 |
| | City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
Name

Case number (if known):  25-11443

2.111 **State what the contract or lease is for and the nature of the debtor's interest**

Advertising & Sponsorship Rights License and Commercial Services Agreement

DICE FM, Inc.
Name

Notice Name

10 Grand Street, Suite 400
Address

**State the term remaining**    Evergreen

**List the contract number of any government contract**

| Brooklyn | NY | 11249 |
|---|---|---|
| City | State | ZIP Code |

Country

2.112 **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement re: TVT Remittance

DICE FM, Inc.
Name

Notice Name

10 Grand Street, Suite 400
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11249 |
|---|---|---|
| City | State | ZIP Code |

Country

2.113 **State what the contract or lease is for and the nature of the debtor's interest**

Letter Regarding Ticketing Partnership Between DICE FM, Inc. & Avant Gardner LLC

DICE FM, Inc.
Name

Sher Tremonte LLP
Notice Name

Erica Wolff, Sian Last
Address

**State the term remaining**    90 Broad Street 23rd Floor

**List the contract number of any government contract**

| New York | NY | 10004 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.114** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Regarding Ticketing Partnership Dated as of September 29, 2020

DICE FM, Inc.
Name

Russ Tannen
Notice Name

Corporation Trust Center
Address

1209 Orange St.

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Wilmington | DE | 19801 |

Country

**2.115** **State what the contract or lease is for and the nature of the debtor's interest**

Side Letter Agreement Between DICE FM, Inc. and Avant Gardner LLC Regarding Ticketing Partnership Agreement Dated as of September 29, 2020

DICE FM, Inc.
Name

Notice Name

10 Grand Street, Suite 400
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Brooklyn | NY | 11249 |

Country

**2.116** **State what the contract or lease is for and the nature of the debtor's interest**

Side Letter Agreement Regarding Ticketing Partnership Agreement Dated as of September 29, 2020

DICE FM, Inc.
Name

Notice Name

10 Grand Street, Suite 400
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Brooklyn | NY | 11249 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

2.117 **State what the contract or lease is for and the nature of the debtor's interest**

Status Letter Regarding Ticket Partnership Agreement

DICE FM, Inc.
Name

Notice Name

**State the term remaining**

10 Grand Street, Suite 400
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11249 |
| City | State | ZIP Code |

Country

2.118 **State what the contract or lease is for and the nature of the debtor's interest**

Ticket Partnership Agreement - Addendum

DICE FM, Inc.
Name

Notice Name

**State the term remaining**

1370 N St. Andrews Place
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90028 |
| City | State | ZIP Code |

Country

2.119 **State what the contract or lease is for and the nature of the debtor's interest**

Ticket Partnership Agreement - Addendum II

DICE FM, Inc.
Name

Notice Name

**State the term remaining**

1370 N St. Andrews Place
Address

**List the contract number of any government contract**

| | | |
|---|---|---|
| Los Angeles | CA | 90028 |
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticket Partnership Agreement - Addendum III | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

1370 N St. Andrews Place

**State the term remaining**  _____

Address

**List the contract number of any government contract**  _____

| | | Los Angeles | CA | 90028 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticket Partnership Agreement - Addendum IV | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

1370 N St. Andrews Place

**State the term remaining**  _____

Address

**List the contract number of any government contract**  _____

| | | Los Angeles | CA | 90028 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticket Partnership Agreement - Addendum V | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

10 Grand Street, Suite 400

**State the term remaining**  _____

Address

**List the contract number of any government contract**  _____

| | | Brooklyn | NY | 11249 |
|---|---|---|---|---|
| | | City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticket Partnership Agreement - Amendment | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

1370 N St. Andrews Place
Address

| | | |
|---|---|---|
| Los Angeles | CA | 90028 |
| City | State | ZIP Code |

Country

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticket Partnership Agreement Amendment V | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

10 Grand Street, Suite 400
Address

| | | |
|---|---|---|
| Brooklyn | NY | 11249 |
| City | State | ZIP Code |

Country

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | Ticket Partnership Agreement Summary | DICE FM, Inc. |
|---|---|---|---|

Name

Notice Name

10 Grand Street, Suite 400
Address

| | | |
|---|---|---|
| Brooklyn | NY | 11249 |
| City | State | ZIP Code |

Country

**State the term remaining**

**List the contract number of any government contract**

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.126** **State what the contract or lease is for and the nature of the debtor's interest**   Ticketing Partnership Heads of Terms

DICE FM, Inc.
Name

Notice Name

**State the term remaining**

Corporation Trust Center
Address

**List the contract number of any government contract**

1209 Orange St.

| Wilmington | DE | 19801 |
| City | State | ZIP Code |

Country

**2.127** **State what the contract or lease is for and the nature of the debtor's interest**   Artist Engagement - Dimension

Dimension Touring LLP F/S/O Dimension
Name

Notice Name

9336 Civic Center Dr
Address

**State the term remaining**

**List the contract number of any government contract**

| Beverly Hills | CA | 90210 |
| City | State | ZIP Code |

Country

**2.128** **State what the contract or lease is for and the nature of the debtor's interest**   Performance Contract

Disco Airlines, Inc. Furnishing the Services Disco Lines
Name

Notice Name

16133 Ventura Blvd. Suite 700
Address

**State the term remaining**

**List the contract number of any government contract**

| Encino | CA | 91436 |
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

2.129 **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

DJ Gigola Furnishing the Services of DJ Gigola
Name

Notice Name

**State the term remaining**

Address on File
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|

Country

2.130 **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

DJ Snake Touring, LLC Furnishing the Services of DJ Snake
Name

c/o CohenReznic
Notice Name

**State the term remaining**

1301 6th Ave, 10th Floor
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10019 |

Country

2.131 **State what the contract or lease is for and the nature of the debtor's interest**

Contract re: Event Fees

DN Recordings
Name

Notice Name

**State the term remaining**

81 Black Prince Road
Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| London | | SE1 7ET |
| United Kingdom | | |

Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract |

DR FRESCH TOURING, INC. Furnishing the Services of Dr. Fresch

Name

c/o Leftbrain

Notice Name

8605 Santa Monica Blvd. #79420

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| West Hollywood | CA | 90069 |

Country

| | | |
|---|---|---|
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | Tax Invoice |

Duco Touring Limited

Name

Notice Name

PO Box 969, Shortland Street

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Auckland | | 1140 |

New Zealand

Country

| | | |
|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | Construction Contract Agreement |

Duka Corp.

Name

Notice Name

171 Laconia Ave

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Staten Island | NY | 10305 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.135** **State what the contract or lease is for and the nature of the debtor's interest**

Standard Master Rental Agreement

Edge Auto Rental Inc. & Edge Truck LLC
Name

Edge Auto Rental
Notice Name

460 Kingsland Avenue
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.136** **State what the contract or lease is for and the nature of the debtor's interest**

Edge Auto Terms Summary

Edge Auto Rental Inc. & Edge Truck LLC
Name

Notice Name

460 Kingsland Avenue
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.137** **State what the contract or lease is for and the nature of the debtor's interest**

Effin Artist Tech, Performance & Hospitality Rider

Effin
Name

Notice Name

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.138** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Effin Music LLC F/S/O Effin
Name

Notice Name

9336 Civic Center Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Beverley Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.139** **State what the contract or lease is for and the nature of the debtor's interest**

Temporary Pop-Up Agreement

Elite Wear
Name

Notice Name

801 Alpha Dr #117
Address

**State the term remaining**

**List the contract number of any government contract**

| Richardson | TX | 75081 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.140** **State what the contract or lease is for and the nature of the debtor's interest**

Performance Agreement

Ely Oaks
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.141** **State what the contract or lease is for and the nature of the debtor's interest**

Exhibit A to Performance Agreement

Emma Louise Kirby
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.142** **State what the contract or lease is for and the nature of the debtor's interest**

Event Space License Agreement

Entertainment Solution LLC
Name

Notice Name

67 Skidmore Road
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Freehold | NJ | 07728 |

Country

**2.143** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

EPICFAIL, INC. Furnishing the Services of deadmau5
Name

Notice Name

2000 Avenue of the Stars
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Los Angeles | CA | 90067 |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

---

2.144

**State what the contract or lease is for and the nature of the debtor's interest**

Agreement to Terminate Ticketfly Services Agreement

Eventbrite, Inc.
Name

Attn Eventbrite Legal
Notice Name

155 5th St., 7th Fl.
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.145

**State what the contract or lease is for and the nature of the debtor's interest**

Amendment #4 to the Ticketfly Services Agreement

Eventbrite, Inc.
Name

Lisa Gorman
Notice Name

155 5th St., 7th Fl.
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.146

**State what the contract or lease is for and the nature of the debtor's interest**

Amendment #5 to the Ticketfly Services Agreement

Eventbrite, Inc.
Name

Lisa Gorman
Notice Name

155 5th St., 7th Fl.
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443
_____

| | | |
|---|---|---|
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #6 to the Ticketfly Services Agreement |

Eventbrite, Inc.
_____
Name

Lisa Gorman
_____
Notice Name

155 5th St., 7th Fl.
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #7 to the Ticketfly Services Agreement |

Eventbrite, Inc.
_____
Name

Lisa Gorman
_____
Notice Name

155 5th St., 7th Fl.
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | Exhibit A to Agreement to Terminate Ticketfly Services Agreement - Confession of Judgment |

Eventbrite, Inc.
_____
Name

Lisa Gorman
_____
Notice Name

155 5th St., 7th Fl.
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | FPR Terms Summary |
| | | |

Factory PR, LLC.

Name

Attn Mark Silver, CEO

Notice Name

920 Broadway, Fl 12

Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10010 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Factory PR, LLC.

Name

Attn Mark Silver, CEO

Notice Name

920 Broadway, Fl 12

Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10010 |
| City | State | ZIP Code |

Country

---

| | | |
|---|---|---|
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | Cleaning Services Agreement |

FEPAZ Enterprises, LLC

Name

Notice Name

1315 Inwood Avenue, Unit 521273

Address

**State the term remaining** 7/1/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Bronx | NY | 10452 |
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

**2.153** | **State what the contract or lease is for and the nature of the debtor's interest** | Cleaning Services Agreement | FEPAZ Enterprises, LLC
Name

Notice Name

P.O. Box 521273
Address

**State the term remaining** | 7/1/2025

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Bronx | NY | 10452-0022 |
| City | State | ZIP Code |

Country

**2.154** | **State what the contract or lease is for and the nature of the debtor's interest** | FEPAZ Terms Summary | FEPAZ Enterprises, LLC
Name

Notice Name

P.O. Box 521273
Address

**State the term remaining** | 7/1/2025

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Bronx | NY | 10452-0022 |
| City | State | ZIP Code |

Country

**2.155** | **State what the contract or lease is for and the nature of the debtor's interest** | DJ Set Tech Rider | FJAAK
Name

Notice Name

Französische Str. 12
Address

**State the term remaining**

**List the contract number of any government contract**

| | | | |
|---|---|---|---|
| Berlin | | 100117 |
| City | State | ZIP Code |
| Germany | | |
| Country | | |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.156** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

**State the term remaining**

**List the contract number of any government contract**

FJAAK Furnishing the Services of FJAAK
Name

Notice Name

Französische Str. 12
Address

Berlin | | 100117
City | State | ZIP Code
Germany
Country

**2.157** **State what the contract or lease is for and the nature of the debtor's interest**

Artist Engagement

**State the term remaining**

**List the contract number of any government contract**

Florent Hugel Furnishing the Services of Hugel
Name

Notice Name

Address on File
Address

City | State | ZIP Code

Country

**2.158** **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

**State the term remaining**

**List the contract number of any government contract**

FLOZONE Furnishing the Services of Flozone
Name

Notice Name

2545 32nd Ave N
Address

Saint Petersburg | FL | 33713
City | State | ZIP Code

Country

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known)*:   25-11443
_____

**2.159** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Francis Mercier
Name
| | | Notice Name
| **State the term remaining** | | Address on File
Address
| **List the contract number of any government contract** | |
| | | City | State | ZIP Code
| | | Country

**2.160** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | Fuze Technology Inc.
Name
| | | Notice Name
| **State the term remaining** | Evergreen | 1900 S. Tubeway Avenue
Address
| **List the contract number of any government contract** | |
| | | Commerce | CA | 90040
City | State | ZIP Code
| | | Country

**2.161** | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing & Sales Agreement | Gametime United Inc.
Name
| | | Notice Name
| **State the term remaining** | Evergreen | 130 SUTTER STREET SUITE 200
Address
| **List the contract number of any government contract** | |
| | | SAN FRANCISCO | CA | 94104
City | State | ZIP Code
| | | Country

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.162 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Service Agreement |
| | | Gateway Productions, Inc. |
| | | Name |
| | | Attn Alex Sommerfeld |
| | | Notice Name |
| | | 18 Graf Rd, Suite 29 |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| Newburyport | MA | 01950 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.163 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote |
| | | Gateway Productions, Inc. |
| | | Name |
| | | Notice Name |
| | | 10 Mulliken Way |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| Newburyport | MA | 01950 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.164 | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement |
| | | Gateway Productions, Inc. |
| | | Name |
| | | Notice Name |
| | | 18 Graf Rd, Suite 29 |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| Newburyport | MA | 01950 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:    Avant Gardner, LLC
           _____
           Name

Case number (if known):    25-11443
                           _____

| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | Settlement and Release Agreement | Gateway Productions, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10 Mulliken Way |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Newburyport               MA          01950 |
| | | | City                      State       ZIP Code |
| | | | Country |

| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | Authorization for Services | Geiger Lynch Emery Campbell Engineers, P.C. d.b.a. Geiger Engineers |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Executive Blvd., Suite 309 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Suffern                   NY          10901 |
| | | | City                      State       ZIP Code |
| | | | Country |

| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | Engineering Services Authorization Agreement | Geiger Lynch MacBain Campbell Engineers, P.C. d.b.a. Geiger Engineers |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 2 Executive Blvd., Suite 309 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Suffern                   NY          10901 |
| | | | City                      State       ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.168** State what the contract or lease is for and the nature of the debtor's interest

Contract Agreement re: Bart Skils

Gem B.V. F/S/O Bart Skils
Name

Notice Name

State the term remaining

9336 Civic Center Drive
Address

List the contract number of any government contract

| Beverley Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.169** State what the contract or lease is for and the nature of the debtor's interest

Greenspoon Marder Terms Summary

Greenspoon Marder LLP
Name

Justin McNaughton
Notice Name

Fifth/Third Bank Center
Address

State the term remaining

424 Church Street, Suite 2000

List the contract number of any government contract

| Nashville | TN | 37219 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.170** State what the contract or lease is for and the nature of the debtor's interest

Letter Agreement re: Intellectual Property

Greenspoon Marder LLP
Name

Justin McNaughton
Notice Name

Fifth/Third Bank Center
Address

State the term remaining

424 Church Street, Suite 2000

List the contract number of any government contract

| Nashville | TN | 37219 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Legal Services for Company Restructuring |

Greenspoon Marder LLP
Name

Robert Wessely
Notice Name

590 Madison Avenue, Suite 1800
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | Artist Engagement |

Gryffin Touring LLC Furnishing the Services of Gryffin
Name

Notice Name

10900 Wilshire Blvd, Suite 1200
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90024 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement |

HAVOC
Name

Notice Name

500 N Central Expressway
Address

Sutie 500

**State the term remaining**

**List the contract number of any government contract**

| Plano | TX | 75074 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

HAVOC
_____
Name

_____
Notice Name

500 N Central Expressway
_____
Address

Sutie 500
_____

_____

| Plano | TX | 75074 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re: Performance |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

Hector Gomez De Mendieta f/s/o Capochino
_____
Name

_____
Notice Name

Address on File
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospitality Rider |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

Hector Oaks
_____
Name

_____
Notice Name

Address on File
_____
Address

_____

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor:   Avant Gardner, LLC
          _____
          Name

Case number (if known):   25-11443

| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest** | Technical Rider | Hector Oaks |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract | Hector Oaks |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal re: 7 Scopes at the Brooklyn Mirage for the 2023 Season | HEINI |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 348 Gates Ave. |
| | **State the term remaining** | | Address |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | Brooklyn / NY / 11216 |
| | | | City / State / ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*:  25-11443

2.180 **State what the contract or lease is for and the nature of the debtor's interest**

Quote re: Spaceframe Fix

HEINI

Name

Notice Name

348 Gates Ave #2

Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11216 |
|---|---|---|
| City | State | ZIP Code |

Country

2.181 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order - Estimate No. 1

Heini Limited Liability

Name

Notice Name

348 Gates Ave.

Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11216 |
|---|---|---|
| City | State | ZIP Code |

Country

2.182 **State what the contract or lease is for and the nature of the debtor's interest**

Change Order - Estimate No. 2

Heini Limited Liability

Name

Notice Name

348 Gates Ave.

Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11216 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*:    25-11443
_____

**2.183** State what the contract or lease is for and the nature of the debtor's interest

Estimates Summary

Heini Limited Liability Company
_____
Name

_____
Notice Name

558 MacDonough St
_____
Address

State the term remaining
_____

List the contract number of any government contract
_____

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.184** State what the contract or lease is for and the nature of the debtor's interest

AVA02 Tent Removal

Heini Limited Liability Company
_____
Name

_____
Notice Name

558 MacDonough St
_____
Address

State the term remaining
_____

List the contract number of any government contract
_____

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.185** State what the contract or lease is for and the nature of the debtor's interest

Lease Agreement - Space Frame #AVA06 - Lease

Heini Limited Liability Company
_____
Name

Attn Accounting
_____
Notice Name

348 Gates Ave #2
_____
Address

State the term remaining
_____

List the contract number of any government contract
_____

| Brooklyn | NY | 11216 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: 2022 Mirage Fabrication and Installation |

Heini Limited Liability Company
Name

Notice Name

558 MacDonough St
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | Mirage 2022 Agreement |

Heini Limited Liability Company
Name

Notice Name

558 MacDonough St
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote re: First Phase Venue Relocation |

Heini Limited Liability Company
Name

Notice Name

348 Gates Ave #2
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11216 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | Roder & GC Tent Removal |

Heini Limited Liability Company
Name

Notice Name

558 MacDonough St
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | Winter Tents Dismantle |

Heini Limited Liability Company
Name

Notice Name

348 Gates Ave #2
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11216 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | Winter Venue Pre-On Site Quite |

Heini Limited Liability Company
Name

Notice Name

558 MacDonough St
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11233 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.192** State what the contract or lease is for and the nature of the debtor's interest

Framework Contract

State the term remaining    Evergreen

List the contract number of any government contract

Hello Wood Zrt.
Name

Andraz Huszar, Managing Director
Notice Name

Kisfaludy utca 19.
Address

| Budapest | | 1082 |
|---|---|---|
| City | State | ZIP Code |
| Hungary | | |
| Country | | |

**2.193** State what the contract or lease is for and the nature of the debtor's interest

Project Specification No. 1 - Avant Garnder Toilet Units

State the term remaining

List the contract number of any government contract

Hello Wood Zrt.
Name

Andraz Huszar, Managing Director
Notice Name

Kisfaludy utca 19.
Address

| Budapest | | 1082 |
|---|---|---|
| City | State | ZIP Code |
| Hungary | | |
| Country | | |

**2.194** State what the contract or lease is for and the nature of the debtor's interest

Letter Agreement re: Project Address: 528 Meserole Street, Brooklyn, NY 11237 (Block 2977 Lot 1) -Removal of Temporary Wooden Structure

State the term remaining

List the contract number of any government contract

Helman Engineering PLLC
Name

Notice Name

36-52 37th Street
Address

| Long Island City | NY | 11101 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known)*:   25-11443

**2.195** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Henrik Schwarz
_____
Name

_____
Notice Name

Address on File
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

**2.196** **State what the contract or lease is for and the nature of the debtor's interest**

Support Artist Deal

HHunter
_____
Name

_____
Notice Name

411 S Wells St, Fl Pent
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60607 |

Country

**2.197** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

HHUNTER LLC
_____
Name

_____
Notice Name

411 S Wells St, Fl Pent
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Chicago | IL | 60607 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Duco Events Limited |

HiFX Ltd T/A XE
Name

Notice Name

Level 4, 32 Mahuhu Crescent
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Auckland | | 1010 |

New Zealand
Country

| | | |
|---|---|---|
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal re: Event Rentals |

High Style Event Rentals
Name

Notice Name

445 Sills Road Suite #F
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Yaphank | NY | 11980 |

Country

| | | |
|---|---|---|
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |

House of Kuklinski BV
Name

Notice Name

Rodestraat 33-3
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Antwerp | | 2000 |

Belgium
Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.201** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | IAG
Name

| | | | Notice Name

| | | | 3 Columbus Circle, 23rd Fl.
Address

**State the term remaining** | |

**List the contract number of any government contract** | |

| | | | New York | NY | 10019
| | | | City | State | ZIP Code

| | | | Country

**2.202** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Ian Asher
Name

| | | | Notice Name

| | | | Address on File
Address

**State the term remaining** | |

**List the contract number of any government contract** | |

| | | | City | State | ZIP Code

| | | | Country

**2.203** | **State what the contract or lease is for and the nature of the debtor's interest** | Ideate LLC Terms Summary | Ideate Capital, LLC
Name

| | | | Notice Name

| | | | 6 E 32nd Street 8th Floor
Address

**State the term remaining** | |

**List the contract number of any government contract** | |

| | | | New York | NY | 10016
| | | | City | State | ZIP Code

| | | | Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443

**2.204** **State what the contract or lease is for and the nature of the debtor's interest**

Statement of Work re: Data Analytics & AI

Ideate Capital, LLC
_____
Name

_____
Notice Name

6 E 32nd Street 8th Floor
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10016 |

Country

**2.205** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Illenium Touring Inc F/S/O ILLENIUM
_____
Name

_____
Notice Name

9336 Civic Center Dr
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Beverly Hills | CA | 90210 |

Country

**2.206** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

Independent Artist Group
_____
Name

_____
Notice Name

10585 Santa Monica Blvd.
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| Los Angeles | CA | 90025 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known):* 25-11443

2.207 **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Indira Pagnotto
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

2.208 **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Indo Warehouse Inc f/s/o Indo Warehouse
Name

Notice Name

425 Broadhollow Road, Suite 427
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Melville | NY | 11747 |

Country

2.209 **State what the contract or lease is for and the nature of the debtor's interest**

Special Event Quote

Industria Creative LLC
Name

Notice Name

433 Washington St Unit 4
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10013 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: MCA Agreement with Insta Funding LLC | Insta Funding LLC |
| | | | Name |

Notice Name

6 Landmark Square 4th floor
Address

**State the term remaining**

**List the contract number of any government contract**

| Stamford | CT | 06901 |
| City | State | ZIP Code |

Country

| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest** | Sale and Purchase of Future Receivables Agreement | Insta Funding LLC |
| | | | Name |

Notice Name

6 Landmark Square 4th floor
Address

**State the term remaining**

**List the contract number of any government contract**

| Stamford | CT | 06901 |
| City | State | ZIP Code |

Country

| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest** | Offer Summary – Receivables Purchase Agreement | InstaFunding.com |
| | | | Name |

Notice Name

2999 NE 191st St Suite 500
Address

**State the term remaining**

**List the contract number of any government contract**

| Miami | FL | 33180 |
| City | State | ZIP Code |

Country

Debtor:   Avant Gardner, LLC

Case number *(if known)*:   25-11443

Name

| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract for Outdoor Advertising | Integration Media, Inc |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 697 3rd Avenue, Ste 312 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York           NY           10017 |
| | | | City           State           ZIP Code |
| | | | |
| | | | Country |

| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest** | IRL Terms Summary | IRL Systems, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1650 Bath Avenue |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Brooklyn           NY           11214 |
| | | | City           State           ZIP Code |
| | | | |
| | | | Country |

| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Test & Inspection of the Fire Alarm Systemat 111 Gardner Avenue, Brooklyn, NY | IRL Systems, Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1650 Bath Avenue |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Brooklyn           NY           11214 |
| | | | City           State           ZIP Code |
| | | | |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Directive to Release Hold on Merchant's Account | Itria Ventures LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Penn Plaza, Suite 4915 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | New York | NY | 10119 |

Country

| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Notice of Material Breach of a Financing Agreement | Itria Ventures LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | One Penn Plaza, Suite 4915 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | New York | NY | 10119 |

Country

| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | Show Purchase Agreement | Ivory |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Via Luigi Pirandello 31/B |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | City | State | ZIP Code |
|---|---|---|---|
| | Verona | | 37138 |
| | Italy | | |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

2.219 **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Wool Ventures, LLC VS: Avant Gardner, LLC D/B/A Avant Gardner; The Great Hall; The King Brooklyn Mirage; The Ruin Lounge

Jeffrey A. Maidenbaum
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

2.220 **State what the contract or lease is for and the nature of the debtor's interest**

Booking Agreement

Jose Antonio Fernandes Coelho f/s/o Tom Enzy
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

2.221 **State what the contract or lease is for and the nature of the debtor's interest**

Commercial Card Application & Agreement

JP Morgan Chase
Name

Notice Name

Mail Code LA4-7100
Address

**State the term remaining**

Evergreen

700 Kansas Lane

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Monroe | LA | 71203 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

---

**2.222**

**State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Urgent Demand for Payment – One Card Account

JP Morgan Chase
Name

Notice Name

Mail Code LA4-7100
Address

**State the term remaining**

700 Kansas Lane

**List the contract number of any government contract**

| Monroe | LA | 71203 |
|--------|-----|-------|
| City | State | ZIP Code |

Country

---

**2.223**

**State what the contract or lease is for and the nature of the debtor's interest**

JP Morgan Terms Summary

JPMorgan Chase Bank, N.A.
Name

Notice Name

P O Box 182051
Address

**State the term remaining**

Evergreen

**List the contract number of any government contract**

| Columbus | OH | 43218-2051 |
|----------|-----|-----------|
| City | State | ZIP Code |

Country

---

**2.224**

**State what the contract or lease is for and the nature of the debtor's interest**

JS Reps Miami dba Douglas Friedman Terms Summary

JS Reps Miami dba Douglas Friedman
Name

Notice Name

89 Hudson Street
Address

**State the term remaining**

Suite 202

**List the contract number of any government contract**

| Hoboken | NJ | 07030 |
|---------|-----|-------|
| City | State | ZIP Code |

Country

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #6 to the Ticketfly Services Agreement |

Juergen Bildstein
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #7 to the Ticketfly Services Agreement |

Juergen Bildstein
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement for Non-Exclusive Venue Representation |

Kage Konsulting LLC d/b/a The Kagency
Name

Notice Name

183 Madison Avenue, Suite 1202
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10016 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.228** State what the contract or lease is for and the nature of the debtor's interest

Performance Contract

Kaleena Zanders Furnishing the Services of Kaleena Zanders
Name

Notice Name

Address on File
Address

State the term remaining

List the contract number of any government contract

City                State             ZIP Code

Country

**2.229** State what the contract or lease is for and the nature of the debtor's interest

Consulting Services Agreement

Kasirer LLC
Name

Notice Name

120 Broadway, Suite 1010
Address

State the term remaining    5/6/2026

List the contract number of any government contract

New York            NY               10271
City                State             ZIP Code

Country

**2.230** State what the contract or lease is for and the nature of the debtor's interest

Kasirer Terms Summary

Kasirer LLC
Name

Notice Name

120 Broadway, Suite 1010
Address

State the term remaining    5/6/2026

List the contract number of any government contract

New York            NY               10271
City                State             ZIP Code

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Confidentiality Agreement |
| | | Kasirer LLC |
| | | Name |
| | | Notice Name |
| | | 120 Broadway, Suite 1010 |
| **State the term remaining** | 5/6/2026 | Address |
| **List the contract number of any government contract** | | |
| | | New York    NY    10271 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | Statement of Work re: Consulting Services Agreement Dated May 7, 2025 |
| | | Kasirer LLC |
| | | Name |
| | | Notice Name |
| | | 120 Broadway, Suite 1010 |
| **State the term remaining** | | Address |
| **List the contract number of any government contract** | | |
| | | New York    NY    10271 |
| | | City    State    ZIP Code |
| | | Country |

| | | |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Gateway Productions v. Avant Gardner |
| | | Kaufman Borgeest & Ryan LLP |
| | | Name |
| | | Notice Name |
| | | 875 Third Avenue |
| **State the term remaining** | | Address |
| **List the contract number of any government contract** | | |
| | | New York    NY    10022 |
| | | City    State    ZIP Code |
| | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.234** State what the contract or lease is for and the nature of the debtor's interest

Performance Contract

KBA MUSIC LLC Furnishing the Services of Tape B
Name

Notice Name

1161 Holland Dr
Address

State the term remaining

List the contract number of any government contract

| Boca Raton | FL | 33487 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.235** State what the contract or lease is for and the nature of the debtor's interest

Agreement

Kekai Wachi F/S/O Kai Wachi
Name

Notice Name

Address on File
Address

State the term remaining

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

**2.236** State what the contract or lease is for and the nature of the debtor's interest

Agreement

Konstantin Sibold Furnishing the Services of Konstantin Sibold
Name

Notice Name

Address on File
Address

State the term remaining

List the contract number of any government contract

| City | State | ZIP Code |
|---|---|---|

Country

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known):*   25-11443
_____

| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract | LA ALL THE WAY, LLC Furnishing the Services of Tiësto |
|---|---|---|---|

Name

c/o CEFO, Inc.
_____
Notice Name

8400 East Prentice Avenue, Suite 1500
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Greenwood Village | CO | 80111 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | Preferred Contractor Agreement | Lasher Louis Productions LLC |
|---|---|---|---|

Name

_____
Notice Name

147 Prince Street, Unit 31
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11201 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | LEAF Management LLC Furnishing the Services of Gravagerz |
|---|---|---|---|

Name

_____
Notice Name

Str. Ferizaj
_____
Address

Sckup

**State the term remaining**

**List the contract number of any government contract**

| Ferizaj | | 70000 |
|---|---|---|
| City | State | ZIP Code |
| Kosovo | | |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.240** State what the contract or lease is for and the nature of the debtor's interest

Invoice

Leaf Management SHPK
Name

Notice Name

Str. Ferizaj
Address

State the term remaining

Prishtin

List the contract number of any government contract

| Ferizaj | | 70000 |
|---|---|---|
| City | State | ZIP Code |
| Kosovo | | |
| Country | | |

**2.241** State what the contract or lease is for and the nature of the debtor's interest

Various Invoices

Liaison Artists LLC
Name

Notice Name

2 Embarcadero Ctr 8th Floor
Address

State the term remaining

List the contract number of any government contract

| San Francisco | CA | 94111 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

**2.242** State what the contract or lease is for and the nature of the debtor's interest

Agreement re: Entertainment Services

Lou Dog & Creature Touring Inc
Name

Sublime
Notice Name

12100 Wilshire Blvd. #1540
Address

State the term remaining

List the contract number of any government contract

| Los Angeles | CA | 90025 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.243** **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

Loud Luxury Touring Inc Furnishing the Services of Loud Luxury
Name

Notice Name

15821 Ventura Blvd, Suite 370
Address

**State the term remaining**

**List the contract number of any government contract**

| Encino | CA | 91436 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.244** **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

Lugerinc AB Furnishing the Services of Yung Lean
Name

Notice Name

Folkungagatan 44
Address

**State the term remaining**

**List the contract number of any government contract**

| Stockholm | | 118 26 |
|---|---|---|
| City | State | ZIP Code |

Sweden
Country

**2.245** **State what the contract or lease is for and the nature of the debtor's interest**

Sprinkler Inspection & Testing Contract

Lund Fire Products Co. Inc
Name

Notice Name

40-33 215th Place
Address

**State the term remaining**

Evergreen

**List the contract number of any government contract**

| Bayside | NY | 11361 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Case number (if known): 25-11443

Name

| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | Limited Professional Services Standard Agreement | M.G. McLaren Engineering and Land Surveying, P.C. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 530 Chestnut Ridge Road |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | Woodcliff Lake | NJ | 07677 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | Services Terms | Mainfactor Inc. |
|---|---|---|---|
| | | | Name |
| | | | Legal Dept. |
| | | | Notice Name |
| | | | 100 Lombard St. |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | Philadelphia | PA | 19147 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Termination of Licensing & Scope of Services Agreement | Mainfactor Inc. |
|---|---|---|---|
| | | | Name |
| | | | c/o Mike Fiebach |
| | | | Notice Name |
| | | | 100 Lombard St. |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| | | Philadelphia | PA | 19147 |
|---|---|---|---|---|
| | | City | State | ZIP Code |
| | | Country | | |

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443
_____

| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | Licensing & Scope of Services Agreement | Mainfactor Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Lombard St. |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Philadelphia   PA   19147 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | Mainfactor Terms Summary | Mainfactor Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 100 Lombard St. |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Philadelphia   PA   19147 |
| | | | City   State   ZIP Code |
| | | | Country |

| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | Performance Contract | Malugi |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | City   State   ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.252** State what the contract or lease is for and the nature of the debtor's interest

Agreement

Marten Schmidt Furnishing the Services of Marten Lou
Name

Notice Name

Address on File
Address

State the term remaining

List the contract number of any government contract

City | State | ZIP Code

Country

**2.253** State what the contract or lease is for and the nature of the debtor's interest

Agreement

Matrixxman
Name

Charles McCloud Duff
Notice Name

Sonnenallee 16
Address

State the term remaining

List the contract number of any government contract

Berlin | | 12047
City | State | ZIP Code

Germany
Country

**2.254** State what the contract or lease is for and the nature of the debtor's interest

MegaLasers Terms Summary

Mayan Warrior Productions, Inc. dba MegaLasers
Name

Notice Name

9450 SW Gemini Dr. #87376
Address

State the term remaining: 12/31/2025

List the contract number of any government contract

Beaverton | OR | 97008
City | State | ZIP Code

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | Operating Contract |
| | | Mayan Warrior Productions, Inc. dba MegaLasers |
| | | Name |
| | | |
| | | Notice Name |
| | | 9450 SW Gemini Dr. #87376 |
| | **State the term remaining** | 1/2/2025 |
| | | Address |
| | **List the contract number of any government contract** | |
| | | Beaverton          OR          97008 |
| | | City               State       ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement |
| | | MC4D |
| | | Name |
| | | Matthew Oliver Drake |
| | | Notice Name |
| | | 410 W 48th St Apt 24 |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |
| | | New York          NY          10036 |
| | | City               State       ZIP Code |
| | | |
| | | Country |

| | | |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | Promotional Marketing Agreement |
| | | Media Star Promotions |
| | | Name |
| | | |
| | | Notice Name |
| | | 318 Clubhouse Road |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |
| | | Hunt Valley        MD          21031 |
| | | City               State       ZIP Code |
| | | |
| | | Country |

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

**2.258** | **State what the contract or lease is for and the nature of the debtor's interest** | Promotional Program Agreement | Media Star Promotions obo RJ Reynolds Tobacco Company
Name

Notice Name

318 Clubhouse Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Hunt Valley | MD | 21031 |
| City | State | ZIP Code |

Country

**2.259** | **State what the contract or lease is for and the nature of the debtor's interest** | Signature Line for Agreement | Media Star Promotions obo RJ Reynolds Tobacco Company
Name

Notice Name

318 Clubhouse Rd
Address

**State the term remaining**

**List the contract number of any government contract**

| Hunt Valley | MD | 21031 |
| City | State | ZIP Code |

Country

**2.260** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: ALT II Filings | Metropolis Group, Inc.
Name

Notice Name

22 Cortlandt Street, 10th Floor
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10007 |
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known):*   25-11443

---

**2.261** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Great Hall Renovation | Metropolis Group, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22 Cortlandt Street, 10th Floor |
| **State the term remaining** | | | Address |
| | | | |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | New York    NY    10007 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

**2.262** | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: New Filings for Removal of Gantry Beams | Metropolis Group, Inc. |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 22 Cortlandt Street, 10th Floor |
| **State the term remaining** | | | Address |
| | | | |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | New York    NY    10007 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

**2.263** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Mind Warp Mgmt |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 12650 W. 54th Dr Unit C |
| **State the term remaining** | | | Address |
| | | | |
| **List the contract number of any government contract** | | | |
| | | | |
| | | | Arvada    CO    80002 |
| | | | City    State    ZIP Code |
| | | | |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | Agreement re: Consulting Services | Mitchell Kurtz Architect PC |
| | | | Name |
| | | | Notice Name |
| | | | 611 Broadway, Suite 526 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10012 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Modul'air BV Furnishing the Services of Pegassi |
| | | | Name |
| | | | Notice Name |
| | | | 405 Lexington Avenue |
| | State the term remaining | | Address |
| | | | 19th Floor |
| | List the contract number of any government contract | | |
| | | | New York / NY / 10174 |
| | | | City / State / ZIP Code |
| | | | Country |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | Co-Promotion Agreement | Monumental Productions BV |
| | | | Name |
| | | | Notice Name |
| | | | Isolatorweg 36 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | Amsterdam / / 1014 AS |
| | | | City / State / ZIP Code |
| | | | Netherlands |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.267** **State what the contract or lease is for and the nature of the debtor's interest**

Letter re: Final Notice of Default and Formal Demand for Immediate Payment

MTD USA LLC
Name

Notice Name

5101 Chatooga Drive
Address

**State the term remaining**

**List the contract number of any government contract**

| Lithonia | GA | 30038 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.268** **State what the contract or lease is for and the nature of the debtor's interest**

Memorandum of Agreement

National Employee Assistance Providers, Inc.
Name

Notice Name

490 Wheeler Road, Suite 102
Address

**State the term remaining** 1/31/2027

**List the contract number of any government contract**

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.269** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Nora En Pure
Name

Notice Name

3 Columbus Circle
Address

23rd Floor

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10019 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | Food Pop-Up Management Agreement | NSN Hospitality |
|---|---|---|---|

Name

State the term remaining

Notice Name

10 Main Street

Address

List the contract number of any government contract

| | | East Hampton | NY | 11937 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | NSN Hospitality Terms Summary | NSN Hospitality |
|---|---|---|---|

Name

State the term remaining

Notice Name

10 Main Street

Address

List the contract number of any government contract

| | | East Hampton | NY | 11937 |
|---|---|---|---|---|

City | State | ZIP Code

Country

| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Nussli (US), LLC |
|---|---|---|---|

Name

Attn Thomas Bumbacher, President

Notice Name

40 Railroad Avenue

Address

State the term remaining

List the contract number of any government contract

| | | Montgomery | NY | 12549 |
|---|---|---|---|---|

City | State | ZIP Code

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | Lease Agreement | Nussli (US), LLC |
|---|---|---|---|

Nussli (US), LLC
Name

Attn Hugo Willi, Officer
Notice Name

c/o Adelman Katz & Mond LLP
Address

**State the term remaining**

200 West 41st Street, Suite 1801

**List the contract number of any government contract**

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Contract |
|---|---|---|

Nussli (US), LLC
Name

Notice Name

81 Prospect St
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11201 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | Sale and Purchase Agreement |
|---|---|---|

Nussli (US), LLC
Name

c/o Sponsel CPA Group
Notice Name

251 N. Illinois St., Suite 450
Address

**State the term remaining**

**List the contract number of any government contract**

| Indianapolis | IN | 46204 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | Second Amendment to Lease Agreement |

Nussli (US), LLC
Name

Notice Name

**State the term remaining**

81 Prospect St
Address

**List the contract number of any government contract**

| Brooklyn | NY | 11201 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |

Octopus Agents BV
Name

Notice Name

**State the term remaining**

Bethaniëndwarsstraat 6D
Address

**List the contract number of any government contract**

| Amsterdam | | 1012 CB |
|---|---|---|
| City | State | ZIP Code |

The Netherlands
Country

| | | |
|---|---|---|
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | Master Services Agreement |

Omegarender LLP
Name

Attn Legal Department, CEO
Notice Name

Suite Office 1.07, First Floor, Beck Mill Reva Syke Road
Address

**State the term remaining**

Bradford

**List the contract number of any government contract**

| West Yorkshire | | BD14 6QY |
|---|---|---|
| City | State | ZIP Code |

United Kingdom
Country

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | Retainer Invoice | Omegarender LLP |
|---|---|---|---|

Name

Notice Name

Suite Office 1.07, First Floor, Beck Mill Reva Syke Road
Address

**State the term remaining**

Bradford

**List the contract number of any government contract**

| West Yorkshire | | BD14 6QY |
|---|---|---|
| City | State | ZIP Code |
| United Kingdom | | |
| Country | | |

| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | Construction Contract Agreement | Packin Realty Company, LLC |
|---|---|---|---|

Name

Notice Name

5 Hemlock Hollow Pl.
Address

**State the term remaining**

**List the contract number of any government contract**

| Armonk | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | First Modification of Lease Agreement | Packin Realty Company, LLC |
|---|---|---|---|

Name

Notice Name

5 Hemlock Hollow Pl.
Address

**State the term remaining**  4/30/2038

**List the contract number of any government contract**

| Armonk | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.282 State what the contract or lease is for and the nature of the debtor's interest**

Lease Summary

Packin Realty Company, LLC
Name

Notice Name

5 Hemlock Hollow Pl.
Address

**State the term remaining** 4/30/2038

**List the contract number of any government contract**

| Armonk | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.283 State what the contract or lease is for and the nature of the debtor's interest**

Second Modification of Lease Agreement

Packin Realty Company, LLC
Name

Notice Name

5 Hemlock Hollow Pl.
Address

**State the term remaining**

**List the contract number of any government contract**

| Armonk | NY | 10504 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.284 State what the contract or lease is for and the nature of the debtor's interest**

ParaDocs Terms Summary

ParaDocs Worldwide, Inc.
Name

Alex Pollak, CEO
Notice Name

550 Vanderbilt Ave., Suite 722
Address

**State the term remaining** 6/30/2025

**List the contract number of any government contract**

| Brooklyn | NY | 11238 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.285** | **State what the contract or lease is for and the nature of the debtor's interest** | Service Agreement | ParaDocs Worldwide, Inc.
Name

Alex Pollak, CEO
Notice Name

550 Vanderbilt Ave., Suite 722
Address

**State the term remaining** | 6/30/2025

**List the contract number of any government contract**

| Brooklyn | NY | 11238 |
| City | State | ZIP Code |

Country

**2.286** | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Paramount Artists Ltd
Name

c/o Lucraft Hodgson Dawes
Notice Name

19 New Road
Address

**State the term remaining**

**List the contract number of any government contract**

| Brighton | | BN1 1UF |
| City | State | ZIP Code |

United Kingdom
Country

**2.287** | **State what the contract or lease is for and the nature of the debtor's interest** | Confirmation of Artist | PAUZA
Name

c/o Noise & Nexus Bookings, LLC dba Analog North America
Notice Name

1820 Lancaster Street Ste 200
Address

**State the term remaining**

**List the contract number of any government contract**

| Baltimore | MD | 21231 |
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*:  25-11443

| | | |
|---|---|---|
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement Agreement |

PAWSA

Name

c/o Noise & Nexus Bookings, LLC dba Analog North America

Notice Name

1820 Lancaster Street Ste 200

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Baltimore | MD | 21231 |

Country

| | | |
|---|---|---|
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement |

Peggy Gou Artistic Contracting LLC

Name

Notice Name

11 Madison Avenue

Address

**State the term remaining**

18th Floor

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10010 |

Country

| | | |
|---|---|---|
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | AIA Document 4701 - 2017 Change Order |

Pfeiffer Structures America LLC

Name

Notice Name

1011 Regal Row

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Dallas | TX | 75247 |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Merchant Cash Advance Agreement |

Pinnacle Business Funding LLC
_____
Name

_____
Notice Name

1202 Avenue U Ste 1115
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11229 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | Standard Merchant Cash Advance Agreement Addendum CAP CAP on Collection of Receivables Purchased Amount |

Pinnacle Business Funding LLC
_____
Name

_____
Notice Name

1202 Avenue U Ste 1115
_____
Address

**State the term remaining**  7/2/2025

**List the contract number of any government contract**

| | | |
|---|---|---|
| Brooklyn | NY | 11229 |
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | Marketing & Service Agreement |

Plusmusic US Inc.
_____
Name

_____
Notice Name

5 Penn Plaza, Ste 2300
_____
Address

**State the term remaining**

**List the contract number of any government contract**

| | | |
|---|---|---|
| New York | NY | 10001 |
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

---

2.294  **State what the contract or lease is for and the nature of the debtor's interest**  Invoice

Prisma Artists
Name

Notice Name

1440 Hi Point St, Suite 101
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90035 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.295  **State what the contract or lease is for and the nature of the debtor's interest**  Performance Contract

PRISMA Artists, LLC Furnishing the Services of LAOLU
Name

Notice Name

1440 Hi Point St, Suite 101
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90035 |
|---|---|---|
| City | State | ZIP Code |

Country

---

2.296  **State what the contract or lease is for and the nature of the debtor's interest**  Independent Contractor Agreement

Profile Events LLC
Name

Jefferson Agar
Notice Name

25-24 40 Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Long Island City | NY | 11104 |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.297** **State what the contract or lease is for and the nature of the debtor's interest**

Co-Promotion Agreement

Project 91, LLC
Name

Notice Name

90 Rivington St

**State the term remaining** 12/31/2025

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10002 |

Country

**2.298** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Request (COR) for Professional Services

PSG Engineering and Geology, D.P.C.
Name

David R. Lent, PG
Notice Name

362 Fifth Avenue, Suite 501

**State the term remaining**

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10001 |

Country

**2.299** **State what the contract or lease is for and the nature of the debtor's interest**

Change Order Request (COR) No.2 for Professional Services

PSG Engineering and Geology, D.P.C.
Name

David R. Lent, PG
Notice Name

362 Fifth Avenue, Suite 501

**State the term remaining**

Address

**List the contract number of any government contract**

| City | State | ZIP Code |
|------|-------|----------|
| New York | NY | 10001 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement re: Proposal for Environmental Consulting Services | PSG Engineering and Geology, D.P.C. |
|---|---|---|---|

Name

David R. Lent, PG
Notice Name

362 Fifth Avenue, Suite 501
Address

State the term remaining

List the contract number of any government contract

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | PSG Terms Summary | PSG Engineering and Geology, D.P.C. |
|---|---|---|---|

Name

David R. Lent, PG
Notice Name

362 Fifth Avenue, Suite 501
Address

State the term remaining

List the contract number of any government contract

| New York | NY | 10001 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | Proforma Invoice | Qingdao Borton Steel Structure Co., Ltd. |
|---|---|---|---|

Name

Notice Name

No. 268 Shen Zhen Road
Address

State the term remaining

List the contract number of any government contract

| Pingdu | | |
|---|---|---|
| City | State | ZIP Code |
| China | | |
| Country | | |

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

**2.303** **State what the contract or lease is for and the nature of the debtor's interest**

First Amendment to On-Premise Agreement

Red Bull North America, Inc.

Name

Notice Name

1740 Stewart St.

**State the term remaining**

Address

**List the contract number of any government contract**

| Santa Monica | CA | 90404 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.304** **State what the contract or lease is for and the nature of the debtor's interest**

On-Premise Agreement

Red Bull North America, Inc.

Name

Notice Name

1740 Stewart St.

**State the term remaining**   12/31/2025

Address

**List the contract number of any government contract**

| Santa Monica | CA | 90404 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.305** **State what the contract or lease is for and the nature of the debtor's interest**

Red Bull Terms Summary

Red Bull North America, Inc.

Name

Notice Name

1740 Stewart St.

**State the term remaining**   12/31/2025

Address

**List the contract number of any government contract**

| Santa Monica | CA | 90404 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement | Risa Heller Communications LLC |
|---|---|---|---|

Name

Notice Name

233 Broadway, Suite 2160
Address

**State the term remaining** 6/15/2025

**List the contract number of any government contract**

| New York | NY | 10279 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | Heller Terms Summary | Risa Heller Communications LLC |
|---|---|---|---|

Name

Notice Name

233 Broadway, Suite 2160
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| New York | NY | 10279 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract | Rojutoma Limited Furnishing the Services of A. G. Cook |
|---|---|---|---|

Name

Notice Name

675 Rose Ave
Address

**State the term remaining**

**List the contract number of any government contract**

| Venice | CA | 90291 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | Booking Agreement | Rome |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Country | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | License Agreement | SDFX Incorporated d/b/a SDFX International |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 1363 Lincoln Avenue, Suite 5 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | Holbrook | NY | 11733 |
| | | Country | | |

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Seer Assets LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 17111 Biscayne Blvd, LP7 |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |

| | | City | State | ZIP Code |
|---|---|---|---|---|
| | | North Miami Beach | FL | 33160 |
| | | Country | | |

Debtor: Avant Gardner, LLC
Name

Case number *(if known):* 25-11443

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract | Seth David |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Order Form | SevenRooms Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 228 Park Avenue South |
| | **State the term remaining** | Evergreen | Address |
| | | | PMB 33706 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | New York / NY / 10003 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | SevenRooms Terms Summary | SevenRooms Inc. |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 228 Park Avenue South |
| | **State the term remaining** | Evergreen | Address |
| | | | PMB 33706 |
| | **List the contract number of** | | |
| | **any government contract** | | |
| | | | |
| | | | New York / NY / 10003 |
| | | | City / State / ZIP Code |
| | | | |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Demand for Payment – Independent Contractor Agreement Dated March 5, 2025 | Sher Tremonte LLP |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | | 90 Broad Street, 23rd Floor |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | New York | NY | 10004 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | Agreement | Sick & Sound GmbH f/s/o Holy Priest |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | | 9336 Civic Center Dr |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Beverly Hills | CA | 90210 |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Country | | |

| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Invitation for Mr. Teun Geraets to the United States | Sjef.app B.V. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | State the term remaining | | Basisweg 59A |
| | | | Address |
| | List the contract number of any government contract | | |

| | | | Amsterdam | | 1043 AN |
|---|---|---|---|---|---|
| | | | City | State | ZIP Code |
| | | | Netherlands | | |
| | | | Country | | |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Invitation for Ms. Charmayne Otto to the United States | Sjef.app B.V. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Basisweg 59A |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | Amsterdam                     1043 AN |
| | | | City          State          ZIP Code |
| | | | Netherlands |
| | | | Country |
| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter re: Invitation for Ms. Eva Warner to the United States | Sjef.app B.V. |
| | | | Name |
| | | | Notice Name |
| | | | Basisweg 59A |
| | **State the term remaining** | | Address |
| | **List the contract number of any government contract** | | |
| | | | Amsterdam                     1043 AN |
| | | | City          State          ZIP Code |
| | | | Netherlands |
| | | | Country |
| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | Locker Agreement | Sjef.app B.V. |
| | | | Name |
| | | | Notice Name |
| | | | Basisweg 59A |
| | **State the term remaining** | Evergreen | Address |
| | **List the contract number of any government contract** | | |
| | | | Amsterdam                     1043 AN |
| | | | City          State          ZIP Code |
| | | | Netherlands |
| | | | Country |

Debtor: Avant Gardner, LLC

Name

Case number (if known): 25-11443

| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | Sjef Locker Terms Summary | Sjef.app B.V. |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | Basisweg 59A |
| | State the term remaining | Evergreen | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Amsterdam | | 1043 AN |
| Netherlands | | |
| Country | | |

| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | Booking Agreement | Slippy LLC |
|---|---|---|---|
| | | | Name |
| | | | Alexander Swartwout |
| | | | Notice Name |
| | | | 5127 Lindley Ave |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Tarzana | CA | 91356 |
| Country | | |

| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | Invoice | Slippy LLC |
|---|---|---|---|
| | | | Name |
| | | | Notice Name |
| | | | 5127 Lindley Ave |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |

| City | State | ZIP Code |
|---|---|---|
| Tarzana | CA | 91356-4349 |
| Country | | |

Debtor:   Avant Gardner, LLC
_____
Name

Case number *(if known)*   25-11443
_____

2.324  **State what the contract or lease is for and the nature of the debtor's interest**

Performance Contract

Smoakland LLC Frunishing the Services of Smoakland
_____
Name

_____
Notice Name

515 Madison Ave Suite 1910
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

| New York | NY | 10022 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

2.325  **State what the contract or lease is for and the nature of the debtor's interest**

Master Management Agreement

Smorgasburg Productions LLC
_____
Name

_____
Notice Name

24 Commerce Street
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

| Brooklyn | NY | 11231 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

---

2.326  **State what the contract or lease is for and the nature of the debtor's interest**

Smorgasburg Terms Summary

Smorgasburg Productions LLC
_____
Name

_____
Notice Name

24 Commerce Street
_____
Address

**State the term remaining**   _____

**List the contract number of any government contract**   _____

| Brooklyn | NY | 11231 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Material Characterization - Mirage |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

SOCOTEC Engineering, Inc.
Name

Notice Name

145 8th Street
Address

| Brooklyn | NY | 11215 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | SOCOTEC Terms Summary |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

SOCOTEC Engineering, Inc.
Name

Robert S. Vecchio, Ph.D., P.E., Chief Executive Officer
Notice Name

151 W. 42nd Street, 24th Floor
Address

| New York | NY | 10036 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.329 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Sonja Melanie Rauschenbach f/s/o Lilly Palmer
Name

Notice Name

Address on File
Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.330** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

**State the term remaining**

**List the contract number of any government contract**

Spin Artist Agency
Name

Notice Name

9000 W Sunset Blvd Ste 820
Address

| Los Angeles | CA | 90069 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.331** **State what the contract or lease is for and the nature of the debtor's interest**

Credit Card Authorization Form

**State the term remaining**

**List the contract number of any government contract**

Stamford Tent & Event Services
Name

Notice Name

35 Davids Drive
Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.332** **State what the contract or lease is for and the nature of the debtor's interest**

Quote re: Tent Equipment

**State the term remaining**

**List the contract number of any government contract**

Stamford Tent & Event Services
Name

Notice Name

35 Davids Drive
Address

| Hauppauge | NY | 11788 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443
_____

| | | |
|---|---|---|
| 2.333 | **State what the contract or lease is for and the nature of the debtor's interest** | Quote re: Tent Equipment |

Stamford Tent & Event Services
_____
Name

_____
Notice Name

84 Lenox Avenue
_____
Address

**State the term remaining**  _____

**List the contract number of any government contract**  _____

_____

| Stamford | CT | 06906 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.334 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Consulting Agreement |

Stanton PI, Inc.
_____
Name

_____
Notice Name

PO Box 70
_____
Address

**State the term remaining**  _____

**List the contract number of any government contract**  _____

_____

| Bronx | NY | 10464 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

| | | |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | Consulting Agreement |

Stanton PI, Inc.
_____
Name

Attn William Stanton
_____
Notice Name

109 Spencer Place
_____
Address

**State the term remaining**  Evergreen

**List the contract number of any government contract**  _____

_____

| Mamaroneck | NY | 10453 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

**2.336** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Stanton PI, Inc.
_____
Name

Attn William Stanton
_____
Notice Name

3 Dakota Drive, Suite 300
_____
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Lake Success | NY | 11042 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.337** **State what the contract or lease is for and the nature of the debtor's interest**

Consulting Agreement

Stanton PI, Inc.
_____
Name

_____
Notice Name

PO Box 70
_____
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Bronx | NY | 10464 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

**2.338** **State what the contract or lease is for and the nature of the debtor's interest**

Stanton PI d/b/a SPI Terms Summary

Stanton PI, Inc.
_____
Name

_____
Notice Name

PO Box 70
_____
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Bronx | NY | 10464 |
|---|---|---|
| City | State | ZIP Code |

_____
Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | First Modification of Lease Agreement | Stewart Purchaser LLC |
|---|---|---|---|

Name

Notice Name

140 Stewart Avenue

State the term remaining: 4/30/2038

Address

List the contract number of any government contract

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | Lease Summary | Stewart Purchaser LLC |
|---|---|---|---|

Name

Notice Name

140 Stewart Avenue

State the term remaining: 4/30/2038

Address

List the contract number of any government contract

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | Letter Agreement re: Engagement of Consultants to Investigate Column Relocation at 140 Stewart Avenue in Brooklyn | Stewart Purchaser LLC |
|---|---|---|---|

Name

Notice Name

140 Stewart Avenue

State the term remaining

Address

List the contract number of any government contract

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.342** State what the contract or lease is for and the nature of the debtor's interest

Second Modification of Lease Agreement

Stewart Purchaser LLC
Name

Notice Name

140 Stewart Avenue
Address

State the term remaining

List the contract number of any government contract

| Brooklyn | NY | 11237 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.343** State what the contract or lease is for and the nature of the debtor's interest

SUPPORT ARTIST DEAL

Stoon
Name

Notice Name

1966 1st Ave 6E
Address

State the term remaining

List the contract number of any government contract

| New York | NY | 10029 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.344** State what the contract or lease is for and the nature of the debtor's interest

Invoice

Stoon LLC
Name

Notice Name

1966 1st Ave 6E
Address

State the term remaining

List the contract number of any government contract

| New York | NY | 10029 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

**2.345** State what the contract or lease is for and the nature of the debtor's interest

Lease Summary

State the term remaining  4/30/2038

List the contract number of any government contract

Strategic Yieldco LLC
Name

Notice Name

955 Keller Road, Suite 1500
Address

| Altamonte Springs | FL | 32714 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.346** State what the contract or lease is for and the nature of the debtor's interest

Performance Contract

State the term remaining

List the contract number of any government contract

STVSH
Name

Notice Name

1365 Wyntercreek Rd
Address

| Dunwoody | GA | 30338 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.347** State what the contract or lease is for and the nature of the debtor's interest

Invoice

State the term remaining

List the contract number of any government contract

Sublime
Name

Notice Name

PO Box 5237
Address

| New York | NY | 10185-5237 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known)* 25-11443

| | | | |
|---|---|---|---|
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract | SUBTRONICS TOURING, INC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 10250 Constellation Blvd, Ste 100D |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles          CA          90067 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | Sunday Scaries Contract | Sunday Scaries LLC f/s/o Sunday Scaries |
| | | | Name |
| | | | c/o G&R |
| | | | Notice Name |
| | | | 10250 Constellation Blvd Ste 100B |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Los Angeles          CA          90067 |
| | | | City          State          ZIP Code |
| | | | |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice | Supersonic Agency |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Stadionweg 251-1 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Amsterdam          1076 NX |
| | | | City          State          ZIP Code |
| | | | Netherlands |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

---

**2.351** **State what the contract or lease is for and the nature of the debtor's interest**

Agreement

Supersonic Agency Furnishing the Services of Cornelis Diederik Kamminga (Corren Cavini)
Name

Notice Name

**State the term remaining**

Stadionweg 251-1
Address

**List the contract number of any government contract**

| Amsterdam | | 1076 NX |
|---|---|---|
| City | State | ZIP Code |
| Netherlands | | |
| Country | | |

---

**2.352** **State what the contract or lease is for and the nature of the debtor's interest**

Booking Contract

Sweat Lodge
Name

Notice Name

**State the term remaining**

Schönleinstrasse 35
Address

**List the contract number of any government contract**

| Berlin | | 10967 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

---

**2.353** **State what the contract or lease is for and the nature of the debtor's interest**

Letter Agreement re: Engagement of Consultants to Investigate Column Relocation at 140 Stewart Avenue in Brooklyn

Swiss Event Operation GmBH
Name

Notice Name

**State the term remaining**

Hungerbuelstrasse 22
Address

**List the contract number of any government contract**

| Frauenfeld | | CH-8500 |
|---|---|---|
| City | State | ZIP Code |
| Germany | | |
| Country | | |

---

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | | |
|---|---|---|---|
| 2.354 | **State what the contract or lease is for and the nature of the debtor's interest** | Support Artist Deal | Switchblades |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 9 Allen Street |
| | **State the term remaining** | | Address |
| | | | Apt 4 |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York | NY | 10002 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.355 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Independent Monitoring Agreement | T&M USA, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 230 Park Avenue, Suite 440 |
| | **State the term remaining** | | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | New York | NY | 10169 |
| | | | City | State | ZIP Code |
| | | | Country |

| | | | |
|---|---|---|---|
| 2.356 | **State what the contract or lease is for and the nature of the debtor's interest** | 2024 Kings Hall Winter Rental Equipment Agreement | Technical Arts Group, LLC |
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 240 Anderson Ave |
| | **State the term remaining** | 1/3/2025 | Address |
| | | | |
| | **List the contract number of any government contract** | | |
| | | | |
| | | | Moonchie | NJ | 07074 |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.357 | State what the contract or lease is for and the nature of the debtor's interest | Quote (Version 1) | Technical Arts Group, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 1 County Road, B12 |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Secaucus |  NJ | 07094 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.358 | State what the contract or lease is for and the nature of the debtor's interest | Settlement and Release Agreement | Technical Arts Group, LLC |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | 240 Anderson Ave |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | Moonchie |  NJ | 07074 |
| | | | City | State | ZIP Code |
| | | | Country |

| 2.359 | State what the contract or lease is for and the nature of the debtor's interest | Engagement Agreement | Terzo Piano LLC f/s/o Meduza |
|---|---|---|---|
| | | | Name |
| | | | |
| | | | Notice Name |
| | | | Address on File |
| | State the term remaining | | Address |
| | List the contract number of any government contract | | |
| | | | |
| | | | City | State | ZIP Code |
| | | | Country |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

| | | |
|---|---|---|
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Tessarollo Manuele f/s/o T78
Name

Notice Name

9336 Civic Center Dr
Address

| | | |
|---|---|---|
| Beverly Hills | CA | 90210 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | Proposal re: Excavation |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Test Pit Corporation
Name

Notice Name

209 W29th Street Suite 6264
Address

| | | |
|---|---|---|
| New York | NY | 10001 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | Hospitality Rider |
| | | |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

The Bliss office
Name

Inne Verschaete
Notice Name

36 Robinson Road, #20-01 City House
Address

| | | |
|---|---|---|
| | | 68877 |
| City | State | ZIP Code |
| Singapore | | |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443
_____

**2.363** | **State what the contract or lease is for and the nature of the debtor's interest** | Technical Rider | The Bliss office
Name

Inne Verschaete
Notice Name

36 Robinson Road, #20-01 City House
Address

**State the term remaining**

**List the contract number of any government contract**

| | | 68877 |
| City | State | ZIP Code |
| Singapore | | |
| Country | | |

**2.364** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | The Bowery Presents, LLC
Name

Josh Moore
Notice Name

53 W 23rd St 5th Fl
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10010 |
| City | State | ZIP Code |
| Country | | |

**2.365** | **State what the contract or lease is for and the nature of the debtor's interest** | Bowery Presents Terms Summary | The Bowery Presents, LLC
Name

Attn Legal Department
Notice Name

53 W. 23rd St, Floor 5
Address

**State the term remaining** | 10/31/2026

**List the contract number of any government contract**

| New York | NY | 10010 |
| City | State | ZIP Code |
| Country | | |

Debtor: Avant Gardner, LLC

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | Exclusive Booking Agreement |

The Bowery Presents, LLC
Name

Attn Legal Department
Notice Name

53 W. 23rd St, Floor 5
Address

**State the term remaining** 10/31/2026

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10010 |

Country

---

| | | |
|---|---|---|
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract |

The Bowery Presents, LLC
Name

Notice Name

53 W 23rd St 5th Fl
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10010 |

Country

---

| | | |
|---|---|---|
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |

The Bullitt Agency, Inc.
Name

Notice Name

3207 M Street NW, 2nd Floor
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20007 |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

**2.369** State what the contract or lease is for and the nature of the debtor's interest

Agreement To Engage Talent

The Bullitt Agency, Inc. f.s.o. Kasia
Name

Notice Name

3207a M Street NW
Address

State the term remaining

List the contract number of any government contract

| Washington | DC | 20007 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.370** State what the contract or lease is for and the nature of the debtor's interest

Greene Agency Terms Summary

The Greene Group LLC
Name

Notice Name

315 Garfield St
Address

State the term remaining

List the contract number of any government contract

| Haworth | NY | 07641 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.371** State what the contract or lease is for and the nature of the debtor's interest

Letter Agreement re: Fee Agreement

The Greene Group LLC
Name

Notice Name

315 Garfield St
Address

State the term remaining

List the contract number of any government contract

| Haworth | NY | 07641 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest** | Rider Equipment |
| | | Themba |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |
| | | City / State / ZIP Code |
| | | Country |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest** | Invoice |
| | | Themba |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |
| | | City / State / ZIP Code |
| | | Country |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance and Appearance Agreement |
| | | THEMBA NKOSI Furnishing the Services of Themba Nkosi |
| | | Name |
| | | Notice Name |
| | | Address on File |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |
| | | City / State / ZIP Code |
| | | Country |

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement to Terminate Ticketfly Services Agreement |

Ticketfly, LLC
Name

Attn Eventbrite Legal
Notice Name

155 5th St., 7th Fl.
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94103 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #4 to the Ticketfly Services Agreement |

Ticketfly, LLC
Name

Notice Name

111 Townsend Street
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #5 to the Ticketfly Services Agreement |

Ticketfly, LLC
Name

Notice Name

111 Townsend Street
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #6 to the Ticketfly Services Agreement |

Ticketfly, LLC
Name

Notice Name

111 Townsend Street
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment #7 to the Ticketfly Services Agreement |

Ticketfly, LLC
Name

Notice Name

111 Townsend Street
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | Guaranty Agreement |

Ticketfly, LLC
Name

Notice Name

111 Townsend Street
Address

**State the term remaining**

**List the contract number of any government contract**

| San Francisco | CA | 94107 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | HIVE Terms Summary |

TicketLabs Inc. (d/b/a Hive)
Name

Bruna Tavares
Notice Name

283 Duke St West Unit 304
Address

**State the term remaining**

**List the contract number of any government contract**

| Kitchener | ON | N2H 3X7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Cover Sheet |

TicketLabs Inc. (d/b/a Hive)
Name

Bruna Tavares
Notice Name

283 Duke St West Unit 304
Address

**State the term remaining**

**List the contract number of any government contract**

| Kitchener | ON | N2H 3X7 |
|---|---|---|
| City | State | ZIP Code |
| Canada | | |
| Country | | |

| | | |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement Abstract |

TIXR
Name

Notice Name

1337 3rd Street Promenade, Suite 200
Address

**State the term remaining** Evergreen

**List the contract number of any government contract**

| Santa Monica | CA | 90401 |
|---|---|---|
| City | State | ZIP Code |
| Country | | |

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*:  25-11443

**2.384** | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement | TIXR, INC
Name
| | | | Notice Name
| **State the term remaining** | | 1337 3rd Street Promenade, Suite 200
Address
| **List the contract number of any government contract** | |

| | | Santa Monica | CA | 90401 |
| | | City | State | ZIP Code |

Country

**2.385** | **State what the contract or lease is for and the nature of the debtor's interest** | Term Sheet re: TM to Design and Sell AG Merchandise Onsite/E-comm | Trifecta Merchandising LLC
Name
| | | | Notice Name
| **State the term remaining** | | 141 6th Ave
Address
| **List the contract number of any government contract** | |

| | | Brooklyn | NY | 11217 |
| | | City | State | ZIP Code |

Country

**2.386** | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement | Tripolism I/S/ F/S/O Tripolism
Name
| | | | Notice Name
| **State the term remaining** | | SCHLEPPEGRELLSGADE 2. 2TH
Address
| **List the contract number of any government contract** | |

| | | KØBENHAVN N | | 2200 |
| | | City | State | ZIP Code |
| | | Denmark | | |

Country

Debtor:  Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | Standard Merchant Cash Advance Agreement | TVT CAP |
|---|---|---|---|
| | | | Name |

Notice Name

4300 Biscayne Blvd, Ste 203
Address

**State the term remaining**

**List the contract number of any government contract**

| Miami | FL | 33137 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | Addendum to the Business Loan and Security Agreement | TVT Capital Source LLC |
|---|---|---|---|
| | | | Name |

Notice Name

395 S Main Street Suite 201
Address

**State the term remaining**

**List the contract number of any government contract**

| Alpine | UT | 84004 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | Agreement for the Purchase and Sale of Future Receipts | TVT Capital Source LLC |
|---|---|---|---|
| | | | Name |

Notice Name

395 S Main Street Suite 201
Address

**State the term remaining**

**List the contract number of any government contract**

| Alpine | UT | 84004 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number (if known): 25-11443
_____

| | | |
|---|---|---|
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | Business Loan and Security Agreement |
| | | TVT Capital Source LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 395 S Main Street Suite 201 |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Alpine | UT | 84004 |

Country

| | | |
|---|---|---|
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement |
| | | Two Friends Music, Inc. Furnishing the Services of Two Friends |
| | | Name |
| | | |
| | | Notice Name |
| | | 8484 Wilshire Blvd Suite 850B |
| | **State the term remaining** | Address |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| Beverly Hills | CA | 90211-3227 |

Country

| | | |
|---|---|---|
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Proposal for Structural Engineering Services |
| | | TYLin |
| | | Name |
| | | |
| | | Notice Name |
| | | 110 William Street |
| | **State the term remaining** | Address |
| | | #29 |
| | **List the contract number of any government contract** | |

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10038 |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*    25-11443

---

**2.393**

**State what the contract or lease is for and the nature of the debtor's interest**    TYLin Terms Summary

**State the term remaining**

**List the contract number of any government contract**

TYLin
Name

Notice Name

110 William Street
Address

#29

| New York | NY | 10038 |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.394**

**State what the contract or lease is for and the nature of the debtor's interest**    2024-2025 Technical and Hospitality Rider

**State the term remaining**

**List the contract number of any government contract**

Tynan
Name

Megan Daugherty and Parker Bronson
Notice Name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

---

**2.395**

**State what the contract or lease is for and the nature of the debtor's interest**    Agreement

**State the term remaining**

**List the contract number of any government contract**

Tynan
Name

Notice Name

Address

| | | |
|---|---|---|
| City | State | ZIP Code |

Country

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Invitation for Mr. Teun Geraets to the United States | U.S. Embassy |
|---|---|---|---|

U.S. Embassy
Name

Attn Nonimmigrant Visa Section
Notice Name

Calyallee 170
Address

**State the term remaining**

**List the contract number of any government contract**

| Berlin | | 14195 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Invitation for Ms. Charmayne Otto to the United States |

U.S. Embassy
Name

Attn Nonimmigrant Visa Section
Notice Name

Calyallee 170
Address

**State the term remaining**

**List the contract number of any government contract**

| Berlin | | 14195 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | Letter re: Invitation for Ms. Eva Warner to the United States |

U.S. Embassy
Name

Attn Nonimmigrant Visa Section
Notice Name

Calyallee 170
Address

**State the term remaining**

**List the contract number of any government contract**

| Berlin | | 14195 |
|---|---|---|
| City | State | ZIP Code |

Germany
Country

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443
_____

| | | |
|---|---|---|
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Invoices |
| | | United Talent Agency, LLC |
| | | Name |
| | | |
| | | Notice Name |
| | | 9336 Civic Center Drive |
| | **State the term remaining** | Address |
| | | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Beverly Hills | CA | 90210 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | Amendment to Services Agreement |
| | | Unreal-Systems, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 8565 W 44th Ave #116 |
| | **State the term remaining**  10/31/2025 | Address |
| | | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Hialeah | FL | 33018 |
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | Services Agreement |
| | | Unreal-Systems, Inc. |
| | | Name |
| | | |
| | | Notice Name |
| | | 8565 W 44th Ave #116 |
| | **State the term remaining**  10/31/2025 | Address |
| | | |
| | **List the contract number of any government contract** | |

| | | |
|---|---|---|
| Hialeah | FL | 33018 |
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | Unreal Systems Terms Summary | Unreal-Systems, Inc. |
|---|---|---|---|

Name

Notice Name

8565 W 44th Ave #116
Address

State the term remaining: 10/31/2025

List the contract number of any government contract

| Hialeah | FL | 33018 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | Contract Agreement | Venue Management Systems, LLC |
|---|---|---|---|

Name

Attn Legal
Notice Name

6720 Via Austi Pkwy, Suite 450
Address

State the term remaining: Evergreen

List the contract number of any government contract

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | UrVenue Terms Summary | Venue Management Systems, LLC |
|---|---|---|---|

Name

Attn Legal
Notice Name

6720 Via Austi Pkwy, Suite 450
Address

State the term remaining: Evergreen

List the contract number of any government contract

| Las Vegas | NV | 89119 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number (if known): 25-11443

| | | |
|---|---|---|
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | Engagement |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

Victor Ruiz
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Agreement |
| | | **State the term remaining** |
| | | **List the contract number of any government contract** |

Vincent Esteve aka Grossomoddo
Name

Notice Name

Address on File
Address

| City | State | ZIP Code |
|---|---|---|

Country

| | | |
|---|---|---|
| 2.407 | **State what the contract or lease is for and the nature of the debtor's interest** | Commercial Month-To-Month Lease |
| | | **State the term remaining** Evergreen |
| | | **List the contract number of any government contract** |

VLAT, LLC
Name

Notice Name

39 Stratford Lane
Address

| Holmdel | NJ | 07733 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.408 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Termination of Advertising & Sponsorship Rights License and Assignment Agreement |

VS Advertising LLC
Name

Notice Name

1 Blue Slip, At. 7M
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.409 | **State what the contract or lease is for and the nature of the debtor's interest** | Signature page of Agreement |

VS Advertising LLC
Name

Notice Name

1 Blue Slip, At. 7M
Address

**State the term remaining**

**List the contract number of any government contract**

| Brooklyn | NY | 11222 |
|---|---|---|
| City | State | ZIP Code |

Country

| | | |
|---|---|---|
| 2.410 | **State what the contract or lease is for and the nature of the debtor's interest** | Various Invoices |

Wasserman Music, LLC
Name

Notice Name

10900 Wilshire Blvd, Suite 1200
Address

**State the term remaining**

**List the contract number of any government contract**

| Los Angeles | CA | 90024 |
|---|---|---|
| City | State | ZIP Code |

Country

**Schedule G: Executory Contracts and Unexpired Leases**

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*:   25-11443

| | | |
|---|---|---|
| 2.411 | **State what the contract or lease is for and the nature of the debtor's interest** | Letter Agreement re: Engagement Letter for Hourly Legal and Regulatory Services: Covid Venue Funding Legislation and SBA Application |

WassermanRowe, LLC

Name

Jessica Wasserman

Notice Name

2842 27th St. NW

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Washington | DC | 20008 |

Country

---

| | | |
|---|---|---|
| 2.412 | **State what the contract or lease is for and the nature of the debtor's interest** | Event Space License Agreement |

WeAreHouse78, LLC

Name

Notice Name

4610 70th St, Apt. 904E

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Queens | NY | 11377 |

Country

---

| | | |
|---|---|---|
| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | Contract |

Wild Kidz LLC Furnishing the Services of Vintage Culture

Name

Notice Name

6735 Conroy Road, Ste 309

Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| Orlando | FL | 32835 |

Country

---

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*   25-11443

**2.414** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

William Morris Endeavor Entertainment, LLC
Name

Notice Name

11 Madison Avenue 18th Floor
Address

**State the term remaining**

**List the contract number of any government contract**

| New York | NY | 10010 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.415** **State what the contract or lease is for and the nature of the debtor's interest**

Booking Agreement

World Talent Management LLC
Name

Notice Name

10 Ferry Street, Suite 333 #103
Address

**State the term remaining**

**List the contract number of any government contract**

| Concord | NH | 03301 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.416** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

World Talent Management LLC
Name

Notice Name

10 Ferry Street
Address

**State the term remaining**

**List the contract number of any government contract**

| Concord | NH | 03301 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC

Name

Case number *(if known)*: 25-11443

**2.417** **State what the contract or lease is for and the nature of the debtor's interest**

Booking Agreement

**State the term remaining**

**List the contract number of any government contract**

Wright Bookings

Name

Notice Name

654 South Detroit St. Apt 402

Address

| Los Angeles | CA | 90036 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.418** **State what the contract or lease is for and the nature of the debtor's interest**

Invoice

**State the term remaining** 9/4/2025

**List the contract number of any government contract**

Wright Bookings

Name

Notice Name

654 South Detroit St. Apt 402

Address

| Los Angeles | CA | 90036 |
|---|---|---|
| City | State | ZIP Code |

Country

**2.419** **State what the contract or lease is for and the nature of the debtor's interest**

Artist Engagement - Wuki

**State the term remaining**

**List the contract number of any government contract**

Wukileaks Inc. F/S/O Wuki

Name

Notice Name

9336 Civic Center Dr

Address

| Beverly Hills | CA | 90210 |
|---|---|---|
| City | State | ZIP Code |

Country

Debtor: Avant Gardner, LLC
Name

Case number *(if known)*: 25-11443

| | | |
|---|---|---|
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract |

Young Marco
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Contract |

Yousuke Yukimatsu (¥ØU$UK€ ¥UK1MAT$U) Furnishing the Services of Yousuke Yukimatsu (¥ØU$UK€ ¥UK1MAT$U)
Name

Notice Name

Address on File
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| | | |

Country

| | | |
|---|---|---|
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | Performance Rider 2025 |

Zingara Music LLC
Name

Notice Name

225 Park Ave. S Fl 9
Address

**State the term remaining**

**List the contract number of any government contract**

| City | State | ZIP Code |
|---|---|---|
| New York | NY | 10003 |

Country

Debtor: Avant Gardner, LLC
_____
Name

Case number *(if known)*: 25-11443
_____

| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | Agreement re: Performance | Zingara Music LLC f/s/o Zingara |
|---|---|---|---|

Name

Notice Name

225 Park Ave. S Fl 9
Address

| | **State the term remaining** | | |

| | **List the contract number of any government contract** | | |

| New York | NY | 10003 |
|---|---|---|
| City | State | ZIP Code |

Country

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known): 25-11443 (MFW)

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

☐  No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑  Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  AG Management Pool LLC | 140 Stewart Ave<br>Street | First Corporate Solutions, as representative | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn<br>City | NY<br>State | 11237<br>ZIP Code |
| | Country | | |
| 2.2  AGDP Holding Inc. | 140 Stewart Ave<br>Street | Alter Domus (US) LLC, as Collateral Agent | ☑ D |
| | | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn<br>City | NY<br>State | 11237<br>ZIP Code |
| | Country | | |

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443
_____

| 2.3 | AGDP Holding Inc. | 140 Stewart Ave | | | First Corporate Solutions, as representative | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Brooklyn | NY | 11237 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.4 | AGDP Holding Inc. | 140 Stewart Ave | | | NYC Festivals, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Brooklyn | NY | 11237 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.5 | EZ Festivals LLC | 140 Stewart Ave | | | Alter Domus (US) LLC, as Collateral Agent | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Brooklyn | NY | 11237 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.6 | EZ Festivals LLC | 140 Stewart Ave | | | First Corporate Solutions, as representative | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Brooklyn | NY | 11237 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

| 2.7 | EZ Festivals LLC | 140 Stewart Ave | | | NYC Festivals, LLC | ☑ D |
|---|---|---|---|---|---|---|
| | | Street | | | | ☐ E/F |
| | | | | | | ☐ G |
| | | Brooklyn | NY | 11237 | | |
| | | City | State | ZIP Code | | |
| | | Country | | | | |

Debtor:  Avant Gardner, LLC
_____
Name

Case number *(if known)*:  25-11443
_____

| 2.8 Made Event LLC | 140 Stewart Ave | Alter Domus (US) LLC, as Collateral Agent | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn    NY    11237 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.9 Made Event LLC | 140 Stewart Ave | First Corporate Solutions, as representative | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn    NY    11237 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.10 Made Event LLC | 140 Stewart Ave | NYC Festivals, LLC | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn    NY    11237 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.11 Reynard Productions, LLC | 140 Stewart Ave | Alter Domus (US) LLC, as Collateral Agent | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn    NY    11237 | | |
| | City    State    ZIP Code | | |
| | Country | | |

| 2.12 Reynard Productions, LLC | 140 Stewart Ave | NYC Festivals, LLC | ☑ D |
|---|---|---|---|
| | Street | | ☐ E/F |
| | | | ☐ G |
| | Brooklyn    NY    11237 | | |
| | City    State    ZIP Code | | |
| | Country | | |

**Fill in this information to identify the case:**

Debtor Name: In re : Avant Gardner, LLC

United States Bankruptcy Court for the:  District of Delaware

Case number (if known):  25-11443 (MFW)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/30/2025
              MM / DD / YYYY

✖ */s/ Alec Ifshin*
Signature of individual signing on behalf of debtor

Alec Ifshin
Printed name

VP Finance, Treasurer
Position or relationship to debtor

**In re: Avant Gardner, LLC**
**Case No. 25-11443**
Schedule A/B 50
Other machinery, fixtures, and equipment

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Audio and Visual Equipment | $2,638,642.30 | Cost | $2,638,642.30 |
| Carpet | $21,760.46 | Cost | $21,760.46 |
| Cloth | $93,374.24 | Cost | $93,374.24 |
| Containers | $53,264.39 | Cost | $53,264.39 |
| Doors | $44,029.25 | Cost | $44,029.25 |
| Flooring | $55,000.00 | Cost | $55,000.00 |
| Food and Beverage Appliances | $191,040.62 | Cost | $191,040.62 |
| Food and Beverage Assets-Other | $8,462.00 | Cost | $8,462.00 |
| Food and Beverage Bar Items | $28,648.51 | Cost | $28,648.51 |
| Furniture & Equipment - Marketing Assets | $5,597.25 | Cost | $5,597.25 |
| General Furniture and Fixture | $180,758.00 | Cost | $180,758.00 |
| General Operation Assets | $67,883.48 | Cost | $67,883.48 |
| LED Walls and Associated Equipment | $5,982,330.54 | Cost | $5,982,330.54 |
| Light Fixtures | $9,765.63 | Cost | $9,765.63 |
| Lighting Equipment | $98,385.56 | Cost | $98,385.56 |
| Operation Assets - Other | $103,613.22 | Cost | $103,613.22 |
| Other Furniture and Equipment | $174,965.74 | Cost | $174,965.74 |
| Other Furniture and Fixtures | $20,139.13 | Cost | $20,139.13 |
| Ponchos | $3,750.00 | Cost | $3,750.00 |
| Production Assets - Other | $1,229.29 | Cost | $1,229.29 |
| Tables | $7,482.00 | Cost | $7,482.00 |
| Table Service/Venue Furniture | $41,940.27 | | $41,940.27 |
| Tents | $409,961.35 | Cost | $409,961.35 |
| **TOTAL:** | **$10,242,023.23** | **TOTAL:** | **$10,242,023.23** |

**In re: Avant Gardner, LLC**
**Case No. 25-11443**
Schedule A/B 60
Patents, copyrights, trademarks, and trade secrets

| Description | Jurisdiction | Serial / Registration Number | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| Avant Gardner Logo - Service Mark; Trademark | United States Patent and Trademark Office | 88153599; 5,774,032 | $0.00 | | Undetermined |
| Avant Gardner Logo - Trademark | United States Patent and Trademark Office | 88153599; 5,956,912 | $0.00 | | Undetermined |
| Avant Gardner Wordmark - Service Mark | United States Patent and Trademark Office | 88153590; 6,104,663 | $0.00 | | Undetermined |
| Avant Gardner Wordmark - Trademark | United States Patent and Trademark Office | 88153601; 6,397,008 | $0.00 | | Undetermined |
| Cityfox Logo - Trademark | United States Patent and Trademark Office | 88567545; 6,263,802 | $0.00 | | Undetermined |
| Cityfox Wordmark - Service Mark; Trademark | United States Patent and Trademark Office | 88567552; 6,073,151 | $0.00 | | Undetermined |
| Cityfox Wordmark - Trademark | United States Patent and Trademark Office | 88567554; 6,996,977 | $0.00 | | Undetermined |
| Manhattan Mirage Wordmark - Service Mark (Live Application Under Examination) | United States Patent and Trademark Office | 98712995 | $0.00 | | Undetermined |
| Miami Mirage Wordmark - Service Mark (Live Application Under Examination) | United States Patent and Trademark Office | 99051729 | $0.00 | | Undetermined |
| The Brooklyn Mirage Logo - Service Mark; Trademark (Live Application Under Examination) | United States Patent and Trademark Office | 88510591 | $0.00 | | Undetermined |
| The Brooklyn Mirage Wordmark - Service Mark; Trademark (Live Application Under Examination) | United States Patent and Trademark Office | 88510597 | $0.00 | | Undetermined |
| Visionnaire Wordmark - Service Mark; Trademark | United States Patent and Trademark Office | 88596181; 6,128,278 | $0.00 | | Undetermined |
| Wynwood Mirage Wordmark - Service Mark (Live Application Under Examination) | United States Patent and Trademark Office | 99051741 | $0.00 | | Undetermined |
| | | **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |

**In re: Avant Gardner, LLC**
**Case No. 25-11443**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| agbk.us | $0.00 | | Undetermined |
| avant-gardner.com | $0.00 | | Undetermined |
| avant-gardner.net | $0.00 | | Undetermined |
| avantgardnerbk.com | $0.00 | | Undetermined |
| avantgardnerevents.com | $0.00 | | Undetermined |
| bkmirage.com | $0.00 | | Undetermined |
| cityfox.live | $0.00 | | Undetermined |
| cityfox.us | $0.00 | | Undetermined |
| cityfoxexperience.com | $0.00 | | Undetermined |
| cityfoxny.com | $0.00 | | Undetermined |
| cityfoxnyc.com | $0.00 | | Undetermined |
| dancelife.club | $0.00 | | Undetermined |
| edmzoo.com | $0.00 | | Undetermined |
| electricboo.com | $0.00 | | Undetermined |
| electricboofestival.com | $0.00 | | Undetermined |
| electriczoo.com | $0.00 | | Undetermined |
| electriczoo.mx | $0.00 | | Undetermined |
| electriczoofestival.com | $0.00 | | Undetermined |
| electriczoofestival.mx | $0.00 | | Undetermined |
| electriczoofestival.net | $0.00 | | Undetermined |
| electriczoomusic.net | $0.00 | | Undetermined |
| electriczoomusic.nl | $0.00 | | Undetermined |
| electriczootickets.net | $0.00 | | Undetermined |
| ezoo.care | $0.00 | | Undetermined |
| ezoo.deals | $0.00 | | Undetermined |
| ezoo.photos | $0.00 | | Undetermined |
| gaynyc.info | $0.00 | | Undetermined |
| higherlevel.live | $0.00 | | Undetermined |
| housemusicnyc.club | $0.00 | | Undetermined |
| madeevent.com | $0.00 | | Undetermined |
| made-event.com | $0.00 | | Undetermined |
| madeevents.com | $0.00 | | Undetermined |

**In re: Avant Gardner, LLC**
**Case No. 25-11443**
Schedule A/B 61
Internet domain names and websites

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| made-events.com | $0.00 | | Undetermined |
| regenerate-together.com | $0.00 | | Undetermined |
| regeneratetogether.online | $0.00 | | Undetermined |
| reynardproductions.us | $0.00 | | Undetermined |
| sashajohndigweed.com | $0.00 | | Undetermined |
| sasha-johndigweed.com | $0.00 | | Undetermined |
| savethecannibals.com | $0.00 | | Undetermined |
| sundayschoolfestival.com | $0.00 | | Undetermined |
| sundayschoolsessions.com | $0.00 | | Undetermined |
| technoclubny.com | $0.00 | | Undetermined |
| technonewyork.com | $0.00 | | Undetermined |
| thebrooklynmirage.com | $0.00 | | Undetermined |
| thecityfoxexperience.us | $0.00 | | Undetermined |
| thecityfoxexperiencenyc.com | $0.00 | | Undetermined |
| thefoxdenny.com | $0.00 | | Undetermined |
| thegreathallbrooklyn.com | $0.00 | | Undetermined |
| thegreathallny.com | $0.00 | | Undetermined |
| thekingshallbrooklyn.com | $0.00 | | Undetermined |
| thekingshallny.com | $0.00 | | Undetermined |
| thetechnoshed.com | $0.00 | | Undetermined |
| thisissundayschool.com | $0.00 | | Undetermined |
| TOTAL: | $0.00 | TOTAL: | Undetermined |

**In re: Avant Gardner, LLC**
**Case No. 25-11443**
Schedule A/B 62
Licenses, franchises, and royalties

| Description | Net book value of debtor's interest (where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Certificate of Occupancy<br>Type: Temporary<br>CO Number: 3070572-0000017 | $0.00 | | Undetermined |
| Certificate of Occupancy<br>Type: Temporary<br>CO Number: 3070574-0000017 | $0.00 | | Undetermined |
| Food Services Establishment (General) License<br>Record Number: 50082129 | $0.00 | | Undetermined |
| Place of Assembly Permit<br>Type: TPA Permit<br>Control #: 430352030267084 | $0.00 | | Undetermined |
| Place of Assembly Permit<br>Type: TPA Permit<br>Control #: 430382230267081 | $0.00 | | Undetermined |
| Place of Assembly Permit<br>Type: TPA Permit<br>Control #: 430598070274518 | $0.00 | | Undetermined |
| State Liquor Authority Certificate<br>License Type: Cabaret<br>License ID: 0417-23-140062 | $0.00 | | Undetermined |
| **TOTAL:** | **$0.00** | **TOTAL:** | **Undetermined** |